## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DOSHIA DANIELS BURTON,** | ) |
| **Individually and as the Personal** | ) |
| **Representative of the Estate of** | ) |
| **SAMUEL L. BURTON, Deceased,** | ) |
| **5 Hickory Knoll Court** | ) |
| **Lutherville, MD 21093** | ) |
| | ) |
| **and** | ) |
| | ) |
| **DEIDRE BURTON CRANDELL,** | ) |
| **as the Natural Daughter of** | ) |
| **SAMUEL L. BURTON, Deceased,** | ) |
| **17530 SW 106th Court** | ) |
| **Tualatin, OR 97062** | ) |
| | ) |
| **and** | ) |
| | ) |
| **DERRICK BURTON, as the Natural** | ) |
| **Son of SAMUEL L. BURTON,** | ) |
| **Deceased,** | ) |
| **270 Gatsby Place** | ) |
| **Alpharetta, GA 30022** | ) |
| | ) |
| **and** | ) |
| | ) |
| **DERON BURTON, as the Natural** | ) |
| **Son of SAMUEL L. BURTON,** | ) |
| **Deceased,** | ) |
| **1634 Ponce de Leon Avenue, N.E.** | ) |
| **Apartment #307** | ) |
| **Atlanta, GA 30307** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) **Civil Action Number: 05-2214 (JGP)** |
| | ) |
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| <u>**Serve:**</u> | ) |
| | ) |
| **Kenneth L. Wainstein** | ) |
| **United States Attorney for the** | ) |

| | |
|---|---|
| **District of Columbia** | ) |
| **555 - 4th Street, N.W.** | ) |
| **Washington, D.C. 20530** | ) |
| | ) |
| **and** | ) |
| | ) |
| **Hon. Alberto R. Gonzales** | ) |
| **Attorney General of the** | ) |
| **United States** | ) |
| **U.S. Department of Justice** | ) |
| **950 Pennsylvania Avenue, N.W.** | ) |
| **Washington, D.C. 20530** | ) |
| | ) |
| **Defendant.** | ) |
| _____ | ) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Special Assistant United States Attorney Kevin K. Robitaille as counsel for defendant in the above-captioned case.

_____/s/_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530
202-353-9895 / FAX 202-514-8780