IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOSHIA DANIELS BURTON,<br>Individually and as the Personal<br>Representative of the Estate of<br>SAMUEL L. BURTON, Deceased,<br>5 Hickory Knoll Court<br>Lutherville, MD 21093<br><br>and<br><br>DEIDRE BURTON CRANDELL,<br>as the Natural Daughter of<br>SAMUEL L. BURTON, Deceased,<br>17530 SW 106th Court<br>Tualatin, OR 97062<br><br>and<br><br>DERRICK BURTON, as the Natural<br>Son of SAMUEL L. BURTON,<br>Deceased,<br>270 Gatsby Place<br>Alpharetta, GA 30022<br><br>and<br><br>DERON BURTON, as the Natural<br>Son of SAMUEL L. BURTON,<br>Deceased,<br>1634 Ponce de Leon Avenue, N.E.<br>Apartment #307<br>Atlanta, GA 30307<br><br>                Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA<br><br><u>Serve</u>:<br><br>Kenneth L. Wainstein<br>United States Attorney for the | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Civil Action Number: 05-2214 (JGP) |

| | |
|---|---|
| **District of Columbia** | ) |
| **555 - 4th Street, N.W.** | ) |
| **Washington, D.C. 20530** | ) |
| | ) |
| **and** | ) |
| | ) |
| **Hon. Alberto R. Gonzales** | ) |
| **Attorney General of the** | ) |
| **United States** | ) |
| **U.S. Department of Justice** | ) |
| **950 Pennsylvania Avenue, N.W.** | ) |
| **Washington, D.C. 20530** | ) |
| | ) |
| **Defendant.** | ) |
| _____ | ) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Special Assistant United States Attorney Kevin K. Robitaille as counsel for defendant in the above-captioned case.

_____/s/_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530
202-353-9895 / FAX 202-514-8780