## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **DOSHIA DANIELS BURTON, et. al.** | ) | |
| | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action Number: 05-2214 (JGP)** |
| | ) | |
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

### DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME
### WITHIN WHICH TO ANSWER, MOVE OR OTHERWISE RESPOND

Plaintiffs bring this case under the Federal Tort Claims Act 28 U.S.C. §§ 2671-2680 alleging medical malpractice.  Defendant respectfully moves this Court for a thirty (30) day enlargement of time through and including March 8, 2006, within which to answer, move, or otherwise respond to the Complaint in this matter.  Good cause exists to grant this motion:

1. Defendant's answer, motion or other response to the Complaint is currently due February 6, 2006.

2. Defendant has been diligently working on this matter; however, defendant needs additional time to address the factual and legal claims raised by plaintiff.

3.  Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

4.  This is the first enlargement of time sought in this matter.

5.  Defendant has attempted to contact Plaintiffs' counsel to gain his consent to this enlargement but has been unable to reach him.

For these reasons, defendant requests that the Court grant this Motion for Enlargement of Time Within Which to Answer, Move or Otherwise Respond.  A proposed order is included with this Motion.

Respectfully submitted,


_____
KENNETH L. WAINSTEIN., D.C.  Bar #451058
United States Attorney


_____
R. CRAIG  LAWRENCE, D.C.  Bar #171538
Assistant United States Attorney


_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C.  20530
202-353-9895  / FAX 202-514-8780

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DOSHIA DANIELS BURTON, et. al.** | ) |
| | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | )     **Civil Action Number: 05-2214 (JGP)** |
| | ) |
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## ORDER

Upon consideration of Defendant's Motion for an Enlargement of Time to Answer, Move or Otherwise Respond to the Complaint, and the entire record of this case, it is hereby

ORDERED that Defendant's Motion for an Enlargement of Time is GRANTED, and it is

FURTHER ORDERED that Defendant shall have up to and including March 8, 2006, to answer or otherwise respond to Plaintiffs' Complaint.

Dated this _____ day of _____, 2006.

_____
John Garrett Penn
United States District Judge

Copies to:
Parties via ECF