UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DOSHIA DANIELS BURTON,** *et al.,* | ) |
| | ) |
|     **Plaintiffs,** | ) |
| | ) |
|     v. | )    Civil Action No. 05-2214 (JGP) |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
|     **Defendant.** | ) |

**ORDER**

Upon consideration of Defendant's unopposed Motion for an Enlargement of Time [4] to respond to the complaint, it is hereby

**ORDERED** that the motion is **GRANTED.** Defendant shall answer or otherwise respond to the complaint on or before March 8, 2006.

    **SO ORDERED.**


DATE: February 22, 2006                                             **JOHN GARRETT PENN**
                                                                              **United States District Judge**