IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOSHIA DANIELS BURTON, et. al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action Number: 05-2214 (JGP) |
| ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT'S MOTION TO CONTINUE INITIAL SCHEDULING CONFERENCE

Plaintiff brings this case under the Federal Tort Claims Act 28 U.S.C. §§ 2671-2680 alleging medical malpractice. The initial status conference in this case is set for April 26, 2006 at 1000. A funeral is scheduled at that same time for the young child of a colleague of the undersigned counsel. To allow counsel to attend the services, Defendant respectfully moves this Court to issue a scheduling order based on the Amended Civil Statement (Docket Entry 9) or alternatively, for a continuance of the scheduling conference.

Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

Plaintiff through counsel have consented to this enlargement.

For these reasons, defendant requests that the Court grant this Motion to Continue the Initial Scheduling Conference. A proposed order is included with this Motion.

Respectfully submitted,

_____/s/_____
KENNETH L. WAINSTEIN., D.C. Bar #451058
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS D.C. Bar No. 434122
Assistant United States Attorney


_____/s/_____
KEVIN K ROBITAILLE
Special Assistant U.S. Attorney
555 Fourth Street, N.W., 10th Floor
Washington, D.C. 20530
(202) 353-9895

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DOSHIA DANIELS BURTON, et. al.** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil Action Number: 05-2214 (JGP) |
| ) | |
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Upon consideration of Defendants' Motion Motion to Continue the Initial Scheduling Conference, and the entire record of this case, it is hereby

ORDERED that Defendants' Motion is GRANTED, and it is

FURTHER ORDERED that the scheduling conference will be held _____, 2006, at _____ in courtroom 15.

Dated this _____ day of _____, 2006.

_____
John Garrett Penn
United States District Judge

Copies to:
Parties via ECF

3