UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DOSHIA DANIELS BURTON,** *et al.*,    ) | |
|                                ) | |
|      **Plaintiffs,**           ) | |
|                                ) | |
|          v.                ) | Civil Action No. 05-2214 (JGP) |
|                                ) | |
| **UNITED STATES OF AMERICA,**   ) | |
|                                ) | |
|      **Defendant.**          ) | |

**ORDER**

This case was filed on November 15, 2005. The parties filed an amended joint statement [9] on April 11, 2006. On April 24, 2006, Defendant filed an unopposed motion to continue the initial scheduling conference [10]. Upon consideration of the parties' representations in their amended joint statement and Defendant's motion to continue the initial scheduling conference, it is hereby **ORDERED**

    1. The Defendant's Motion to Continue the Initial Scheduling Conference [10] is **GRANTED**.

    2. The initial scheduling conference previously set for April 25, 2006 is **CANCELLED**.

    3. The case will remain with this Court for all purposes except discovery. The case may be assigned to a Magistrate Judge for the purpose of resolving any discovery disputes. In the event of a discovery dispute, the parties must meet and confer in an effort to resolve the dispute. If a discovery motion is filed, the moving party must certify that the parties have met and conferred in an effort to resolve the dispute.

    4. The parties may file motions to join additional parties or amend the pleadings on or before May 1, 2006.

5.  The parties shall make initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) on or before May 15, 2006.

6.  Proponents may file expert witness reports pursuant to Fed. R. Civ. P. 26(a)(2) on or before August 1, 2006.

7.  Opponents may file expert witness reports pursuant to Fed. R. Civ. P. 26(a)(2) on or before August 15, 2006.

8.  Discovery is limited to 25 interrogatories and 10 depositions per side.

9.  Discovery shall begin on May 15, 2006 and close on December 15, 2006.

10. The parties may file dispositive motions on or before January 29, 2007.

11. The parties may file responses to dispositive motions on or before February 28, 2007.

12. The parties may file replies in support of dispositive motions on or before March 30, 2007.

13. The parties shall advise the Court if they think mediation is appropriate. If the case is referred for mediation, discovery will proceed as scheduled.

14. If a party objects to anything set forth in this order, the party shall inform the Court on or before May 1, 2006.

**IT IS SO ORDERED.**

**DATE: April 25, 2006**                                              **JOHN GARRETT PENN**
                                                                      **United States District Judge**