*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

| | |
|---|---|
| **DOSHIA DANIELS BURTON,** *et al.,* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>**UNITED STATES OF AMERICA,** )<br>)<br>Defendant. ) | Civil Action No. 05-2214 (JGP) |

## PLAINTIFFS' INITIAL DISCLOSURES PURSUANT TO FRCP 26(a)(1)

A.  Names of Individuals With Discoverable Information

1.  Doshia Daniels Burton (Plaintiff/Wife)
    5 Hickory Knoll Court
    Lutherville, MD

2.  Deidre Burton Crandell (Plaintiff/Daughter)
    17350 SW 106th Court
    Tualatin, OR

3.  Derrick Burton (Plaintiff/Son)
    270 Gatsby Place
    Alpharetta, GA

4.  Deron Burton (Plaintiff/Son)
    1634 Ponce de Leon Avenue, NE, #307
    Atlanta, GA

5.  Benjamin K. Potter, M.D. (person who rendered care to Capt. Burton in the Orthopaedic Clinic at Walter Reed Army Medical Center)
    (current location unknown)

6.  Other personnel/employees/agents at Walter Reed Army Medical Center who may have had contact with Capt. Burton between the time of his injury on January 10, 2003 and his death on February 20, 2003

    7.    Ambulance drivers/Baltimore County Police Department members who may have been present after being summoned to Capt. Burton's home where he was found deceased

    8.    Theodore M. King, M.D. and/or David R. Fowler, M.D. Medical Examiners who performed an autopsy on Capt. Burton

    9.    Plaintiffs have not yet determined the identities of any character witnesses who will be called to testify regarding Capt. Burton

B.    <u>Documents, Data Complications and Tangible Things</u>

    1.    Death Certificate of Samuel Earl Burton (already provided)

    2.    Letters of Administration of a Small Estate (already provided)

    3.    Medical Records of Samuel Earl Burton (already provided)

    4.    Maryland Ambulance Information Systems records re: death of Samuel Earl Burton obtained from the Baltimore County Fire Department (already provided)

    5.    Post Mortem Examination Report prepared by Office of the Chief Medical Examiner of Maryland (already provided)

    6.    Letter from Doshia Daniels Burton to Head of Orthopaedics at Walter Reed Army Hospital (already provided)

    7.    April 22, 2003 Letter from William C. Doukas, M.D., Chief, Orthopaedic Surgery Service, Walter Reed Army Medical Center, to Mrs. Doshia Daniels Burton (already provided)

    8.    Funeral Program, Memorial Service Program and letter from Doshia Daniels Burton re: Death of Samuel Earl Burton (already provided)

    9.    Report of Richard J. Lurito, Ph.D., re: losses occasioned by death of Samuel Earl Burton (already provided)

    10.    Videotapes of Samuel Earl Burton's Retirement Ceremonies and Memorial Service

    11.    Various medical articles provided to defendant as attachments to the Claim for Damages, Injury or Death

C.  <u>Computation of Damages</u>

1. Lost Retirement Income          $1,098,412

2. Lost Health Benefits                  14,879

3. Lost Household Services          176,000

4. Any other damages available under the Wrongful Death and Survival Action laws of the District of Columbia

D.  <u>Insurance Agreements</u> – Not applicable

Respectfully submitted,

THE EATON LAW FIRM, PLLC


By:_____
   Allen T. Eaton
   La'Vern D. Wiley

1111 – 14th Street, N.W.
Suite 777
Washington, DC  20005
(202) 637-0921

Counsel for Plaintiffs

3