*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

| | |
|---|---|
| **DOSHIA DANIELS BURTON,** *et al.,* ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil Action No. 05-2214 (JGP) |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Defendant.** ) | |

**PLAINTIFFS' EXPERT DISCLOSURES PURSUANT TO FRCP 26(b)(2)**

Attached please find plaintiffs' expert disclosures for Margaret M. Baker, M.D., Paul Genecin, M.D. and Richard Lurito, Ph.D.

Respectfully submitted,

THE EATON LAW FIRM, PLLC


By:_____
    Allen T. Eaton
    La'Vern D. Wiley

1111 – 14th Street, N.W.
Suite 777
Washington, DC  20005
(202) 637-0921

Counsel for Plaintiffs