# RL

Financial and Economic Consulting

Richard J. Lurito. Ph.D.
*President*

December 10, 2004

Allen T. Eaton, Esq.
The Eaton Law Firm, PLLC
1111 14th Street, N.W.
Washington, D.C. 20005

Re: Capt. Samuel E. Burton Case

Dear Mr. Eaton:

      The purpose of this report is to set out the economic loss suffered by the wife of Capt. Samuel E. Burton due to his death on February 20, 2003, allegedly the result of medical malpractice. At the time of his death Capt. Burton was about one month past his 620d birthday, having been born on January 7, 1941. According to the 2001 Life Tables, published by the U.S. Department of Health and Human Services, a black male, age 62, has 16.2 years of remaining expected life.

      At the time of his death, Capt. Burton was a retired Coast Guard Officer and had been since July, 2000. He was receiving military pension benefits and, had he not died, he would likely have received $68,412 in the first year after his death. (Capt. Burton received $66,531 in pension benefits in 2002). Military pension benefits are subject to the cost of living increases (COLAs) on an annual basis. The COLA increases are based on the behavior of the Consumer Price Index, a recognized measure of inflation. In 2003 a 2.4% COLA was granted. In my view, it is reasonable to expect at least a 2.5% per year rate of inflation over the medium-term future. Hence, absent death, Capt. Burton could have expected his pension benefits would have risen at 2.5% per year beyond 2003. This is used for analysis purposes.

Based on the foregoing, Table 1, Column 2, shows that absent death Capt. Burton could have expected to receive $1,346,146 in pension benefits in total dollars over the 16.2 years of life expectancy he had remaining when he died. The present value of these lost pension benefits is $1,054,704, as the adjusted total of Table 1, Column 3, shows. (A 4.0% discount (interest) rate is used to compute present value).

Had he lived, Capt. Burton would also have received Social Security benefits in the amount of $1,319 a month, or $15,828 a year. These benefits, like military pension benefits, are increased each year based on the behavior of the Consumer Price illdex. As before, a 2.5% per year increase in Capt. Burton's Social Security benefits beyond 2003 is posited. Accordingly, as Table 2, Column 2, shows absent death Capt. Burton could have expected to receive $312,748 in Social Security benefits in total dollars over his expected life. The present value of these lost benefits is $245,038, as the adjusted total of Table 2, Column 3, shows.

Had Capt. Burton received the income set out in Column 2 of Tables 1 and 2, he would have spent a portion of it for his own personal maintenance.1 Based on U.S. Department of Labor data, it was determined that Capt. Burton would likely have spent $201,330 of his gross earnings on himself. Therefore, $1,098,412 would have been available for the support of his wife had he not died.2 This figure also represents the income loss Ms. Burton has suffered due to Capt. Burton's death.

Ms. Burton advises me that prior to her husband's death, her medical/dental insurance was fully paid under her husband's pension plan. As a result of his death she now has to pay $533 a year for medical/dental insurance. When Medicare starts for her at age 65, she will have to pay $1,034 a year for Part A benefits. Based on a 5% premium cost escalation factor it was determined that Ms. Burton will have to pay $20,031 in total dollars for medical/dental insurance over the 16.2 years of expected life her husband had remaining when he died. The present value cost to her of her lost medical/dental benefits is $14,879 at the 4.0% discount rate already found appropriate for this purpose.

ill addition to suffering an income and health benefits loss due to Capt. Burton's death, his wife has also lost the household services he likely would have provided to her. According to Ms. Burton her husband spent about 20 hours a week providing household services to her. At an $11.00 per hour current replacement cost, it will cost Ms. Burton $11,000 a year now to replace, to the extent possible, the household services her husband would have provided to her had he not died.3
Based on a 4.0% per year cost escalation factor and a 4.0% yearly discount rate, it was determined that it will cost Ms. Burton $176,000 in present value terms to replace her husband's lost household services over the 16 years of expected life he had remaining when he died.

---

1 Capt. Burton was married when he died.
2 "Consumer Expenditure Interview Survey, 1999-2000", U.S. Department of Labor, Bureau of Labor Statistics, Table 37. A family of two persons earning $58,713 or $115,023 in 1999-2000 spent $21,511 or $29,641 on personal maintenance, excluding housing and one-half of transportation. An interpolation analysis revealed that a family like Capt. Burton's receiving $78,812 in total pension benefits in 19992000 dollars would spend $24,413 on personal maintenance. This is 30.98% of gross income ($24,412/$78,812 = 30.98%); one-half of this amount is 15.49%. 15.49% of $1,299,742 ($1,054,704 + $245,038) is $201,330. Hence, the family has lost $1,098,412 due to Capt. Burton's death ($245,038 + $1,054,704 - $201,330). Housing and one-half of transportation are excluded because Ms. Burton needs them regardless of whether Capt. Burton is alive or not.
3 $11.00 x 20 x 50 = $11,000.

Based on all my analyses, Capt. Burton's wife has suffered at least three types of pecuniary loss due to his death. They are as follows:

|    | Aspect Of Loss           | Pecuniary Loss |
|----|--------------------------|----------------|
| 1. | Lost Retirement Income   | $ 1,098,412    |
| 2. | Lost Health Benefits     | 14,879         |
| 3. | Lost Household Services  | 176.000        |
| 4. | Total                    | $ 1,289,291    |

Hence, in my opinion, a lump-sum payment of at least $1,289,291 needs to be made to Capt. Burton's wife today to compensate her for the pecuniary loss she has suffered as a result of his death in February, 2003. Her loss is at least $1,289,291 because it does not include Capt. Burton's funeral expenses which were at least $8,000.

TABLE 1

Lost Military Pension Benefits Of Capt. Samuel E. Burton

Over His Expected Life

And The Present Value Of That Loss

| Year Of Remaining Life Expectancy a/ (1) | Lost Pension Benefits (2) | Present Value Of Lost Benefits e/ (3) |
|---|---|---|
| 1  | $ 68,412 / | $ 73,994 |
| 2  | 70,122 .I | 72,927 |
| 3  | 71,875 | 71,875 |
| 4  | 73,672 | 70,838 |
| 5  | 75,514 | 69,817 |
| 6  | 77,402 | 68,810 |
| 7  | 79,337 | 67,817 |
| 8  | 81,320 | 66,839 |
| 9  | 83,353 | 65,875 |
| 10 | 85,437 | 64,925 |
| 11 | 87,573 | 63,989 |
| 12 | 89,762 | 63,066 |
| 13 | 92,006 | 62,156 |
| 14 | 94,306 | 61,260 |
| 15 | 96,664 | 60,376 |
| 16 | 99,081 | 59,505 |
| 17 | 20,312 £/ | 11,729 |
| Total: | $ 1,346,146 | $ 1,075,798 |
| Adjusted Total: | | $ 1,054,704 f/ |

~/ At the time his economic loss began, Capt. Burton had an expected life of 16.2 more years.
b/ From 3/1/2003 to 2/28/2004 Capt. Burton would likely have received $68,412 In military pension benefits ($66,531 x 1.024 x 10/12 + $66,531 x 1.024 x 1.025 x 2/12).
£/ From 3/1/2004 to 2/28/2005 he would likely have received $70,122 in military pension benefits ($66,531 x 1.024 x 1.025 x 10/12 + $66,531 x 1.024 x 1.0252 x 2/12). This $70,122 figure is escalated at 2.5% per year into the future.
£/ 20% of $101,558.
~/ The figures in Column 2 discounted at 4% per year.
f/ $1,075,798/1.02.

TABLE 2

Lost Social Security Benefits Of Capt. Samuel E. Burton

Over His Expected Life

And The Present Value Of That Loss

| Year Of Remaining Life Expectancy a/ (1) | Lost Social Security Benefits (2) | Present Value Of Lost Benefits d/ (3) |
|---|---|---|
| 1 | $ 15,894 / | $ 17,191 |
| 2 | 16,291 | 16,943 |
| 3 | 16,699 | 16,699 |
| 4 | 17,116 | 16,458 |
| 5 | 17,544 | 16,220 |
| 6 | 17,983 | 15,986 |
| 7 | 18,432 | 15,756 |
| 8 | 18,893 | 15,529 |
| 9 | 19,365 | 15,305 |
| 10 | 19,849 | 15,084 |
| 11 | 20,346 | 14,866 |
| 12 | 20,854 | 14,652 |
| 13 | 21,376 | 14,441 |
| 14 | 21,910 | 14,232 |
| 15 | 22,458 | 14,027 |
| 16 | 23,019 | 13,825 |
| 17 | 4,719 / | 2,725 |
| Total: | $ 312,748 | $ 249,939 |
| Adjusted Total: | | $ 245,038 r:=./ |

~/ At the time his economic loss began, Capt. Burton had an expected life of 16.2 more years.
~/ From 3/1/2003 to 2/28/2004, Capt. Burton would likely have received $15,894 in Social Security benefits ($1,319 x 10 months + $1,319 x 1.025 x 2 months). This $15,894 figure is escalated at 2.5% per year into the future for COLA.
£/ 20% of $23,595.
~/ The figures in Column 2 discounted at 4% per year.
r:=./ $249,939/1.02.