August 14, 2006

Dear Mr. Eaton,

Thank you for contacting me in regards to my availability for your deposition request. I believe you already have a copy of my CV. In brief, my qualifications include that I was certified by the American Board of Orthopaedic Surgery in 1995, and passed my re-certification exam in 2003. I am an experienced surgeon in active clinical practice as a licensed physician and orthopaedic surgeon in Washington State. My practice, The Center for Bone & Joint Surgery is in Port Angeles, Washington where I have been located since 1996. My prior practice included 13 years in the US Air Force where I received extensive training and experience with joint reconstruction, trauma, sports and occupational injuries. I am an Adjunct Clinical Assistant Professor of Surgery at the Uniformed Services University Medical School, Bethesda Maryland. Additionally, I am a Certified Bone Densitometrist and have a special interest in osteoporosis.

Although I am primarily an active surgeon and clinician, I also have done some work in recent years as an expert witness and have completed a number of case reviews, opinions, depositions, and trial testimony. My recent expert case testimonies I recall include:

Bateman vs. Wood (deposition 3/06, WA)
Anna Beversdorf vs. Shonnard (deposition 2/06, trial 3/06 CA)
Pamela Thomas vs. Frederick Bennett (deposition 11/05 and arbitration hearing 12/05, CA)
Jennifer Ambach vs. French and Keeve (deposition 11/05, WA)
Billy Bryant vs. Arthrex, Inc. (deposition 10/04, MS)
Naheen Staats v. Scott McGinley (deposition 07/04, NJ)
Nicholas DeScala v. Sedgewick CMS & UPS (deposition 06/04, WA)
Joanne Tornaquindici v. John Keggi (trial 03/04, deposition 12/03, CT)
April Lackey v. Safeway (deposition 04/03, WA)
Salvatore D'Amico v. State of WA (deposition 12/01, WA)
Sharon Targett v. City of Sequim (deposition 10/00, WA)
Michael Daniels v. City of Port Angeles (deposition 08/00, WA)

I look forward meeting you this fall, and please let me know if there's any further assistance you require in the meantime.

Sincerely and respectfully yours,

*MBaker, MD*

Margaret Baker, MD, FAAOS