<u>CURRICULUM VITAE</u>

PAUL GENECIN, M.D., F.A.C.P.


OFFICE ADDRESS:

Yale University Health Services
17 Hilhouse Avenue
P.O. Box 208237
New Haven, CT 06520-8237

telephone: (203)-432-0076
facsimile: (203)-432-7289
electronic mail: paul.genecin@yale.edu


HOME ADDRESS:

340 Saint Ronan Street
New Haven, CT 06511
(203) 782-9166

DATE OF BIRTH:  August 10, 1955

PLACE OF BIRTH: Baltimore, Maryland

MARITAL STATUS: married to Victoria Morrow, M.D.; two sons (14 and 20)


TITLES:

Director, Yale University Health Services

Executive Director, Yale Emergency Medical Services

Clinical Associate Professor, Department of Internal Medicine, School of Medicine, Yale University

Attending, Department of Internal Medicine, Yale-New Haven Hospital and Veterans Administration Medical Center, West Haven, Connecticut

EDUCATION:

1977        Princeton University, Princeton, New Jersey (AB; art and archaeology, Summa cum laude)

1979        Columbia University School of General Studies, New York, New York (post-baccalaureate premedical studies; 1977-79)

1983        Columbia University College of Physicians and Surgeons, New York, (M.D.)

CAREER:

1983-84     Intern, Department of Internal Medicine, Columbia Presbyterian Medical Center  (Presbyterian Hospital in the City of New York), New York

1984-86     Resident, Department of Internal Medicine, Columbia Presbyterian Medical Center (Presbyterian Hospital in the City of New York), New York

1986-87     Postdoctoral Clinical Fellow, Digestive Diseases, Yale University School of Medicine, New Haven, CT.

1987-89     Postdoctoral Research Fellow, Hepatic Hemodynamic Laboratory, Liver Study Unit, VAMC, Yale University School of Medicine, West Haven, CT.

1989-91     Physician, Internal Medicine, Yale University Health

1989-92     Attending, Department of Internal Medicine, Yale-New Haven Hospital and Veterans Administration Medical Center, West Haven; Clinical Instructor, Department of Internal Medicine (Digestive Diseases).

1991-92     Chief, Department of Internal Medicine, Yale University Health Services; Attending (YNHH & VA); Clinical Assistant Professor,

3

Department of Internal Medicine, Yale School of Medicine (Digestive Diseases.)

1992-97     Chief, Department of Internal Medicine and Urgent Care,
            Yale University Health Services. Attending (YNHH & VA);
            Clinical Assistant Professor, Department of Internal Medicine,
            Yale School of Medicine (Digestive Diseases.)

1995        Acting Chief, Inpatient Unit, Yale University Health Services.

1997-       **Director, Yale University Health Services, Attending (YNHH & VA); Clinical Associate Professor, Department of Internal Medicine, Yale School of Medicine.**

            • Executive Director, Yale Emergency Medical Services

HONORS AND RECOGNITION:

• Phi Beta Kappa, Princeton University, 1977
• Alpha Omega Alpha, Columbia University College of Physicians and Surgeons, 1983
• Janeway Prize, Columbia University College of Physicians and Surgeons, 1983
• American Liver Foundation Postdoctoral Research Fellowship Award, 1988-89
• Outstanding Provider Award, Yale University Health Services, 1991
• Connecticut "Top Docs" (Internal Medicine) /The Best Doctors in America (Connecticut Magazine, Woodward/White Inc. of Aiken S.C. database, 1996, 1998, 2002, 2003.
• Fellow of the American College of Physicians - 2001


CERTIFICATION:  American Board of Internal Medicine (1986)

                Board Eligible-American Board of Gastroenterology



MEMBERSHIP:     American College of Physicians (Fellow)
                American College Health Association
                American Association of Health Plans
                Connecticut Association of Health Plans
                Connecticut Hospital Association



Curriculum Vitae
Paul Genecin, MD, FACP
January 2006

TEACHING ACTIVITIES:

Consult Service Attending, Department of Internal Medicine (Digestive Diseases), Veterans Administration Medical Center, West Haven, CT.

Ward Attending, Internal Medicine Service, Yale-New Haven Hospital.

Preceptor, Resident Longitudinal Clinics - Ambulatory Internal Medicine, Yale School of Medicine.

Preceptor, third and fourth year student clerkships in ambulatory internal medicine, Yale School of Medicine.

1989-93:    laboratory activities (teaching, collaboration in research, writing) Hepatic Hemodynamic Laboratory, Liver Study Unit, VAMC, Yale University School of Medicine, West Haven, CT. (Roberto J. Groszmann, M.D., Director)

1997- present:    Guest lecturer in Yale School of Medicine (Internal Medicine, Urology, Epidemiology and Public Health, others,) Yale College, Departments of Economics and Political Science and Yale School of Management on the following  topics:

- Health care policy,
- Quality of care,
- Medical leadership,
- Organizational development,
- Managed care

1989 – present:    Lectures in CLINICAL INTERNAL MEDICINE for Yale School of Medicine third and fourth year students and Yale-New Haven Hospital Internal Medicine resident staff; between ten and twelve of these (and other) topics delivered once or twice each year at Yale-New Haven Hospital as part of education/training curriculum in Inpatient Internal Medicine:

- Dementia, Delirium, Depression and Alternation of Mental Status
- Deep Venous Thrombosis and Pulmonary Embolus
- Hepatitis viruses A,B,C and others
- Non-viral Causes of Liver Disease
- Manifestations and Complications of Cirrhosis
- Alcohol and the Liver

- Congestive Heart Failure
- Diabetes- Pathogenesis and Management
- Asthma and Chronic Obstructive Lung Disease
- Pneumonia – Community and Hospital Acquired
- Approach to Lung Nodules and Unexpected Radiographic Abnormalities in the Chest
- Acid Peptic Disease and Other Causes and Management of GI Bleeding
- Inflammatory Bowel Disease
- Acute and Chronic Pancreatitis
- Coagulation and Anticoagulation
- Acute and Chronic Anemia
- Tuberculosis
- Mental Disorders Relevant to the Practice of Hospital-Based Internal Medicine
- Fluid and Electrolyte Disorders
- Acid-Base Physiology
- Renal Insufficiency
- Hypertension
- Central Nervous System Infections
- Headache
- Stroke syndromes
- Spinal cord compression syndromes
- "Do not miss" skin lesions
- Neurology for the Hospital-based Internist
- Lung Cancer- Screening, Manifestations and Diagnosis
- Colon Cancer- Screening, Manifestations and Diagnosis
- Systemic Lupus Erythematosus and Other Major Connective Tissue Diseases
- Chest Pain – Assessment and Management
- Evaluation of Fever including Fever of Unknown Origin
- Syncope
- The Sepsis Syndrome
- Infectious Endocarditis
- Ischemic Heart Disease
- Addictions- Drugs, Ethanol, Tobacco – Assessment and Complications
- others

Curriculum Vitae
Paul Genecin, MD, FACP
January 2006

PERSONAL/VOLUNTEER ACTIVITIES:

- Preceptor, Project Hope (a project of Yale Schools of Medicine & Nursing as well as the Hill Health Center Homeless Health Care Program)
- Vice President, Edgerton Park Association, New Haven, CT
- New Haven Chorale

ORIGINAL PAPERS:

Genecin, P, Polio, J, Colombato, LA, Ferraioli, G, Reuben, A, Groszmann, RJ. Bile acids do not mediate the hyperdynamic circulation in portal hypertensive rats. AJP 1990; 259: G21-G25.

Genecin, P, Polio, J, Groszmann, RJ. Na restriction blunts expansion of plasma volume and ameliorates hyperdynamic circulation in portal hypertension.  AJP 1990; 259: G498-G503.

Sabba, C, Ferraioli, G, Genecin, P, et al. Evaluation of postprandial hyperemia in superior mesenteric artery and portal vein in healthy and cirrhotic humans in an operator-blind echo-Doppler study. Hepatology 1991; 13: 714-718.

CHAPTERS:

Genecin, P and Groszmann, RJ. Splanchnic and systemic hemodynamic evaluation in experimental portal hypertension using radioactive microspheres and reference blood sampling technique: in Animal Models of Portal Hypertension, (eds: S.K. Sarin & N.C. Nayak), New Delhi, M/S Kunj, 1988.

Genecin, P and Groszmann, RJ. Hepatic blood flow, measurement and physiological regulation: in Oxford Textbook of Clinical Hepatology. (eds: N McIntyre, et al.), Oxford, Oxford University Press; 1991.

Genecin, P and Groszmann, RJ. Portal Hypertension: in Diseases of the Liver, 3rd Edn. (eds: E Schiff & L Schiff), Philadelphia, JB Lippincott Company, 1993.

Genecin, P and Groszmann, RJ. Biology of Portal Hypertension: in The Liver:  Biology and Pathobiology, 3rd Edn. (eds: Irwin Arias, et al.), New York, Raven Press; 1994.

Curriculum Vitae
Paul Genecin, MD, FACP
January 2006