Paul Genecin, M.D., F.A.C.P.
August 2, 2006

Expert trial testimony 2002-2006:

1. Sylvia Steyer, deceased versus Jeanes Hospital - December 2002 Philadelphia, Pennsylvania
2. Carter, Irma Imelda v Sanz- March 2005 St. Lucie County, Florida
3. Jacobs v Lehigh Valley Hospital, Lehigh Valley Hospital, Inc, et al. June 2005 Lehigh County, PA
4. Lavin v. Chittilappilly August 2005 Boston, MA (arbitration)
5. Willard v. Brushett, et al. – September 2005 Bangor, ME (panel hearing)
6. Moore, Kathleen v. Ayers, et al. October 2005 Philadelphia, PA
7. Mullins v. Zurbach, Cvetkowski et al. February 2006 Bangor, ME (panel hearing)
8. Carmen Andujar Philadelphia, PA May 2006

Expert deposition testimony 2002-2006:

1. George Evans v. David Lee Causey, et al. February 2004 Atlanta, GA
2. Price, Rossaana v. Wyeth, et al. May 2004 Alexandria, VA
3. Carter, Irma v. Sanz – July 2004 St. Lucie County, Florida
4. Engels et al., v. Khan (Rockville, MD) October 2004
5. Michela, Robert – January 2005 Detroit, Michigan
6. Hattie Holifield, et al v. Ahmad Shahamat, March 2005 Cleveland, Ohio
7. Willard v. Brushett, et al. – June 2005 Bangor, ME
8. Johnson v. Advocate Health Care, et al. July 2005 – Chicago, Ill.
9. Redmond v. Riley March 2006 Atlanta, GA
10. Estate of Daniel Burch April 2006 - Akron, Ohio
11. Morton v. Marshall - May 2006 Washington, DC
12. Linda Hamill v. Wilkinson July 2006 New Haven, CT