Paul Genecin M.D., F.A.C.P.
Yale University Health
Services 17 Hill House Avenue
New Haven, CT 06520-8237
(203) 432-0076 Fax: (203) 432-
7289 paul.genecin@yale.edu

FEE SCHEDULE

| | |
|---|---|
| Review, research, written sl)mmaries and case discussion | *$500/hour* |
| Two hour minimum charge | $1000 |
| Depositions (regular hourly with four hour minimum) (Plus prep time) | $5351hour $2140 (four hours) |
| Trial Testimony (regular hourly with eight hour minimum) (Plus prep time and travel expenses) Plus prep time, travel time and expenses. I need two-work days notice of cancellation for court testimony; otherwise I charge an eight-hour per diem. If a day of testimony extends beyond eight hours, I charge my usual hourly fee. I do ask for 48 hours (working days) notice in the event that a trial is cancelled or postponed. | *$570/hour* $4560 (eight hours)  $SOO/hour |

*Send materials for review to the above address*

*211612006*