| ATTORNEY | LAW FIRM | JUDGE | DATE OF TRIAL |
|---|---|---|---|
| Jonathan C. Dailey | Caplan, Buckner & Kostecka | Judge Fisher  D.C. Sup Ct. | 7/18/2006 |
| Joseph Cammarata | Chaikin & Sherman | Judge Ross  D.C. Sup. Ct. | 3/3/2006 |
| Bruce J. Klores | Bruce J. Klores & Associates | Judge Dugan  Montgomery Co. Cir. Ct. | 2/16/2006 |
| Edward C. Bou | Bou & Bou | Judge Lombardi Prince George's County Circuit Court | 2/14/2006 |
| Laurie Amell | Stein, Mitchell & Mezines | Judge Titus  U.S. District Court  Greenbelt, MD | 2/10/2006 |
| Barry Nace | Paulson & Nace | Judge Wooldrige Cir. Ct. Fairfax County | 2/8/2006 |
| Andrew Slutkin | Snyder, Slutkin & Snyder | Judge Matricciani, Cir. Ct. for Baltimore City | 2/1/2006 |
| Gary Godard | Miller & Associates | Judge Duncan-Peters, D.C. Sup. Ct. | 1/27/2006 |
| Terrell Roberts | Roberts & Wood | Judge Lombardi Prince George's County Circuit Court | 1/12/2006 |
| William E. Artz | William E. Artz, P.C. | Judge Kendriet Arlington Co. Cir. Ct. | 1/10/2006 |
| John Costello | John Costello & Associates | Judge Shepherd, Prince Georges Co. | 12/7/2005 |
| Patrick Regan | Regan, Halperin & Long | Judge Alprin D.C. Superior Court | 12/6/2005 |
| George Tolley | Dugan, Babij & Tolley | Judge Quarles  Fed. Ct. Baltimore | 6/27/2005 |
| Brian Shevlin | Shevlin & Smith | Judge Blackburn-Rigsby D.C. Sup Ct | 6/23/2005 |
| Jeffrey Shane | Shulman, Rogers, et al | Judge Campbell   Sup Ct. D.C. | 6/2/2005 |
| Andrew J. Waghorn | William E. Artz, P.C. | Judge Haddock Cir Ct. Alexandria | 5/24/2005 |

| | | | |
|---|---|---|---|
| Paul Wiesenfeld | Wiesenfeld & Canarte | Judge Solt  Cir. Ct. for Frederick Co. | 5/4/2005 |
| Grandison E. Hill | Law Offices Of Grandison Hill | Judge Wright  Sup. Ct. D.C. | 4/7/2005 |
| Jeffrey Shane | Shulman, Rodgers, Ganda et al | Judge M. Finifter  Cir. Ct. Balt. Co. | 4/6/2005 |
| William E. Artz | William E. Artz, P.C. | Judge Leslie M. Alden Fairfax Cty. Ct. | 4/5/2005 |
| Joseph Cammarata | Chaikin & Sherman | Judge Smith  Dist. Court  P.G. County | 2/15/2005 |
| Bruce Klores | Bruce J. Klores & Associates | Judge Quarles  Fed. Ct. Baltimore | 2/9/2005 |
| Kenneth Trombly | Schultz & Trombly, PLLC | Duncan-Peters  Sup. Ct. | 12/7/2004 |
| Patrick M. Regan | Regan, Halperin & Long | Robertson  Fed Ct. D.C. | 12/2/2004 |
| Roger Johnson | Koonz, McKenney, Johnson | Melvin Wright  Sup. Ct. D.C. | 11/17/2004 |
| William E. Artz | William E. Artz, P.C. | Judge Thatcher  Cir. Ct. for Fairfax Co. | 10/20/2004 |
| Laurie Amell | Stein, Mitchell & Mezines | Cir. Ct. for City of Fredericksburg, VA | 9/24/2004 |
| Thomas Smith | Shevlin & Smith | Judge Klein  Cir. Ct. Fairfax, Co. | 7/25/2004 |
| Lawrence Lapidus | Karp, Frosh, Lapidus et al | Judge Scrivener    Cir. Ct. Montgomery County | 7/21/2004 |
| Lawrence Lapidus | Karp, Frosh, Lapidus et al | Cir. Ct. for Prince Georges Co. | 6/16/2004 |
| Barry J. Nace | Paulson & Nace | J. Lombardi, Cir. Ct. for Prince Georges Co. | 5/25/2004 |

| | | | |
|---|---|---|---|
| Joseph Koonz | Koonz, McKenney, Johnson | Charles Co. Cir. Ct. | 4/28/2004 |
| Frank Spector | Dugan, Babij, Tolley & Spector | L. Daniels Cir. Ct. for Baltimore Cty. | 4/16/2004 |
| Grandison E. Hill | Grandison E. Hill & Associates | Graae D.C. Sup. Ct. | 4/6/2004 |
| Patrick Malone | Stein, Mitchell & Mezines | Terrell Sup. Ct. D.C. | 3/10/2004 |
| Bruce J. Klores | Klores & Associates | Wright, Sup. Ct. D.C. | 2/11/2004 |
| Jodi H. Blecker | Jodi H. Blecker, LLC | H. Dawson Cir. Ct. for P.G. Co. | 1/13/2004 |
| Christopher Mitchell | Stein, Mitchell & Mezines | J. Pincus Cir. Ct. for Montgomery Co. | 10/29/2003 |
| C. Drew Fritch | Cardaro & Associates | J. Baldwin Cir. Ct. for Harford County, Md. | 10/1/2003 |
| John Costello | McCarthy & Costello | J. Lombardi Cir. Ct. for Calvert Co., MD. | 9/24/2003 |
| George Tolley | Dugan, Babij, etc. | J. Davis Cir. Ct. Wicomico County. | 8/20/2003 |
| Anthony Newman | Newman & McIntosh | C. Bush Sup. Ct. D.C. | 8/18/2003 |
| Daniel Kozma | Koonz, McKenney, Johnson | H. Dixon Sup. Ct. D.C. | 8/18/2003 |
| Michael Shevlin | Shevlin & Smith | G. Finch Fairfax Co. | 7/2/2003 |
| Daniel Kozma | Koonz, McKenney, Johnson | T. Smith Cir. Ct. for Prince George's County | 6/24/2003 |
| Stephen Skinner | Broder & Reiter | L. Braman Sup. Ct. D.C. | 6/13/2003 |

| | | | |
|---|---|---|---|
| William Artz | William E. Artz, P.C. | W. Ney  Fairfax County | 6/10/2003 |
| Paul Blumenthal | Law Office of Paul Blumenthal | P.G. County | 4/10/2003 |
| Patrick Regan | Regan, Halperin & Long | D.C. Sup Ct. Judge Burgess | 4/10/2003 |
| Thomas Smith | Shevlin & Smith | Woolridge Cir Ct. Fairfax County | 3/19/2003 |
| Gary Kohlman | Bredhoff & Kaiser | G. Kessler Fed Ct. D.C. | 3/18/2003 |
| Jarvis Tait | Koonz, McKenney, Johnson, et al | Melvin Wright  Sup. Ct. D.C. | 3/11/2003 |
| Allan Siegel | Chaikin & Sherman | Blackburne-Rigsby  Sup. Ct. D.C. | 3/6/2003 |
| Keith W. Watters | Keith W. Watters, P.C. | M. Rankin   D.C. Sup. Ct. | 2/11/2003 |
| Richard Semsker | Lippman & Semsker | R. Scribner Cir. Ct. Montgomery Co. | 12/18/2002 |
| Gerard Mitchell | Stein, Mitchell & Mezines | R. Urbina  Fed. Ct. D.C. | 12/12/2002 |
| Sandra Robinson | Jack H. Olender & Associates | Z. Bush  Sup. Ct. D.C. | 10/31/2001 |
| Christopher Mitchell | Stein, Mitchell & Mezines | M. Shaw-Geter  Circuit Court Charles Co., Md | 10/17/2002 |
| Michael Abelson | Abelson Law Firm | Bruce  Cir. Ct. Anne Arundel Co., MD | 8/29/2002 |
| Randolph Ogg | Bode & Grenier | T. Ellis    Fed. Ct. Alexandria, VA | 8/5/2002 |
| Karen Evans | Jack H. Olender & Associates | S. Duncan - Peters    D.C. Sup Ct. | 7/9/2002 |

| | | | |
|---|---|---|---|
| William Lightfoot | Koonz, McKenney, Johnson | M. Rankin   D.C. Sup. Ct. | 7/2/2002 |
| William Lightfoot | Koonz, McKenney, Johnson | Judge Connelly   Fed Dist. Ct. Md (Greenbelt) | 4/29/2002 |
| Brian Kim | Paulson & Nace | Circuit Ct. for Washington Co., Md.   Judge Beachley | 4/23/2002 |
| Kevin McCarthy | McCarthy & Costello | Abrecht   Sup. Ct.   D.C. | 3/26/2002 |
| Elaine C. Bredehoft | Charlson & Bredehoft | W. Rowan   Montgomery Co. Circuit Ct. | 3/21/2002 |
| Kenneth Shepherd | Kenneth Shepherd, LLC | M. Rankin   D.C. Sup. Ct. | 2/5/2002 |
| Barry Nace | Paulson & Nace | Graae   D.C. Sup. Ct. | 1/23/2002 |
| Allan Hutter | Allan Hutter, LLC | J. Mize   D.C. Sup. Ct. | 1/9/2002 |
| C. Everett Thompson | C. Everett Thompson, P.A. | Judge Boyle U.S. District Ct. for Eastern Dist. Of N. Carolina | 12/5/2001 |
| Keith Wheaton | Keith Wheaton, LLP | Cir. Ct. Jefferson Co. W. Va | 11/14/2001 |
| Lawrence Lapidus | Karp, Frosh, Lapidus, Et.al. | Judge G. McKee  P.G. Co. | 11/6/2001 |
| L. Palmer Foret | Holtz & Foret | K. Kotelly Fed Court, D.C. | 10/25/2001 |
| Gerard Mitchell | Stein Mitchell & Mezines | R. Winston Sup. Ct. D.C. | 7/18/2001 |
| Joseph Cammarata | Chaikin & Sherman | Williams Cir Ct.  Henry Co., VA. | 7/17/2001 |
| Gerard Mitchell | Stein, Mitchell & Mezines | E. Huvelle Fed Ct. - D.C. | 6/5/2001 |

| Charles Simmons | Gorman & Williams | Kane Cir. Ct. Howard Co. | 3/16/2001 |
|---|---|---|---|
| Lawrence Lapidus | Karp, Frosh, Lapidus, Wigodsky & Norwind | Terrell Sup. Ct. D.C. | 3/7/2001 |
| Barry Nace | Paulson & Nace | A. Vieregg<br>Cir. Ct. Fairfax Co. | 2/7/2001 |
| Francis Gaegler | Hopewell & Gaegler | J. Adams<br>Cir Ct. Prince Georges Co. | 1/17/2001 |

| **CASE** |
|---|
| Daryl Lash, Sr. v. Howard University Hospital  CA 03-ca-000969 |
| Camay Mitchell v. Paul Clemencia  CA 6187 2005 |
| De La Torre r. Thomas Militano, M.D. |
| Marjorie Edwards v. Irma Dean Smith  Case No. CAL 04-05392 |
| Ruth A. Lawson v. United States of America  Case No: AW-03CV884 |
|  |
| Aidan Gimbel v. American Radiology Services  Case No 24-C-04-009662 OT |
| Bernice Fleming v. Providence Hospital  CA No. 04-4639 |
| Prince Jones, Sr. v. Prince George's County CAL 01-03974 |
| Timothy Grinnings v. Falls Church Medical Center Case No. 04-558 |
| Cynthia Deas v. Dr. Odacha |
| Michael Duplessie, M.D. v. Theresa McGowan,  Case No. 03ca002708 |
| Marilyn Mayo, et al v. United States   CA No. AMD-03-3457 |
| Michael Amaann v. William Hazel, Jr. M.D.  CA No 03CA006340 |
| Paul W. Bridenhagen v. Michael Theodoulou, D.P.M. et al CA No 03-0009580 |
| Glen Giles v. Yousef Salem, M.D. No: CL0400194 |

| |
|---|
| Tara Caton v. Ravi Yalamanchilii, Md.  C-03-1934MM |
| Cerrin Clark v. Gaben Management, LLC  CA 7285-99 |
| Cauley v. Reisinger et al 03-C-02-009970 |
| Frank Mallinson v. Maryida Klimowicz, M.D.  At Law No. 221458 |
| Gladys Boodhoo v. Maurice Poindexter  CA No. 03-20377 |
| Veronica Pollard et al v. United States of America   CA No. S-02-CV-764 |
| |
| Joanne Olayinka v. Georgetown University Hospital |
| Isaac Love v. USA Waste of Maryland, Inc.    Civil No: 02-0009344 |
| Harlis C. Breeding, Jr. v. Mert Kivanc, D.O.  At law No. 218062 |
| Shawn Jackson vs. D.C. Anderson, M.D.  At law CL01-1112 and CL01-113 |
| Rubio Jimenes v. Frank L. Nuar, M.D.   At law# 214574 |
| Elisabeth Hillard v. Gerald Rogell, M.D.   Case No. 242550-V |
| Marlene McDowell v. King Associates  Ltd. Case No. CAL03-15870 |
| Maleka Sago et al v. Elliece Smith, M.D. et al.  Case No. CAL03-04540 |

| |
|---|
| David McMillan v. Guy & Guy |
| Dylan McQuitty v. Franklin Square Hospital    CA # 03-C-01-009275 |
| Cerrin Clark v. Jerry Weinstein, et. al.  CA No. 99-7285 |
| Sharon Burke v. Gary Staples, M.D.  CA #01-009379 |
| Sardul Pannu vs. Jeff Jacobson, M.D.    CA #01-7485 |
| Rita Langley v. Bolling Warfield Smith  CAL 02-27269 |
| Juana Daniels v. Leveque & Chrosniak, M.D. |
| Karen Ullmann v. E. Capacio, M.D.  Case No. 12-C-99-0024660C |
| Carolyn Heidenreich v. David Denakas, M.D.  C-01-0111 |
| |
| Tiona Shackleford v. Medlantic Healthcare Group CA0003757-00 |
| Robinson, et. al. v. Kelley, et. al 97CA6013 |
| Estate of David Butler v. Kaiser Permanente  At Law 202569 |
| Ransom Evely/Kenneth Moore v. Smithfield Packing Co., Inc. Case No. CAL02-13670 |
| Kronheim v. Busch |

| |
|---|
| Nancy Bruckner, M.D. v. Lareine Sabella, M.D. At Law 201382 |
| Sandra Gorman v. Nicholas Visnich, Jr. M.D. Case No. CAL00-23630 Track ST |
| Miles-McLean et al v. District of Columbia 00 CA 004991 |
| Kathy Crosson v. Michael Price, M.D. et al At law No. 202776 |
| Doretha Lindsey, et al. v. District of Columbia, et. al.    Case No. 1:00CV00894 |
| Sheila Hostler v. Big Stuff, Inc. CA 01-5057 |
| Shelley Dodson v. Kavona Evans CA # 01 CA00 8439 |
| Eric Alvarado v. John-John, Inc. CA No. 01 ca 00077125 |
| Walter H. Smith, Jr. v. Raytheon |
| Enrique Calva-Cerqueira v. United States  CA No. 99-1198 (RMU) |
| Nina Kozin v. Kaiser Foundation Health Plan   CA No. 00CA 004890 |
| Dianne Soloninka vs. Surgical Associates Chartered Case No. 08-C-01-000986 OT |
| Louise Hosey v. Patuxent Medical Group    C-2000-665720T |
| Adene Hill v. Crown Central Petroleum,  Case No. 01-CV-1395 |
| Jeffrey Means v. District of Columbia    C.A. No. 99-9027 |

| |
|---|
| Roderick George v. Henry's Wrecker Service    CA. No. 99-5533 |
| Darlene Cockfield v. United States (A No. AW00CV0080) |
| Julie A. Miley v. Washington County Hospital    CA No. 21-C99-8124-OT |
| Eugenia H. Vance v. Providence Hospital    C.A. No. 00ca004401 |
| Greg A. Rosenbaum v. Royal Sun Alliance |
| Howard Spiller v. Peter Basch, M.D., et.al.    CA 6361-99 |
| Smart v. Trujillo, M.D. C.A. No. 99-5663 |
| Nancy Cross Faith v. Montgomery Kone, et.al.    CA 99-000114 |
| Patricia Manasse v. Lewis Siegel, M.D.    2:98-CVS-67-B0(2) |
| Keith Short v. Ronnie Fellers  CA No. 00-C-64 |
| Michael Williams v. Otto Montufar Case No. CAL 00-24026 |
| Tangela Drew, et.al.v. Providence Hospital    CV-99-1149 |
| Victoria Pepper v. Florie Hirsh, M.D.    CA No. 97-2117 |
| Evette Rochelle Green as co-administrator of estate of Sharecka Green v. J.C. Joyce Trucking & Paving Co. |
| Kevin M. Hassinger v. United States    CA No. 98-1002 (ESH) |

| |
|---|
| Ruth A. Yip v. BJs Wholesale Club<br>CA No. 13-C-97-036408 |
| Joyce Johnson v. Yolanda Robertson, M.D.<br>CA No. 990005454 |
| Pauline Sunderland v. Inova Health Systems  At Law 185125 |
| David Talley v. Safeway Stores<br>CAL 97-17458 |