Below is a fee schedule of services generally rendered by Dr. Lurito in an economic loss case:

**Report:** The average report is $1,800, this is just an estimate as each case is different. The amount is based on the amount of time and work that goes into the report, not necessarily the length of the report.

**Deposition:** Dr. Lurito charges $300 per hour portal-to-portal with a two-hour minimum. After two hours he prorates the fee.

**Testimony:** Dr. Lurito charges a flat fee of $1,500 for trial testimony. In cases where he has to appear on more than one day, he will pro-rate his fee.

Usually when working with new clients, Dr. Lurito will request a retainer fee of $1,200, however you may discuss this matter with him directly.