**MARGARET M. BAKER, MD**
www.cbjs.org
832 Georgiana Street
Port Angeles, WA 98362
(360) 457-7003

**IDENTIFICATION:**
- Specialty - Orthopaedic Surgery, Clinical Bone Densitometry
- Special Interests - Sports Medicine, Adult Reconstruction, Trauma, Osteoporosis
- DOB – April 24, 1960; Place of Birth - Bloomington, IN

**CURRENT POSITIONS:**
- Orthopedic Surgeon, The Center for Bone & Joint Surgery, Port Angeles, Washington
- Adjunct Assistant Professor of Surgery, Uniformed Services University of Health Sciences, Edward F. Hebert Medical School, Bethesda, Maryland
- Expert witness, registered with the AAOS
- Principal Horn, Port Angeles Symphony and Chamber Orchestras, Hurricane Brass Quintet

**PAST POSITIONS:**
- Staff Orthopedic Surgeon, The Virginia Mason Clinic, Port Angeles, Washington
- Assistant Chief of Orthopedic Surgery and Residency Coordinator, Sinai Hospital of Baltimore

**EDUCATION AND TRAINING:**
- Undergraduate: The Pennsylvania State University, Major - Premedicine, B.S. 1982
- Professional Education: Georgetown University School of Medicine, M.D. 1986
- Postdoctorate Training: Wilford Hall USAF Medical Center, Orthopaedic Surgery, 1989-93
  Brown University, Rhode Island Hospital, Surgery, 1986-1987

**AWARDS AND HONORS:**
- High School: Graduated first in class of 365 (4.0 GPA), 5 Varsity Letters (fastpitch softball and basketball), Team Captain, AAAA Michigan State Championship, Multiple All-Conference and All-Star Awards
- Undergraduate: National Merit Scholar, Athletic Scholarship, 4 Year Varsity Letter Winner (Fastpitch Softball), Team Captain, Graduated Cum Laude
- Medical School: Numerous times Dean's List status, Honors in Gross Anatomy, Micro Anatomy, Physiology, Neurobiology and Surgery
- Military: Air Force Commendation Medal with One Oakleaf Cluster, Outstanding Unit Award with One Oakleaf Cluster, National Defense Service Medal

**LICENSURE AND CERTIFICATION:**
- Diplomate, American Board of Orthopaedic Surgery (recertified April 2003)
- Professional License: Washington, #025209 MD00033513
- FAA Licensed Private Pilot
- ISCD Certified Clinical Densitometrist

**MILITARY ASSIGNMENTS:**
- General Medical Officer, Director of Emergency Services, Republic of Korea, Kunsan Air Base, 8th Tactical Fighter Wing, August 1987 - August 1988
- Flight Surgeon, Officer-In-Charge Student Section, Dispensary Services, Lackland AFB, Texas, August 1988 - June 1989
- Staff Orthopaedic Surgeon, Director of Orthopaedic Education, Orthopaedic PA Residency Director, Malcolm Grow United States Air Force Medical Center, Andrews AFB, MD, July 1993-August 1995

**Magaret M. Baker, MD**                                                                                                    Page 2

**PROFESSIONAL ORGANIZATION MEMBERSHIP:**
- Fellow, American Academy of Orthopaedic Surgeons
- American College of Sports Medicine
- Ruth Jackson Society
- American Medical Assosiation
- International Society of Clinical Densitometry

**RESEARCH:**
- *The Incidence of Undiagnosed Osteoporosis and Osteopenia in a General Orthopedic Referral Practice*, presented at the International Society if Clinical Densitometry Annual Meeting, San Diego, CA, January 2006.
- *The Incidence of Osteopenia and Osteoporosis in a Rural Community*, presented at the International Symposium on Osteoporosis, Honolulu, HI, March 2002.
- *Relation of Pre-Basic Military Training Activity Level to Rate of Medical Entry Level Separation,* Department of Orthopaedic Surgery, WHMC, 1991.
- *"Operation Just Cause" - The Wilford Hall Experience with our Panama Combat Casualties,* Department of Orthopaedic Surgery, WHMC, 1990.
- *Surgical Management of Meningomyelocele,* Department of Plastic Surgery, Walter Reed Army Medical Center, 1985.
- *Genetic Regulation of Fetal Hemoglobin,* Department of Biochemistry, Penn State University, 1981.
- *Regeneration of Peripheral Motor Neurons,* Department of Biophysics, Michigan State University, 1977.

**MILITARY TRAINING:**
- Combat Casualty Care Course (C4), August 1987
- Primary Course in Aerospace Medicine, October - November 1988

**ADDITIONAL ORTHOPAEDIC TRAINING:**
- AO/ASIF Basic Course:  April 1991
- Orthopaedic Shoulder Service (Charles A. Rockwood, Jr., MD, Staff), Nov. 90 - Feb. 91
- Enneking Musculoskeletal Pathology Course:  October 1991
- Orthopaedic Trauma Elective, Shock/Trauma Unit, MIEMSS, Balt., MD:  Mar.-Apr. 92
- Tachdjian Pediatric Orthopaedics Course:  June 1992
- Dallas Orthotics and Prosthetics Course:  October 1992
- AAOS Review Courses:  February 1993, November 1997
- Maine Orthopaedic Review:  June 1993, June 1995
- AAOS Current Concepts Review; The Knee:  May 1994
- Armed Forces Institute of Pathology, Orthopaedic Course:  April 1995

**PUBLICATIONS:**
- *The Incidence of Undiagnosed Osteoporosis and Osteopenia in a General Orthopedic Referral Practice*, Journal of Clinical Densitometry, (9) 2, 241, 2006.
- *ACL Injuries in Female Athletes*, Journal of Women's Health, 7(3) 343-349, 1998.
- *Osteoporosis, The Silent Epidemic*, in "Health For Midlife Women", Kathleen Wilson, MD, Whiskey Hollow Press, New Orleans, 2004.
- *Patellofemoral Pain Syndrome in the Female Athlete*, in: Clinics in Sports Medicine – The Athletic Woman. Harmon, K & Agostini, R eds. 19 (2),  pp.315-330, 2000.

**PRESENTATIONS:**
- *Sports Medicine Issues in Softball*, in: Women's Sports Medicine Encyclopedia, International Olympic Committee, Drinkwater, B ed. Blackwell Science, Oxford, UK, 2000.
- *Great Toe Pain in a Distance Runner*, Medicine & Science in Sports and Exercise, 31(5) supp., 547, 1999.
- *Acetabular Fractures*, Department of Orthopaedics, WHMC, March 1991. Department of Orthopaedics, Sinai Hospital, January 1996.
- *Anterior Cruciate Ligament Injuries*, Orthopaedic/PT Lecture Series, MGMC, October 1994. Department of Orthopaedics, Sinai Hospital, September 1995.
- *Antibiotoc Resistant Infections in Surgical Patients*, CME Lectures and Staff In-Service, Port Angeles WA June & July 2004, June & July 2005.
- *Antibiotoc Resistant Infection: Current Trends and Treatments*, CME Lecture, Port Townsend WA Feb. 2005.
- *ACL Injuries in the Female Athlete*, 5th Annual Women's Health Congress, Washington D.C., June 1997.
- *Back Pain: Patient Management in Your Practice*, Olympic Memorial Hospital Medical Staff Lecture, March 1997.
- *Calcium and Phosphorous Metabolism*, Department of Orthopaedics, WHMC, July 1991.
- *Care of the Orthopedic Patient*, Nursing In-Service, Olympic Memorial Hosp., Nov. 1998.
- *Clinical Case Presentation - "Knee Injury-Rugby"*, American College of Sports Medicine Annual Meeting, Cinncinnatti, OH, May 1996.
- *Clinical Evaluation of the Shoulder*, Department of Orthopaedics, Sinai Hosptial, Feb. 1996. WHMC, August 1992. MGMC, October 1993. Society of AF PA'S Annual Meeting, Omaha, NE, August 1994. PT In-Service, Port Angeles, WA, Feb. 1997.
- *Current Concepts in Arthritis*, CME Lectures Sequim & Port Angeles WA, May & Oct. 2003.
- *Evaluation of the Head Injured Athlete*, Lecture/Workshop, National Athletic Trainers Assn. Annual Meeting, Baltimore, MD, June 1998.
- *External Fixation*, O.M.H. Operating Room In-Service, February 1997.
- *Extremity Trauma*, Fire Dept./Paramedic In-Service, Port Angeles, WA, Jan. 1997.
- *Hallux Pain in a Distance Runner,* American College of Sports Medicine Annual Meeting, Seattle, WA, June 1999.
- *Histiocytosis X*, Department of Orthopaedics, WHMC, April 1991.
- *Lumbar Disc Disease*, Department of Orthpaedics, WHMC, August 1991. Department of Family Practice Grand Rounds, MGMC, August 1994. Department of Orthopaedics, Sinai Hospital, September 1995.
- *Medial and Posteromedial Ligamentous Injuries of the Knee*, Department of Orthopaedics, WHMC, March 1993. Department of Orthopaedics, Sinai Hosptial, September 1995.
- *Normal Human gait*, Department of Orthopaedics, WHMC, April 1990.
- *"Oh, my aging bones!"*, Men's Health Day, Port Angeles, WA, March 1997, Senior Center Presentation, Port Angeles, WA, Nov. 1998, Sequim Senior Caucus, April 1999.
- *Orthopaedic Casualty Care*, WHMC In-Service, February 1991.
- *Orthopedic Radiology*, Department of Radiology Grand Rounds, MGMC, March 1995. Department of Medicine, Sinai Hosptial, February 1996.
- *Orthopedic Trauma Symposium: External Fixation*, Olympic Medical Center, Oct. 2004.

**Margaret M. Baker, MD**                                                                                                          **Page 4**

**PRESENTATIONS:  (Cont.)**

- *"Operation Just Cause"* -The Wilford Hall Experience with our Panama Combat Casualties:
  - SICOT  (International Society of Orthopaedics and Traumatology), Montreal, CAN, September 1990.
  - Sinai Hospital Multidisciplinary Trauma Conference, Baltimore, MD, May 1996.
  - Society of Air Force Clinical Surgeons, Washington, D.C., April 1990.
  - Joint Medical Readiness Training Center In-Service, San Antonio, TX, June 1991.
  - Hospital Medical Readiness In-Service, Goodfellow AFB, TX, August 1990
  - Orthopaedic Grand Rounds, UTHSC, San Antonio, TX, March 1990.
- *Osteoporosis- the Silent Epidemic,* Senior Center Lecture, November 1999 & Sept. 2003 Port Angeles WA, State CST Annual Meeting, Oct. 2000 Port Angeles WA, Women's Health Day, April 2001 Port Angeles WA, CME Lecture, May 2001 Bremerton WA, CME Lecture, June 2001 Seattle WA, Tribal Bone Health Day, August 2001 Neah Bay WA.
- *Posterior and Posterolateral Ligament Injuries of the Knee,* Orthopaedic/PT Lecture Series, MGMC, November 1994.  Department of Orthopaedics, Sinai Hospital, October 1995.
- *Radiographic Recognition of Sports Injuries*, Department of Orthopaedic Surgery, Sinai Hospital, March 1996.
- *Relation of Pre-Basic Military Training Activity Level to Rate of Medical Entry Level Separation*, Society of Military Orthopaedic Surgeons Annual Meeting, El Paso, Texas, November 1991.
- *Reflex Sympathetic Dystrophy*, Department of Orthopaedics, WHMC, July 1990.  Orthopaedic Lecture Series, Sinai Hospital of Baltimore, February 1995.
- *Rehab Issues in Orthopedic Surgery,* PT In-Service, Port Angeles, WA, Oct. 1996.
- *Shoulder Arthroplasty*, Department of Orthopaedics, WHMC, May 1991.  Orthopaedic Lecture Series, MGMC, September 1994.  Department of Orthopaedics, Sinai Hospital, August 1995, PT In-Service, Port Angeles, WA, Jan. 1998, Surgical Techs of WA State Annual Meeting, November 1999, Port Angeles, WA.
- *Shoulder Injuries in the Throwing Athlete*, Department of Orthopaedics, WHMC, September 1992.  CME Lecture, Bolling AFB, Washington, DC, September 1994.  Sinai Hospital, November 1995, Washington State Science Fair - Coachs' Meeting, Port Angeles, Nov. 1996.
- *Snakebites,* Joint Medical Readiness Training Center In-Service, San Antonio, TX, June 1991.  Orthopaedic Lecture Series, MGMC, November 1995.  Sinai Hospital, June 1996.  Fire Dept./Paramedic In-Service, Port Angeles, WA, April 1997.
- *Sports Injuries of the Foot and Ankle*, Dept. of Orthopedics, Sinai Hospital, July 1996, Orthopedic / Podiatry Conference, Virginia Mason Medical Center, Seattle, WA, April 1998.
- *The Female Athlete Triad*, AF Clinical Surgeons Annual Meeting, Dayton, OH, April 1995. Grand Rounds, Dept. of Family Practice, MGMC, May 1995. Department of Orthopaedics, Sinai Hospital, March 1996.  Maryland Athletic Trainers Annual Meeting, Fairfax, VA, March 1996, Washington State Science Fair - Coachs' Meeting, Port Angeles, Nov. 1996.
- *The Language of Fractures*, Department of Orthopaedics, WHMC, July 1992.  Department of Emergency Medicine Grand Rounds, WHMC, September 1992.  Department of Radiology Grand Rounds, WHMC, November 1992.  Department of Pediatrics Grand Rounds, WHMC, May 1993.  MGMC, September 1993.  Society of AF PA'S Annual Meeting, Omaha, NE, August 1994.  Department of Orthopaedics, Sinai Hosptial, August 1995, Olympic Memorial Hospital Medical Staff Lecture, Port Angeles, WA, Oct. 1996.