IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **DOSHIA DANIELS BURTON, et. al.** | ) ) ) ) |  |
| **Plaintiffs,** | ) ) |  |
| v. | ) ) | Civil Action Number: 05-2214 (JGP) |
| **UNITED STATES OF AMERICA** | ) ) ) |  |
| **Defendant.** | ) ) ) |  |

The Clerk of the Court will please enter the appearance of Steven M. Ranieri, Special Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case, and withdraw the appearance of Special Assistant United States Attorney Kevin K. Robitaille.

Respectfully submitted,

_____/s/_____
STEVEN M. RANIERI
Special Assistant U.S. Attorney
555 Fourth St., N.W.
Room E4408
Washington, D.C. 20530
202-353-9895  / FAX 202-514-8780