IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **DOSHIA DANIELS BURTON, et. al.** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action Number: 05-2214 (JGP) |
| | ) | |
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| Defendant. | ) | |

### JOINT MOTION FOR EXTENSION OF DISCOVERY SCHEDULE AND CONTINUANCE

Pursuant to Federal Rule of Civil Procedure 6(b), and for good cause shown, plaintiff and defendant respectfully move for a revised discovery schedule, and for a continuance of the motion dates in the above-captioned matter. In support of their motion, the parties state as follows:

1. Discovery in this matter closed on December 15, 2006.

2. The parties agree that additional time is needed to complete discovery in this matter. Counsel for each of the parties has worked cooperatively together to conduct the discovery in this case. However, the issues in this case have required the employment of several expert witnesses on each side and have necessitated the taking of numerous depositions on both sides. The parties have not been able to complete all the depositions. Consequently, the parties have been unable to complete deposition discovery in this case.

3. For these reasons, the parties seek an order extending all discovery for approximately three months to March 15, 2007.

4. At this time, defendant anticipates filing a motion at the conclusion of discovery that may resolve some or all of the claims in this matter. The proposed order included with this Motion includes a revised schedule for filing dispositive motions.

5. Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

6. This is the first extension of the discovery schedule sought in this matter.

For the above reasons, plaintiff and defendant respectfully request that the Court grant this Joint Motion for Extension of Discovery Schedule and Continuance. A proposed order granting the relief sought is attached hereto.

Respectfully submitted,

| | |
|---|---|
| _____/s/_____<br>ALLEN T. EATON<br>1111 14th Street, N.W.<br>Suite 777<br>Washington, D.C. 20005<br>(202) 637-0921<br>Attorney for Plaintiff | _____/s/_____<br>JEFFREY A. TAYLOR, D.C. Bar # 498610<br>United States Attorney<br><br>_____/s/_____<br>RUDOLPH CONTRERAS, D.C. Bar # 434122<br>Assistant United States Attorney<br><br>_____/s/_____<br>STEVEN M. RANIERI<br>Special Assistant United States Attorney<br>555 Fourth Street, N.W.,<br>Washington, D.C. 20530<br>(202) 353-9895 |
| Date: December _____, 2006 | Attorneys for Defendant |