## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DOSHIA DANIELS BURTON, et. al.** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil Action Number: 05-2214 (JGP) |
| ) | |
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **Defendant.** ) | |

## SCHEDULING ORDER

UPON CONSIDERATION of the parties' Joint Motion for Extension of Discovery and Continuance of the motions dates, and the entire record herein, it is this ____ day of _____, 20___.

ORDERED that discovery in this matter shall conclude on March 15, 2007; and it is further

ORDERED that any dispositive motions shall be served and filed on or before April 30, 2007; any opposition(s) to any such dispositive motions shall be served and filed on or before May 29, 2007 and any reply(ies) to any opposition(s) shall be served and filed on or before June 28, 2007.

SO ORDERED.

_____
JOHN GARRETT PENN
United States District Judge