UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DOSHIA DANIELS BURTON,** *et al.,* | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 05-2214 (JGP) |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of the parties' **Joint Motion for Extension of Discovery Schedule and Continuance** [15], it is hereby

**ORDERED** that the motion is **GRANTED** *nunc pro tunc*; and it is further

**ORDERED** that the parties comply with the following modified discovery and dispositive motions schedule:

1. The parties shall complete all factual discovery on or before March 15, 2007.

2. Dispositive motions are due on or before April 30, 2007.

3. Responses to dispositive motions are due on or before May 29, 2007.

4. Replies in support of dispositive motions are due on or before June 28, 2007.

**SO ORDERED.**

**DATE: January 10, 2007**                                    **JOHN GARRETT PENN**
                                                              **United States District Judge**