IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DOSHIA DANIELS BURTON, et. al.** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil Action Number: 05-2214 (JGP) |
| ) | |
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **Defendant.** ) | |

**SECOND JOINT MOTION FOR EXTENSION OF**
**DISCOVERY SCHEDULE AND CONTINUANCE**

Pursuant to Federal Rule of Civil Procedure 6(b), and for good cause shown, plaintiff and defendant respectfully move for a revised discovery schedule to allow plaintiff to take the deposition of two doctors identified below.  The parties also respectfully move for a continuance of the motion dates in the above-captioned matter.  In support of their motion, the parties state as follows:

   1.  Discovery in this matter closed on March 15, 2007, and dispositive motions are due April 30, 2007.

   2.  The parties agree that additional time is needed to conduct two additional depositions. The deposition of the first doctor had previously been scheduled, but was postponed do to the illness of plaintiff's counsel.  The identification of the second doctor was recently discovered during the deposition of defendant's expert witness.  Counsel for each of the parties have worked cooperatively together to conduct the discovery in this case; however, the parties have been unable to complete the remaining two depositions for the aforementioned reasons.

     3. The parties seek an order extending discovery for approximately one month to May 31, 2007, for the purposes of conducting these depositions.

     4. At this time, defendant anticipates filing a motion at the conclusion of discovery that may resolve some or all of the claims in this matter. The proposed order included with this Motion includes a revised schedule for filing dispositive motions.

     5. Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

     6. This is the second extension of the discovery schedule sought in this matter.

     For the above reasons, plaintiff and defendant respectfully request that the Court grant this Joint Motion for Extension of Discovery Schedule and Continuance. A proposed order granting the relief sought is attached hereto.

Respectfully submitted,

| | |
|---|---|
| _____/s/_____ | _____/s/_____ |
| ALLEN T. EATON | JEFFREY A. TAYLOR, D.C. Bar # 498610 |
| 1111 14th Street, N.W. | United States Attorney |
| Suite 777 | |
| Washington, D.C. 20005 | |
| (202) 637-0921 | |
| Attorney for Plaintiff | _____/s/_____ |
| | RUDOLPH CONTRERAS, D.C. Bar # 434122 |
| | Assistant United States Attorney |
| | |
| | _____/s/_____ |
| | STEVEN M. RANIERI |
| | Special Assistant United States Attorney |
| | 555 Fourth Street, N.W., |
| | Washington, D.C. 20530 |
| | (202) 353-9895 |
| Date: April 30, 2007 | Attorneys for Defendant |