IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **DOSHIA DANIELS BURTON, et. al.** )<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>**UNITED STATES OF AMERICA** )<br>)<br>)<br>Defendant. )<br>_____ ) | Civil Action Number: 05-2214 (JGP) |

## SCHEDULING ORDER

UPON CONSIDERATION of the parties' Second Joint Motion for Extension of Discovery and Continuance of the motions dates, and the entire record herein, it is this ____ day of _____, 20___.

ORDERED that an enlargement of time is granted through and including May 31, 2007, for plaintiff to conduct the depositions of the individuals identified in the Second Joint Motion for Extension of Discovery and Continuance; and it is further

ORDERED that any dispositive motions shall be served and filed on or before June 15, 2007; any opposition(s) to any such dispositive motions shall be served and filed on or before July 13, 2007, and any reply(ies) to any opposition(s) shall be served and filed on or before July 27, 2007.

SO ORDERED.

                                                                                          _____
                                                                                          JOHN GARRETT PENN
                                                                                          United States District Judge