UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **DOSHIA DANIELS BURTON, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | |
| ) | Civil Action No.  1:05CV02214(JGP) |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

### DEFENDANT'S STATEMENT OF MATERIAL FACTS
### TO WHICH THERE IS NO GENUINE DISPUTE

Pursuant to LCvR 7(h) and in support of Defendant's Motion for Summary Judgment, and for only such purpose, Defendant respectfully submits this statement of material facts as to which there are no genuine dispute.

1.     Plaintiff Doshia Daniels Burton is the widow of the late Samuel Burton to whom she was married for forty (40) years.  Complaint ("Compl.") ¶ 3.

2.     Plaintiffs' decedent, Captain Samuel Burton, was a 62-year-old retired United States Coast Guard career officer in excellent health.  Id. ¶ 7.

3.     On January 10, 2003, Captain Burton injured his left leg while playing basketball. Id. ¶ 8.

4.     Captain Burton went to the Walter Reed Army Medical Center ("Walter Reed") emergency room where it was determined that he had suffered a rupture of his left Achilles tendon.  Id. ¶ 9.

5.     His left leg was put into a splint and Captain Burton was told to return to the Orthopedic Clinic at Walter Reed on January 15, 2003.  Id. ¶ 10.

6. Captain Burton returned to the Walter Reed Orthopedic Clinic on January15, 2003, and his leg was placed in a cast. Id. ¶ 11.

7. Captain Burton returned to the WRAMC Orthopedic Clinic on February 7, 2003 at which time it was observed that he had swelling around his ankle. Id. ¶ 14.

8. During the February 7, 2003 visit, a new cast was put on Captain Burton's leg. Id. ¶ 15.

9. Captain Burton was waited on hand-and-foot by his wife for a total period of about six (6) weeks after his initial injury. Id. ¶ 16.

10. After returning home following his emergency room visit in January 2003, Captain Burton spent most of his time on the couch and not ambulating, i.e., walking about. Exhibit A, Deposition of Mrs. Doshia Burton at 48.

11. Captain Burton attended a physical therapy appointment in which he was instructed and learned how to use his crutches to walk about and to walk up and down stairs. Id. At 57.

12. The first time that Captain Burton experienced chest pain, it roused him from the couch where he was resting. Id. at 83.

13. Captain Burton then moved to his bedroom to lie down. Id. During his movement from the family room to the upstairs bedroom, he walked up a seven-step staircase and "became absolutely winded." Exhibit B, Burton letter March 5, 2003. Once in the bedroom, he stated "Wow, that was scary," but did not speak about the incident anymore to his wife. Id. at 83.

14. Despite significant and unexplained chest pain and shortness of breath, Captain Burton did not express interest in going to the hospital. Id. at 84.

15. Captain Burton's chest pain returned later and lasted for approximately a three-day period. Id at 86. The pain seemed to emanate from inside his chest. Exh. B. For this pain, he self-medicated with ibuprofen instead of seeking medical treatment. Id at 86.

16. Following the visit on February 07, 2003, Captain Burton canceled an appointment scheduled for February 12, 2003. On February 19, 2003, Captain Burton called Walter Reed for Doctor Potter in reference to his appointment on February 25, 2003, desiring to change the date of the appointment to February 21, 2003.

17. On the day of his death, February 20, 2003, Captain Burton also experienced shortness of breath when he removed a rocking chair from a closet. Id at 81. Finding himself short of breath, he sat on his couch. Id at 85.

18. Mrs. Burton was shocked at seeing her husband so winded, stating that is was "incredible" because of Captain Burton's life-long athletic lifestyle. Id at 82.

19. When Mrs. Burton asked her husband if he was "out of breath just from walking down the staircase," Captain Burton said "yes." Id at 85.

20. When Mrs. Burton asked if Captain Burton was "still out of breath" a few minutes later, Captain Burton repeated "yes." Id.

21. On February 20, 2003, Captain Burton collapsed while at his home and was pronounced dead by paramedics. Id. ¶ 17.

22. The Maryland medical examiner determined the cause of death to be a pulmonary embolism, i.e., blood clots had formed in the deep veins (deep vein thrombosis or "DVT") in his

injured leg, had traveled to his lungs and blocked the flow of blood to his lungs, killing him. Compl. ¶ 18.

          Respectfully submitted,

          /s/
          JEFFREY A. TAYLOR, D.C. Bar # 498610
          United States Attorney

          /s/
          RUDOLPH CONTRERAS, D.C. Bar # 434122
          Assistant United States Attorney

          /s/
          STEVEN M. RANIERI
          Special Assistant United States Attorney
          Civil Division
          555 Fourth St., N.W.
          Washington, D.C. 20530
          202-353-9895

Of Counsel:
Captain Kelly Davison
U.S. Army Litigation Division
901 N. Stuart Street, Suite 400
Arlington, Virginia 22203-1837