```
              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF COLUMBIA

---------------------------x
DOSHIA DANIELS BURTON,     :
                           :
          Plaintiff,       :
                           :
          v.               : No. 1:05-cv-02214
                           :
UNITED STATES OF AMERICA,  :
                           :
          Defendant.       :
---------------------------x
```

                              Washington, D.C. 20015

                         Tuesday, February 20, 2007

Deposition of

            DOSHIA DANIELS BURTON

Plaintiff, called for examination by counsel for

Defendant, pursuant to notice and agreement of

counsel, beginning at approximately 10:40 a.m.,

at the law offices of Eaton & McClellan, 1111 14th

Street, NW., Washington, D.C., before M. Bryce

Hixson of Beta Court Reporting, notary public in

and for the State of Washington, District of

Columbia, when were present on behalf of the

respective parties:

```
                                                           2

 1   APPEARANCES:

 2      On behalf of Plaintiff:

 3         ALLEN T. EATON, ESQUIRE
           Eaton & McClellan, LLP
 4         1111 14th Street, NW., No. 777
           Washington, D.C. 20005
 5         (202) 789 0088

 6      On behalf of Defendant:

 7         STEVEN RANIERI, ESQUIRE
           United States Attorney's Office
 8         555 4th Street, NW., Room E4408
           Washington D.C., 20530
 9         (202) 514-7176

10         KELLY DAVISON, ESQUIRE
           United States Army Legal Services Agency
11         901 North Stuart Street, No. 431
           Arlington, Virginia 22203
12         (703) 696-1638

13

14                    *   *   *   *   *

15

16

17

18

19

20

21

22
```

BETA COURT REPORTING
www.betareporting.com
(202) 464-2400    800-522-2382

3

```
 1                    C O N T E N T S
 2    EXAMINATION BY:                          PAGE
 3       Counsel for Defendant                   4
 4    DEPOSITION EXHIBITS:
 5    No. 1 - Letter                            69
 6    No. 2 - March 5, 2003, Letter             78
 7
 8
 9                    *   *   *   *   *
10
11
12
13
14
15
16
17
18
19
20
21
22
```

BETA COURT REPORTING
www.betareporting.com
(202) 464-2400     800-522-2382

                                                            4

1                P R O C E E D I N G S
2    Whereupon,
3              DOSHIA DANIELS BURTON
4    was called as a witness, and having been first
5    duly sworn, was examined and testified as follows:
6            EXAMINATION BY COUNSEL FOR DEFENDANT
7            BY MR. RANIERI:
8       Q    Good morning, Ms. Burton.
9       A    Hi.
10      Q    My name is Steve Ranieri.  I am a
11   special assistant United States attorney
12   working for Department of Justice at the U.S.
13   Attorney's Office here in Washington, D.C.
14   And with me is Captain Kelly Davison.  He is
15   a litigation attorney with the Department of
16   the Army.  He works in Arlington, Virginia,
17   and he is assisting me in representing the
18   United States.  I see with you is your
19   attorney, Mr. Eaton.
20           We're going to ask you a few
21   preliminary questions to begin with, and
22   thank you for putting up with that before we

5

48

```
 1    hallway.
 2         Q    And you said you made up the couch.
 3    What level was that?
 4         A    That's on the level when you walk
 5    in the garage and you walk up the seven steps
 6    to the main level.
 7         Q    I see.
 8         A    And that's the couch in the family
 9    room right off from the kitchen.
10         Q    In between the time where you
11    returned home from the emergency room until
12    the next visit, how did Mr. Burton spend his
13    days?
14         A    His days were mostly spent on the
15    couch.  We did go to church.  And you said
16    between then and his next visit.  So you're
17    not talking the whole period?
18         Q    Right.
19         A    Okay.
20         Q    I was going to maybe do it in
21    stages.
22         A    Okay, okay.  So, yes, he reclined
```

BETA COURT REPORTING
www.betareporting.com
(202) 464-2400     800-522-2382

57

```
 1     A    No.
 2     Q    Okay.  And the person who applied
 3   the cast, did he give any instructions
 4   regarding maintenance of the cast or anything
 5   like that?
 6     A    No.  All right, no showers, or if
 7   he wanted to put a bag around it and tie up
 8   so it doesn't get wet in the shower, but
 9   other than that, no.
10     Q    Okay.  Any other hospital personnel
11   discuss the cast or the healing process at
12   that visit?
13     A    No.  I do remember that we had an
14   appointment ultimately with somebody in
15   physical therapy.  Somebody who showed him
16   how to walk up steps with the cast and how to
17   walk down steps, and they ordered a new set
18   of crutches that fitted him.
19     Q    The physical therapy discussion was
20   that at the same day as the --
21     A    You know, I --
22     Q    -- the first cast was put on?
```

BETA COURT REPORTING
www.betareporting.com
(202) 464-2400     800-522-2382

81

 1    just young.  But --
 2        Q    Okay.  In the third paragraph of
 3    your letter --
 4        A    Uh-huh.
 5        Q    You mentioned that there were
 6    several incidents that occurred, that made
 7    you think that there was something wrong
 8    leading up to your husband's death.
 9        A    It wasn't until after the medical
10    examiner was there, and when I was describing
11    to her, what had taken place prior to, and
12    she was aghast, because it was obvious that
13    she recognized those symptoms.  And so it was
14    then that I went back and attributed them to
15    that.
16             Because I -- when he went upstairs
17    to move the -- we were going on a trip to
18    Oregon and we had a rocking chair that we
19    were taking to our grand baby, and when he
20    pulled it out of the cubbyhole, and he came
21    back down he was short of breath.
22             And my thought was this man has

82

```
 1   been very athletic all of his life.  They
 2   say, if you don't use it you'll loose it.
 3   This is incredible.
 4             And over a period of time I'd look
 5   back and I said, "Are you still out of
 6   breath?"  And he said, "Yes."  And that was
 7   -- so that was one and the one where he had
 8   the -- this -- the earlier, that he had had
 9   the -- the pain in his chest.
10             I thought because the day before
11   that he had been on the crutches, walking
12   down the hill to get to the car for us to go
13   to breakfast.  I thought that maybe being
14   suspended in the air on the crutches, you
15   know, that maybe his muscles across his chest
16   might have sustained some damage.  And that
17   that might've been causing him pain.
18       Q    Well, ma'am let's talk about that
19   first one with the pain.  How did you first
20   realize that your husband was having chest
21   pains --
22       A    While he was lying on the couch.
```

83

```
 1    And he said, "Oh."  And then he got up and he
 2    went upstairs and he lay down on the bed, and
 3    he said, "That was scary."
 4        Q    How did he describe what happened?
 5        A    He didn't talk anymore about it.
 6    He just -- and he said, "Wow, that was
 7    scary."  And we just --
 8        Q    Was that the first time he had had
 9    any kind of chest pain?
10        A    That was the first -- that was the
11    first pain that he had.
12        Q    Was there any --
13        A    First -- first chest pain.
14        Q    Was he out of breath at all during
15    that episode?
16        A    Actually I don't know of anything
17    about breath, because this was the thing to
18    concentrate on the moment -- it was that.
19    And so --
20        Q    And by that you mean his chest,
21    you're pointing to your chest.
22        A    Yeah.
```

84

```
 1      Q    Okay.
 2      A    Yes, yes.
 3      Q    Was there any discussion after the
 4   pain was gone?
 5      A    No.
 6      Q    No.  Any concern about going to the
 7   hospital or anything like that?
 8      A    No.
 9      Q    How about talking to one of your
10   children who was medical field about -- about
11   the Internet.  Do you recall if he did that?
12      A    No.
13      Q    Did you yourself ask your children
14   or seek any advice about it?
15      A    No.
16      Q    Was the next incident the moving of
17   the rocking chair, or was there something
18   else before that --
19      A    That was -- yes, that was the next
20   incident, and that was the day of his death.
21   That when I left him lying on the couch to go
22   and get my hair taken care of.
```

85

```
 1            There was no guarantee that he had
 2    fully recovered from the shortness of breath.
 3    But it's -- figured that if it's from
 4    exhaustion of going up the stairs and getting
 5    this thing and coming back downstairs that
 6    it's taking a while, you don't use it, you
 7    loose it so he's lost all of this that he had
 8    as an athlete there in all these weeks of
 9    inactivity.
10        Q    When he came down and said he had
11    the shortness of breath, was he visibly
12    struggling to speak, was --
13        A    No, in fact he didn't say it.  You
14    know, he was -- I said, "Are you out of
15    breath just from walking down the staircase?"
16    And he said, "Yes."  And then few minutes
17    later I said, he seemed to have still been --
18    and I said, "Are you still out of breath?"
19    And he said, "Yes."
20        Q    Were there other episodes during
21    that time period where he had -- instances
22    where he was out of breath and you need to
```

86

```
 1   pause or take him to the --
 2       A    I don't recall any other than that.
 3   But with the chest thing, that seemed to --
 4   there seemed to have been pain over a period
 5   of about three days, but it wasn't as acute
 6   as the first episode.
 7       Q    Was the pain causing him to take
 8   any medication to reduce the pain?
 9       A    He took ibuprofen.
10       Q    Okay.
11       A    And again we were relating it to
12   his being on the crutches.  He came down to
13   the mailbox where he had come before and I
14   was supposed to meet him there with the car.
15   I had not been able to get up the hill on
16   Thursday night --
17            MR. EATON:  Excuse me.
18            THE WITNESS:  Oh sure.  And so --
19   due to the snowy and icy conditions, my car
20   wouldn't make the hill.  So I was parked down
21   the street in front of one of the neighbor's
22   houses.
```

BETA COURT REPORTING
www.betareporting.com
(202) 464-2400     800-522-2382