UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **DOSHIA DANIELS BURTON, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | |
| ) | Civil Action No.  1:05CV02214(JGP) |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

### ORDER

This matter comes before the Court on Defendant's Motion for Summary Judgment.

Based upon the motion, the opposition thereto, and the entire record herein, it is this ____ day of

_____, 20___ hereby

**ORDERED** that Defendant's motion is **GRANTED**, and it is further

**ORDERED** that judgment shall be entered for Defendant.

This is a final, appealable order.

**SO ORDERED**.

_____
John Garrett Penn
United States District Judge

Copies to:
Parties via ECF