IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DOSHIA DANIELS BURTON**, *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil Action No. 05-2214 (JGP) |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Defendant.** ) | |

**PLAINTIFF'S UNOPPOSED
MOTION FOR CONTINUANCE OF TIME WITHIN
WHICH TO OPPOSE AND REPLY TO DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 6(b), and for good cause shown, plaintiff, with the consent of counsel for defendant, respectfully moves for a continuance of the motion dates to allow plaintiff an additional seven (7) days, from July 13, 2007 to July 20, 2007, within which to file her response to defendant's Motion for Summary Judgment and to allow defendant an additional seven (7) days, from July 27, 2007 to August 3, 2007, within which to file its reply to plaintiff's response.  In support of her motion, plaintiff states as follows:

1. Counsel for defendant timely filed a Motion for Summary Judgment on June 15, 2007.  Plaintiff's response is due on July 13, 2007 and defendant's reply is due on July 27, 2007.

2. Counsel for plaintiff was in trial in the Superior Court of the District of Columbia from June 18, 2007 through June 27, 2007.

3. In the interim, plaintiff's counsel has been in the midst of preparing a motion for reconsideration in a case set for trial at the end of August in Prince William County, Virginia and, in another case, preparing an opposition to a Petition for a Writ of Certiorari to the Maryland Court of Appeals.

4. No pre-trial or trial dates or any other in-court matters are currently scheduled in the instant case.

5. This is the third extension of discovery schedule sought in this matter.

For the above reasons, plaintiff respectfully requests that the Court grant Plaintiff's Unopposed Motion for a Continuance and enter the proposed order granting the relief sought attached hereto.

                Respectfully submitted


                _____/s/_____
                ALLEN T. EATON
                Federal Bar #10376/D.C. Bar #133991
                1111 - 14th Street, N.W.
                Suite 777
                Washington, DC  20005
                202-789-0088 / FAX 202-789-1377

                Attorney for Plaintiff

Dated:  July 12, 2007