IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DOSHIA DANIELS BURTON,** *et al.,* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-2214 (JGP) |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Defendant. ) | |

### ORDER GRANTING CONTINUANCE OF TIME WITHIN WHICH TO OPPOSE AND REPLY TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

UPON CONSIDERATION of the plaintiff's Unopposed Motion for Continuance of Time Within Which to Respond and Reply to Defendant's Motion for Summary Judgment, and the entire record herein, it is this ____ day of _____, 2007,

ORDERED that plaintiff's opposition to defendant's Motion for Summary Judgment shall be served and filed on or before July 20, 2007, and defendant's reply to plaintiff's opposition shall be served and filed on or before August 3, 2007. SO ORDERED.

_____
JOHN GARRETT PENN
United States District Judge