| MEDICAL RECORD | CONSULTATION SHEET | AUTHORIZED FOR LOCAL REPRODUCTION |
|---|---|---|

### REQUEST

| TO: ORTHO | FROM: (Requesting physician or activity) E.K. | DATE OF REQUEST 10 JAN 03 |
|---|---|---|

REASON FOR REQUEST (Complaints and findings)

(L) ACHILLES RUPTURE

PROVISIONAL DIAGNOSIS

SAA

| DOCTOR'S SIGNATURE Murthy | APPROVED | PLACE OF CONSULTATION ☐ BEDSIDE ☐ ON CALL | ☐ ROUTINE ☐ 72 HOURS | ☐ TODAY ☐ EMERGENCY |
|---|---|---|---|---|

### CONSULTATION REPORT

RECORD REVIEWED ☐ YES ☐ NO     PATIENT EXAMINED ☐ YES ☐ NO     TELEMEDICINE ☐ YES ☐ NO

62 y.o. AA ♂ sustained (L) Achilles injury this afternoon while playing basketball. He reports running up court & feeling suddenly that something heavy had fallen on the back of his leg, & he felt a "pop". The patient then came to our E.R. Reports h/o mild achilles tendon "soreness" p̄ last week's basketball game. Denies h/o fluoroquinolone use or steroid injection.

X-ray — Edema & loss of soft tissue shadow in tendon sheath.

P.E. — NAD; w/w/p   — (+) Thompson Test
      — N/V Intact (R) LE   — TTP & Ecchymosis over L Achilles.

A/P — 62 y.o. AA ♂ c̄ Acute, complete Achilles Tendon Rupture.
— Pain management per E.R.   — F/u in Ortho next week
— Splint in gravity equinus   for SLC — 15 JAN 03 call for time

| SIGNATURE AND TITLE [signature] Potter, MD    114-9361    Pater (202) 782-6574 | DATE 10 JAN 03 |
|---|---|

| HOSPITAL OR MEDICAL FACILITY | RECORDS MAINTAINED AT | DEPARTMENT/SERVICE OF PATIENT |
|---|---|---|

| RELATION TO SPONSOR | SPONSOR'S NAME (Last, first, middle) | SPONSOR'S ID NUMBER (SSN or Other) |
|---|---|---|

| PATIENT'S IDENTIFICATION (For typed or written entries, give: Name – last, first, middle; ID no. (SSN or other); Sex; Date of Birth; Rank/Grade) | REGISTER NO. | WARD NO. |
|---|---|---|
| BURTON, SAMUEL E 20/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 | (410) 296-1667 | |

CONSULTATION SHEET
Medical Record

STANDARD FORM 513 (REV. 4-98)
Prescribed by GSA/ICMR FPMR (41 CFR) 101-11.203(b)(10)
USAPA V1.00

(9)

⑦

- glucosamine/chondroitin
- Motrin prn

1625
178
100
80
14
96²

99%

S: 62 y/o A-A♂ comes in c̄ Ⓛ LE injury. He was playing basketball and was making a lateral movement, heard a crack + noted severe pain in Ⓛ heel to gastrocnemius. Hops by, bilaterally, + stretched before playing. Injury at 14:30. Pain currently 8/10.

→ Ⓛ ankle X-rays sas 1725
- Toradol 30 mg x 1 17 1715
- Consult ortho done
- Percocet x 1 now PK 1950

Ruptured Ⓛ Achilles

O. Gen: WNWD A-A♂, NAD.
HEENT: NCAT, PERRL
Neck: supple
Heart: RRR S1 S2, 3 m
Lungs: CTA ⊕
Abd: S(NT/ND) ⊕ BS
Ext: nl RLE
  LLE: tenderness over calcaneum, posterior calf, achilles tendon loss of stria on Ⓛ
  Thompson test for ruptured Achilles ⊕ on Ⓛ

PMH
—
- DJD

Ⓛ ankle films
No fx. No real soft tissue swelling.

PSH
∅

SH
∅ tob/etoh

A/P Traumatic LLE injury → Ruptured Achilles tendon Ⓛ
 - X-rays
 - Toradol
 - Ortho consult (Spoke c̄ Dr. Potter @ 18:30)
 - Percocet for pain

ortho

D. Ray ___ MD    R. S. Hunting
     Lazarus 15
- F/u with Dr. Potter (ortho) 15 Jan (call 782-6574 for appts)
- See ortho consult for d/c instructions
- No weight bearing    - Percocet for pain

Samuel Burton

202 782-7761  ⑩

```
WALTER REED ARMY MEDICAL CENTER                    DIVISION: WALTER REED AMC
Personal Data - Privacy Act of 1974 (PL 93-579)    Automated Version of SF600
                    Printed: 15 Jan 2003@1410

ORTHO CLINIC WR       POTTER,BENJAMIN K           15 Jan 2003 1410 EST$ 15    BEAA
REF:                                  CMT:
RSN:
Detail Codes:                                    INSURANCE YES/NO:

BP:       PULSE:        RESP:       TEMP:       HT:      WT:         AGE:
=============================================================================
ALLERGIES:
```

62 y.o. AAP s/d s/p (L) Achilles

Tendon rupture playing basketball. F/u fm

Chg. fm splint to cast.

ADDITIONAL COMMENTS:

N/V Intact

(+) TTP Achilles tendon

Moderately Increased swelling

SLC in Equinus

A/P — CLOSED TREATMENT OF (L) ACHILLES TENDON
       RUPTURE.
     — SLC in Equinus x 6wks; NWB x 3wks
     — F/u in 3 wks.
     — ELEVATION.

```
=============================================================================
20/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   BURTON, SAMUEL E            C31
                 07 Jan 1941  MALE           W:                    H:4102961664
                 Spon: BURTON, SAMUEL E      CIC:
                 CS:                         Rank: CAPT            D:
SF600            Unit: SPONSOR RETIRED       RR:                              (II)
```

513-110                                                                                                     NSN 7540-00-634-4127

| MEDICAL RECORD | CONSULTATION SHEET |

## REQUEST

TO: P.T.  
FROM: (Requesting physician or activity) ORTHO  
DATE OF REQUEST: 15 JAN 03

REASON FOR REQUEST (Complaints and findings)

62 y.o. c̄ (L) Achilles Rupture.
Needs new crutches

PROVISIONAL DIAGNOSIS

(L) Achilles Rupture

DOCTOR'S SIGNATURE: [signature]  
APPROVED:  
PLACE OF CONSULTATION: ☐ BEDSIDE  ☐ ON CALL  
☐ ROUTINE  ☐ TODAY  
☐ 72 HOURS  ☐ EMERGENCY

## CONSULTATION REPORT

RECORD REVIEWED  ☐ YES  ☐ NO        PATIENT EXAMINED  ☐ YES  ☐ NO

(Continue on reverse side)

SIGNATURE AND TITLE                                                                        DATE

IDENTIFICATION NO.       ORGANIZATION                       REGISTER NO.        WARD NO.

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility)

BURTON, SAMUEL E
20/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

CONSULTATION SHEET  
Medical Record  (12)

STANDARD FORM 513 (REV. 8-92)

```
WALTER REED ARMY MEDICAL CENTER                    DIVISION: WALTER REED AMC
Personal Data - Privacy Act of 1974 (PL 93-579)    Automated Version of SF6
                    Printed: 07 Feb 2003@0723

ORTHO CLINIC WR       POTTER,BENJAMIN K        07 Feb 2003 1300 ESTS 15
REF:                                    CMT: MLR
RSN:
Detail Codes: BPAP WOUND                        INSURANCE YES/NO:

BP:       PULSE:       RESP:       TEMP:     HT:       WT:       AGE:
===================================================================
ALLERGIES:
```

For Your Follow-up You Must
See the Clinic Secretary Before You Le
Or Call
Walter Reed Central Appointments
(202) 782-7761 or (800) 433-3574

Physican_____ Follow-up____
Dx_____

(S) 62 y.o. s/p ruptured Achilles tendon on 10 JAN now in short leg cast x4 weeks. Here for f/u. Pain improving. States ↑ swelling at night.

ADDITIONAL COMMENTS:

(O) LLE - nontender to palpation 2° periankle nonpitting edema. n/v intact.

(A) ① Ruptured Achilles tendon c̄ conservative treatment

(P) - New cast c̄ ~10° more dorsiflexion
 - non weight bearing x 2 weeks
 - follow up in 2 weeks.

Pain Scale: ___/10 at rest, ___/10 with activity

Patient Learning Needs Assessed IAW Clinic Po
[ ] Patient has no special learning needs at this ti
[ ] Patient has the following special learning need
Patient/Guardian Has Been instructed to:

Next Visit
Remove Cast    Yes/No
X-Ray          Yes/No

```
===================================================================
20/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    BURTON, SAMUEL E              C31        View_____
                  07 Jan 1941   MALE            W:         H:4102961664
                  Spon: BURTON, SAMUEL E        CIC:
                  CS:                           Rank: CAPT  D:
```