| Name: SAMUEL E. BURTON | POST MORTEM EXAMINATION REPORT OFFICE OF THE CHIEF MEDICAL EXAMINER STATE OF MARYLAND | Page |
|---|---|---|
| Case Number: 03-953-005 | | 1 |

An autopsy was performed on the body of **SAMUEL E. BURTON** at the Office of the Chief Medical Examiner for the State of Maryland on the **21st** day of **February 2003**.

### EXTERNAL EXAMINATION

The body was that of a well-developed, well-nourished, Black male clad in green sweatpants and blue/green boxer shorts. The body weighed 180 pounds, was 5'9" in height and appeared compatible with the reported age of 62 years. The body was cold. Rigor was present to an equal degree in all extremities. Lividity was present and fixed on the posterior surface of the body, except in areas exposed to pressure. The scalp hair was black/gray with male pattern baldness. Facial hair consisted of a moustache. The irides were brown. The corneae were cloudy. The conjunctivae were pink. The sclerae were white. The external auditory canals, external nares, and oral cavity were free of foreign material and abnormal secretions. The nasal skeleton was palpably intact. The lips were without evident injury. The teeth were natural and in good condition. Examination of the neck revealed no evidence of injury. The chest was unremarkable. No injury of the ribs or sternum was evident externally. The abdomen was soft. No healed surgical scars were noted. The extremities showed a cast over the mid and lower left leg and left foot noted below. A 1 x ½" well-healed scar and a separate ½ x ¼" well-healed scar were on the lateral front left thigh. The fingernails were intact. The external genitalia were those of a normal adult uncircumcised male. The posterior torso was without note.

### EVIDENCE OF THERAPY

Two EKG leads were on the right chest and left abdomen. An intubation tube was taped into the mouth. An intravenous line was present in the left antecubital fossa. A black, 14 x 8-1/2", cast was present extending over the mid and lower left leg and left foot.

### INTERNAL EXAMINATION

**BODY CAVITIES:**
The body was opened by the usual thoraco-abdominal incision and the chest plate was removed. No adhesions or abnormal collections of fluid were present in any of the body cavities. All body organs were present in the normal anatomical position. The subcutaneous fat layer of the abdominal wall was 3 cm thick. There was no internal evidence of blunt force or penetrating injury to the thoraco-abdominal region.

**HEAD:** (CENTRAL NERVOUS SYSTEM)
The scalp was reflected. The calvarium of the skull was removed. The dura mater and falx cerebri were intact. There was no epidural or subdural hemorrhage present. The leptomeninges were thin and delicate. The cerebral hemispheres were symmetrical. The structures at the base of the brain,

(18)

Case 1:05-cv-02214-RCL    Document 22-3    Filed 07/20/2007    Page 2 of 4

| Name: SAMUEL E. BURTON | POST MORTEM EXAMINATION REPORT | Page |
| Case Number: 03-953-005 | OFFICE OF THE CHIEF MEDICAL EXAMINER STATE OF MARYLAND | 2 |

**HEAD: (CENTRAL NERVOUS SYSTEM) cont.**
including cranial nerves and blood vessels, were intact. The brain weighed 1400 grams.

**NECK:**
Examination of the soft tissues of the neck, including strap muscles, thyroid gland and large vessels, revealed no abnormalities. The hyoid bone and larynx were intact.

**CARDIOVASCULAR SYSTEM:**
The pericardial surfaces were smooth, glistening and unremarkable; the pericardial sac was free of significant fluid or adhesions. The coronary arteries arose normally and followed the usual distribution and showed coronary atherosclerosis. The right coronary artery showed 60 - 65% atherosclerotic stenosis. The left coronary artery showed 70 - 75% atherosclerotic stenosis and the left anterior descending artery was widely patent. There was concentric left ventricular hypertrophy. Cardiac wall measurements included: The septum measured 2.0 cm, the left ventricular free wall measured 2.0 cm and the right ventricular wall measured 0.3 cm. The chambers and valves otherwise exhibited the usual size-position relationship and were unremarkable. The myocardium was dark red-brown, firm and otherwise unremarkable. The atrial and ventricular septa were intact. The aorta and its major branches arose normally, followed the usual course and were widely patent, free of significant atherosclerosis and other abnormality. The vena cava and its major tributaries returned to the heart in the usual distribution and were free of thrombi. The heart weighed 480 grams.

**RESPIRATORY SYSTEM:**
The upper airway was clear of debris and foreign material; the mucosal surfaces were smooth, yellow-tan and unremarkable. The pleural surfaces were smooth, glistening and unremarkable bilaterally. The pulmonary parenchyma was red-purple, exuding slight to moderate amounts of bloody fluid; no focal lesions were noted. The pulmonary arteries were normally developed. Pulmonary thromboemboli were noted in both the left and right main pulmonary arteries and extending into the smaller arteriolar branches of both lungs. The right lung weighed 350 grams; the left 410 grams.

**LIVER & BILIARY SYSTEM:**
The hepatic capsule was smooth, glistening and intact, covering dark red-brown, moderately congested parenchyma with no focal lesions noted. The gallbladder contained 30 ml of green-brown, mucoid bile; the mucosa was velvety and unremarkable. The extrahepatic biliary tree was patent, without evidence of calculi. The liver weighed 1680 grams.

**ALIMENTARY TRACT:**
The tongue exhibited no evidence of recent injury. The esophagus was lined by gray-white, smooth mucosa. The gastric mucosa was arranged in the usual rugal folds and the lumen contained unidentifiable green-gray food contents. The small and large bowel were unremarkable. The pancreas had a normal

| Name: SAMUEL E. BURTON | POST MORTEM EXAMINATION REPORT OFFICE OF THE CHIEF MEDICAL EXAMINER STATE OF MARYLAND | Page |
| --- | --- | --- |
| Case Number: 03-953-005 | | 3 |

**ALIMENTARY TRACT:** cont.
pink-tan lobulated appearance and the ducts were clear. The appendix was present and unremarkable.

**GENITOURINARY SYSTEM:**
The renal capsules were smooth and thin, semi-transparent and stripped with ease from the underlying smooth, red-brown cortical surfaces. The cortices were slightly congested and sharply delineated from the medullary pyramids, which were red-purple to tan and unremarkable. The calyces, pelves and ureters were unremarkable. The urinary bladder contained 50 ml of clear urine; the mucosa was gray-tan and unremarkable. The testes, prostate gland and seminal vesicles were without note. The right kidney weighed 140 grams; the left 150 grams.

**RETICULOENDOTHELIAL SYSTEM:**
The spleen had a smooth, intact capsule covering red-purple, soft parenchyma; the lymphoid follicles were unremarkable. The regional lymph nodes appeared normal. The spleen weighed 130 grams.

**ENDOCRINE SYSTEM:**
The thyroid and adrenal glands were unremarkable.

**MUSCULOSKELETAL SYSTEM:**
Muscle development was normal. No bone or joint abnormalities were noted. Dissection showed thrombus in the venous vessels of the soft tissue of the back of the left leg.

(20)

## PATHOLOGIC DIAGNOSES

I. Pulmonary Embolism Complicating Tendon Injury:
   A. Left tendon injury (by history)
   B. Status post cast placement and recuperation (by history)
   C. Fresh thromboembolus in both pulmonary arteries extending to the distal arteriolar branches of both lungs
   D. Thrombus of venous vessels of back of left leg

II. Atherosclerotic Cardiovascular Disease:
   A. Cardiomegaly - heart weight 480 grams
   B. Concentric left ventricular hypertrophy
   C. Coronary atherosclerosis

### OPINION:

This 62-year-old Black male, **SAMUEL E. BURTON**, died of a **PULMONARY THROMBOEMBOLISM SECONDARY TO LEFT LEG DEEP VEIN THROMBOSIS COMPLICATING A TENDON INJURY**. Reportedly, Mr. Burton injured a tendon of his left leg on 1-10-03, after which his left leg and foot was casted and he was home recuperating from his injury. Because pulmonary thromboembolisms are documented complications of the immobility that is associated with extremity injury and the convalescent period, the manner of death is **ACCIDENT**. Heart disease was also noted on autopsy. The deceased had not been consuming alcoholic beverages prior to death.


Theodore M. King, M.D.
Assistant Medical Examiner

Date signed: 4/3/03

David R. Fowler, M.D.
Chief Medical Examiner

rpg

(21)