

**Statistical Fact Sheet — Miscellaneous**
**2007 Update**

## Venous Thromboembolism & Pulmonary Embolism — Statistics

- Venous thromboembolism occurs for the first time in about 100 persons per 100,000 each year in the United States. About one-third of patients with symptomatic VTE manifest pulmonary embolism (PE), whereas two-thirds manifest deep vein thrombosis (DVT) alone. (*White RH. The epidemiology of venous thromboembolism. Circulation. 2003;107[23 suppl 1]:I4-I8.*)

- Caucasians and African Americans have a significantly higher incidence than Hispanics and Asians or Pacific Islanders. (*White RH. The epidemiology of venous thromboembolism. Circulation. 2003;107[23 suppl 1]:I4-I8.*)

- In studies conducted in Worcester, Massachusetts, and Olmsted County, Minnesota, the incidence of VTE was about 1 in 1,000. In both studies, VTE was more common in men; for each 10-year increase in age, the incidence doubled. By extrapolation, it's estimated that more than 250,000 patients are hospitalized annually with VTE. (*Goldhaber SZ. Pulmonary embolism. N Engl J Med. 1998;339:93-104.*)

- The crude incidence rate per 1,000 person-years was 0.80 in the ARIC study, 2.15 in the CHS and 1.08 in the combined cohort. Half of the participants who developed incident VTE were women and 72 percent were white. (*Tsai et al. Coagulation factors, inflammation markers, and venous thromboembolism. Am J Med. 2002;113:636-642.*)

- Over 200,000 new cases of VTE occur annually. Of these, 30 percent die within 30 days, one-fifth suffer sudden death due to PE, and about 30 percent develop recurrent VTE within 10 years. Independent predictors for recurrence include increasing age, obesity, malignant neoplasm and extremity paresis. (*Heir JA. Venous thromboembolism epidemiology. Semin Thromb Hemost. 2002;28(suppl 2):3-13.*)

- Data from the ARIC study of the NHLBI showed the 28-day fatality from DVT is 9 percent; from PE, 15 percent; from idiopathic DVT or PE, 5 percent; from secondary non-cancer-related DVT or PE, 7 percent; and from secondary cancer-related DVT or PE, 25 percent. (*Cushman et al. Deep vein thrombosis and pulmonary embolism in two cohorts. Am J Med. 2004;117:19-25.*)

- Deep vein thrombosis (ICD/9 451.1) (ICD/10 I80.2). Mortality – 2,809. Total mention mortality – 10,530. Hospital discharges – 9,000.

- A review of nine studies conducted in the United States and Sweden showed that the mean incidence of first DVT in the general population was 5.04 per 10,000 person-years. The incidence was similar in males and females and increased dramatically with age from about two to three per 10,000 person-years at ages 30–49 to 20 at ages 70–79. (*Heit et al. Trends in the incidence of venous thromboembolism during pregnancy or postpartum. Ann Intern Med. 2005;143:697-706.*)

- Death occurs in about 6 percent of DVT cases within one month of diagnosis. (*White RH. The epidemiology of venous thromboembolism. Circulation. 2003;107[23 suppl 1]:I4-I8.*)

- The relative risk of VT among pregnant or postpartum women was 4.29 percent and the overall incidence of VT (absolute risk) was 199.7 per 100,000 woman-years. The annual incidence was five times higher among postpartum women than pregnant women, and

the incidence of DVT was three times higher than PE. PE was relatively uncommon during pregnancy vs. the postpartum period. Over the 30-year period, the incidence of VT during pregnancy remained relatively constant whereas the postpartum incidence of PE decreased more than two-fold. (*Fowkes FJ, Price JF, Fowkes FG. Incidence of diagnosed deep vein thrombosis in the general population: systematic review. Eur J Vasc Endovasc Surg. 2003;25:1-5.*)

**DVT (ICD/9 451.1) (ICD/10 I80.2)**.

Mortality – 2,809. Total mention mortality –10,530. Hospital Discharges – 9,000.

- A review of nine studies conducted in the United States and Sweden showed that the mean incidence of first DVT in the general population was 5.04 per 10,000 person-years. The incidence was similar in males and in females and increased dramatically with age from about two to three per 10,000 person-years at 30 to 49 years of age to 20 at 70–79 years of age. (*Fowkes FJ, Price JF, Fowkes FG. Incidence of diagnosed deep vein thrombosis in the general population: systematic review. Eur J Vasc Endovasc Surg. 2003;25:1-5.*)

- Death occurs in about 6 percent of DVT cases within one month of diagnosis. (*White RH. The epidemiology of venous thromboembolism. Circulation. 2003;107[23 suppl 1]:I4-I8.*)

**Pulmonary embolism (PE) (ICD/9 415.1) (ICD/10 I26)**.

Mortality – 8,702. Total mention mortality – 26,600. Hospital discharges – 121,000.

- In the Nurses' Health Study, nurses age 60 or older in the highest BMI quintile had the highest rates of pulmonary embolism. Heavy cigarette smoking and high blood pressure were also identified as risk factors for PE. (*White RH. The epidemiology of venous thromboembolism. Circulation. 2003;107[23 suppl 1]:I4-I8.*)

- Death occurs in about 12 percent of PE cases within one month of diagnosis. (*White RH. The epidemiology of venous thromboembolism. Circulation. 2003;107[23 suppl 1]:I4-I8.*)

- A study of Medicare recipients age 65 and older reported 30-day case fatality rates in patients with PE. Overall, men had higher fatality rates than women (13.7 percent versus 12.8 percent), and blacks had higher fatality rates than whites (16.1 percent versus 12.9 percent). (*White RH. The epidemiology of venous thromboembolism. Circulation. 2003;107[23 suppl 1]:I4-I8.*)

- In the International Cooperative Pulmonary Embolism Registry, the three-month mortality rate was 17.5 percent. In contrast, the overall three-month mortality rate in the Prospective Investigation of Pulmonary Embolism Diagnosis was 15 percent, but only 10 percent of deaths during one year of follow-up were ascribed to PE. (*White RH. The epidemiology of venous thromboembolism. Circulation. 2003;107[23 suppl 1]:I4-I8.*)

- The age-adjusted rate of deaths from pulmonary thromboembolism (PTE) decreased from 191 per million in 1979 to 94 per million in 1998 overall, decreasing 56 percent for men and 46 percent for women. During this time, the age-adjusted mortality rates for blacks were consistently 50 percent higher than those for whites and those for whites were 50 percent higher than those for people of other races (Asian, American Indian, etc.). Within racial strata, mortality rates were consistently 20–30 percent higher among men than among women. (*Holander KT, Mannino Dm, Leeper KV. Pulmonary embolism mortality in the United States, 1979-1998: an analysis using multiple-cause mortality data. Arch Intern Med. 2003;163:1711-1717.*)

For additional information see the Heart Disease and Stroke Statistics – 2007 Update, published in Circulation, available on our Web site.