5 Hickory Knoll Ct.
Lutherville, MD 21093
March 5, 2003

Head of Orthopaedics
Walter Reed Army Hospital
6900 Georgia Avenue NW
Washington, DC 20307-5001

Dear Sir or Madam:

My husband, Samuel E. Burton, USCG (Retired) (06) was seen in the emergency room (for a ruptured achilles tendon) by Dr. Potter, a very pleasant and gracious resident He was put in a splint for about a week and the option of surgery was explained as an alternative to not having surgery along with the advantages and disadvantages of each. My husband chose the non-surgical route, which Dr. Potter said would have been his choice for him also at his age (62). He came back and was put in non-weight-bearing cast for about 6 weeks and returned for another one for another two weeks. He was to return on Friday, clinic day for Dr. Potter to have the walking cast put on. He died Thursday of a blood clot.

The reason I am writing is that we were never made aware of the possibility of a blood clot as a result of casting, etc. When my husband came back to get the second cast, he asked if it were normal for him to still be experienceing swelling after 8 weeks because every night, he was very uncomfortable, just counting the days until the cast was removed. The doctor said, "Sometimes, it happens." The second cast was no more comfortable than the first. We were counting down to the "wake up" on Friday when we could come in and get it off, and get a weight-bearing one.

There were several incidents along the way that (in retrospect) spelled trouble, but we assumed that they were related to his lying around with his foot up for all these weeks without activity. Once, he experienced pain inside his chest area which lasted for about 3 days and he took Ibuprohen for it. We related it to the fact that he had walked quite a distance on February 8th in the snow. I assumed that exerting himself while being suspended on those crutches probably had caused him internal damage from which he had to rest and heal. The pain started the 9th and he no longer felt it after the third day.

He walked up the staircase (7 steps) like usual to the bedroom and became absolutely winded. He sat in the bed for awhile and it ultimately passed. He breathed a great sigh and said, "That was scary!" A few days later, on Thursday, he got on his knees and pulled a box out of the cubby hole in the closet. He again became very winded. He came downstairs and lay on the couch, where he spent most of his time night and day for the entire time of mending, and every now and then, I'd notice that he was still winded. We again related it to the fact that he had been virtually inactive for 8 weeks and maybe that's what happens.

I left home to do some chores and called home after several hours to be sure somebody had gotten him some food from the refrigerator as he couldn't carry food on the crutches. My adult son was crying. He had come home and found my husband on the floor by the couch dead. By the time I reached home, the emergency personnel had exhausted all efforts to revive him and the medical examiner had been called. His body was there for hours awaiting the arrival of the examiner. I called Walter Reed emergency room to see if Walter Reed had any interest in examining the body as I was sure that the death was related to the cast. The person came back and said, "No, the medical examiner will take care of it."

I was a little concerned that if I didn't contact Walter Reed again as I am today, nobody there would know or care that my beloved husband of 40 years had died a needless death. A better and more caring response would have been, "Mrs. Burton, I'm so sorry to hear about the death of your husband. The medical examiner will determine the cause of death and if it is related to the cast, we would definitely like to be informed."

The medical examiner was well-acquainted with death in persons with casts on. Maybe the feedback never gets back to the orthopaedics and therefore, people are not forewarned about the possibility and given signs to watch for and to get to the emergency room if said signs occur. It would be good if even the people in the casting room were sharing this information as an extra opportunity to save lives. We became aware of the pattern for reaching our doctor...leave a message, but there was no telling when he would check his messages. This is to say nothing negative about Dr. Potter, just the fact that if one has a concern, one knows that he might or might not get a call back. I have a daughter who is a physician and a son finishing med school in May and I know that they all have to get experience, I just want to be sure that the warning starts to be given to people getting casts throughout the system. Maybe some of them who might otherwise have died, could be saved by such a warning.

Thank you,


Doshia Daniels Burton

**DEPARTMENT OF THE ARMY**
WALTER REED ARMY MEDICAL CENTER
WALTER REED HEALTH CARE SYSTEM
WASHINGTON, DC 20307-5001

April 22, 2003

Chief, Orthopaedic Surgery Service

Mrs. Doshia Daniels Burton
5 Hickory Knoll Court
Lutherville, MD 21093

Dear Mrs. Burton:

We were and remain very sincerely saddened to hear of your husband's passing. The Orthopaedic Surgery Service and Walter Reed Army Medical Center always strive to provide world-class medical care to our patients, and we deeply regret the distress caused you by the response you received from the emergency room in answer to your inquiry.

Cast immobilization poses only a very small risk of occurrence of pulmonary embolism (a blood clot traveling to the lungs). The occurrence of blood clots in persons having casts applied as non-surgical treatment for Achilles tendon rupture is also rare. While medical literature reports some instances of blood clots, those reports are most frequently of clots occurring after surgical treatment. Additionally, your husband was considered to be at low risk for pulmonary embolism because he was in generally good health.

As a result of your letter, we are reexamining our counseling process to insure that patients are receiving the best possible counseling on the risks and benefits of all treatment choices. Again, please accept our sincere condolences.

William C. Doukas, MD
Lieutenant Colonel, US Army
Chief, Orthopaedic Surgery Service