UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Doshia Daniels Burton, et al.,    )
                                  )
                                  )
        Plaintiffs,                )
                                  )   Civ. Action No. 1:05CV02214(JGP)
v.                                )
                                  )
United States of America,          )
                                  )
        Defendant.                 )
                                  )
                                  )

**AFFIDAVIT OF DOSHIA DANIELS BURTON
IN SUPPORT OF PLAINTIFF'S
OPPOSITION TO DEFENDANT UNITED STATES'
MOTION FOR SUMMARY JUDGMENT UNDER FRCP 56**

COMES NOW DOSHIA DANIELS BURTON who deposes and says as follows:

1. My name is Doshia Daniels Burton.

2. I reside at 5 Hickory Knoll Court in Lutherville, Maryland.

3. I am the widow of the late Samuel E. Burton, Captain USCG (Retired), who died on February 20, 2003.

4. I make this affidavit on my personal knowledge and am prepared to give testimony in trial or hearing concerning the facts I set forth herein.

5. I was married to Samuel E. Burton for almost forty (40) years.

6. I attended college with Samuel E. Burton and I am aware of his educational training and his degree of medical knowledge.

7. Samuel E. Burton majored in Education in college and received no medical or medically-related training at any time during his lifetime;

8. To my personal knowledge, he had no training or knowledge concerning the signs and symptoms of deep vein thrombosis or pulmonary embolism.

9. Samuel E. Burton was careful and responsible regarding his health and if he knew he was experiencing signs of an illness or condition which could kill him, he would have immediately sought medical care;

10. I accompanied my husband to all of his appointments at WRAMC related to his ruptured Achilles tendon in January and February of 2003;

11. I was present when Dr. Potter spoke with my husband on January 10, 2003 in the Emergency Room at WRAMC and in the Orthopedic Clinic at WRAMC on January 15, 2003 when my husband was placed in a cast, and again on February 7, 2003 in the Orthopedic Clinic when he was

seen by another doctor and Dr. Potter and his cast was changed.

12. At no time did Captain Potter or anybody else at WRAMC advise my husband or me that he was at increased risk of either a DVT or a pulmonary embolism ("PE");

13. Neither my husband nor I were ever informed that if he experienced shortness of breath or pain in the middle of his chest, these events were either signs or symptoms of a pulmonary embolism and presented an immediate threat to his life.

14. Neither my husband nor I were given instructions either orally or in writing advising us of what we should do if he experienced shortness of breath or pain in his middle chest area.

15. When he became "winded" after exertion, we believed that it was due to the fact that he was de-conditioned as the result of his enforced inactivity;

16. When he experienced chest pain, he attributed it to the fact that he had exerted himself by traveling approximately 400 feet through very deep snow one day and then 900 feet through deep snow the next day on crutches to get to our car which had been abandoned two

days before at the bottom of a hill some distance from our home. He felt that using the crutches for such a period had taxed muscles in his chest;

17. The pain he experienced in his chest resolved in three (3) days;

18. It was not until after his death that I learned that the shortness of breath on exertion and chest pain were signs or symptoms of a life-threatening pulmonary embolism.

19. My husband never learned that shortness of breath and mid-chest pain were signs and symptoms of pulmonary embolism.

20. Further affiant sayeth not.

_____
DOSHIA D. BURTON

SUBSCRIBED and SWORN TO before me this 20th day of July, 2007.

_____
Notary Public

Vivian V. Smith-Gatling
Notary Public, District of Columbia
My Commission Expires 11/14/2010

My Commission expires: _____