IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

DOSHIA DANIELS BURTON, et al :
:
       Plaintiffs   :
:
vs.               : Civil Action
: 05-2214 (JGP)
UNITED STATES OF AMERICA,   :
:
       Defendant   :

Washington, D.C.

May 9, 2007

Telephonic Deposition of:

RANGAMANI S. MURTHY, M.D.
called for oral examination by counsel for
Plaintiffs, pursuant to notice, at the Walter
Reed Army Medical Center, JAG office,
Building 1, 2nd Floor, Washington, D.C.,
before Zev V. Feder, CSR, a Notary Public in
and for the District of Columbia, beginning at
1:06 p.m., when were present on behalf of the
respective parties:

Page 14

```
1        BY MR. EATON:
2    Q.   To the best of your recall,
3  Dr. Murthy, you did no further treatment of
4  Captain Burton after you contacted the
5  orthopedic department to set up a consult. Is
6  that correct?
7    A.   Correct, sir.
8    Q.   Would it be a fair statement to
9  say that you gave, to the best of your
10 knowledge, you gave neither Captain Burton nor
11 his wife any instructions about his
12 post-hospital care? Is that also a true
13 statement?
14   A.   Post-hospital care on that day,
15 sir.
16   Q.   Yes, ma'am.
17   A.   No, we would give instructions.
18   Q.   What instructions did you give to
19 him personally?
20   A.   If he was casted, we have general
21 instructions about the care of the cast and
22 what he should look for, in the event the cast
```

Page 16

```
1  accepted complication.
2    Q.   When you treated him, this was
3  your belief, that he was not at risk for
4  thromboembolism. Is that correct?
5    A.   Correct.
6    Q.   Tell me, ma'am, what did you
7  believe the incidence of embolism were,
8  thromboembolism were, in patients who were
9  treated as he was by, first, a splint and then
10 a cast? What did you believe that the
11 incidence of thromboembolism were in such
12 patients when you treated him in 2003?
13   A.   I am not an expert on that but I
14 will tell you from my perspective, from an
15 emergency room physician perspective, in all
16 the years I have practiced emergency medicine,
17 and my colleagues have, we have never
18 prophylaxed anybody for thromboembolism unless
19 in incidents where I know of one patient I
20 recommended that that person should be placed
21 on prophylaxis because this person was going
22 to travel immediately from the emergency
```

Page 15

```
1  is too tight.
2    Q.   To the best of your knowledge did
3  you give Captain Burton any instructions
4  concerning the danger of thromboembolism?
5    A.   No, sir, I would not think of
6  doing that.
7    Q.   When you say you would not think
8  of doing that, why would you say that,
9  Dr. Murthy?
10        (Discussion off the record.)
11        THE WITNESS: To answer your
12 question truthfully, I see a lot of patients
13 with Achilles tendon rupture and I have never
14 given the instructions of thromboembolism
15 because these patients are -- no, I have never
16 done it. And it is not in our scope of
17 instructions.
18        BY MR. EATON:
19   Q.   It is not in --
20   A.   It is not in our scope to
21 discharge patients, presuming they could have
22 that as a complication, because it is not an
```

Page 17

```
1  department, he was going to go to the airport
2  and take a long flight away. So only in that
3  patient we recommended that. But, otherwise,
4  patients who are sent home, we never do, so.
5    Q.   My question was a little more
6  limited. What did you believe that the
7  incidence of thromboembolism were in patients
8  who have trauma to their lower extremities?
9    A.   Lower extremities, you mean below
10 the knee?
11   Q.   Yes, ma'am.
12   A.   I have to, really, look it up.
13 From the research I have done, the incidence
14 of putting patients on prophylaxis is not
15 beneficial.
16   Q.   I am sorry, I must not have been
17 clear. My only question was not whether or
18 not you put them on prophylaxis. My question
19 was what was your belief that the incidence
20 was of thromboembolism in patients who had
21 trauma to their lower extremity in the year
22 2003?
```