ORIGINAL                                             1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DOSHIA DANIELS BURTON,        :
et al.,                       :
                              :
            Plaintiffs        :
                              :  Civil Action No.
       vs.                    :  05-2214 (JGP)
                              :
UNITED STATES OF AMERICA:     
                              :
            Defendant         :

                                Washington, D.C.
                                October 27, 2006

Deposition of:

        WILLIAM DOUKAS, M.D.,

called for oral examination by counsel for

Plaintiffs, pursuant to notice, at the Walter

Reed Army Medical Center, Building 2, 3rd

Floor, Regimental Conference Room, Washington,

D.C., before Zev V. Feder, CSR, a Notary

Public in and for the District of Columbia,

beginning at 2:02 p.m., when were present on

behalf of the respective parties:


                FEDER REPORTING COMPANY
          (202) 863-0000        (800) 956-8996

1    A.    I don't know how to answer that.
2 I think that is open to the interpretation of
3 the patient as they deliver that message. I
4 don't know how to answer that question.
5    Q.    Assuming that a patient had been
6 bedridden, and I am asking you to assume for
7 purposes of my question, and the person had
8 been bedridden and had had his lower extremity
9 immobilized for a period of five days, how
10 would you characterize the risk of a person
11 for deep vein thrombosis?
12        MR. RANIERI:  I will object to the
13 form of the question.
14        MR. EATON:  Fair enough.
15        THE WITNESS:  And I am not sure I
16 quite understand the question.
17        BY MR. EATON:
18    Q.    Let me try again.
19    A.    Okay.
20    Q.    As your father can tell you, I am
21 not the most articulate person in the world.
22        First of all, if the person --

1   this is for purpose of a hypothetical -- if,
2   in fact, a person had been immobilized in a
3   splint for five days, and in addition to that
4   the person had been bedridden, had been waited
5   on head and foot for approximately five days,
6   how would you characterize this person's risk
7   of a thromboembolitic event such as a DVT?
8       A.   Would that increase it or decrease
9   it?  Is that what you are asking?
10      Q.   My question is, if you can
11  characterize it in these categories.  Would it
12  be at low risk, moderate risk, high risk for a
13  DVT?
14           MR. RANIERI:  Objection to the
15  form of the question.
16           You can answer.
17           THE WITNESS:  I think that is
18  situational, depending on, again,
19  comorbidities, whether or not this patient is
20  a smoker, invalid.  There are many factors
21  that would come into play, as I would answer
22  that question.

1           But prolonged bedrest would put
2    somebody at higher risk for DVT.  That is
3    correct.
4           BY MR. EATON:
5           Q.    Are you able to quantify such a
6    person with -- again, assuming the facts as I
7    have given them to you, hypothetically, do you
8    have an estimate of what would be the
9    probability of this person experiencing a deep
10   vein thrombosis?
11          A.    Absolutely not.
12          Q.    What was required of a clinician
13   if the person presented with a clinical
14   picture that suggested that the risk of deep
15   vein thrombosis was approximately 19 percent?
16   What actions, if any, were required of the
17   clinician, he was taught should be done if, in
18   fact, a person presented with a 19 percent
19   risk of deep vein thrombosis?
20          A.    I think with any encounter that a
21   physician has with a patient who is at risk
22   for DVT, it needs to be discussed.  Clinical