# Prevention of Venous Thromboembolism

*William H. Geerts, MD, FCCP, Chair;\* John A. Heit, MD; †
G. Patrick Clagett, MD; Graham F. Pineo, MD, FCCP;‡
Clifford W. Colwell, MD;§ Frederick A. Anderson, Jr., PhD;∥
and H. Brownell Wheeler, MD*

**Abbreviations:** ADH = adjusted dose heparin; CI = confidence interval; DVT = deep vein thrombosis; ES = elastic (graduated compression) stockings; FUT = fibrinogen uptake test; INR = international normalized ratio; IPC = intermittent pneumatic compression; IVC = inferior vena cava; LDUH = low-dose unfractionated heparin; LMWH = low-molecular-weight heparin; MI = myocardial infarction; PE = pulmonary embolism; q8h = every 8 h; q12h = every 12 h; SC = subcutaneous; SCI = spinal cord injury; THR = total hip replacement; TKR = total knee replacement; VTE = venous thromboembolism

(CHEST 2001; 119:132S–175S)

This chapter reviews the literature related to the risks of VTE and its prevention. For each patient group, literature searches have been conducted and *a priori* criteria for inclusion of studies have been applied to derive quantitative estimates of the baseline risks of thromboembolism and the efficacy of each of the prophylaxis interventions (Table 1). In the summary tables, the rates of deep vein thrombosis have been pooled from the eligible trials for each intervention and then compared with the rate among pooled, untreated, or placebo-treated control patients to determine the reduction in relative risk. Because comparisons among the interventions are indirect, the results of this pooling analysis provide an approximate guide to the relative efficacy of various prophylactic strategies. The final recommendations are based on the results of our pooled data as well as major randomized trials and/or formal, published meta-analyses. Although the recommendations are evidence-based, where possible, practical suggestions for prophylaxis are provided, particularly in situations where the evidence is inadequate.

The rationale for thromboprophylaxis is based on the high prevalence of of venous thromboembolism (VTE) among hospitalized patients, the clinically silent nature of the disease in the majority of patients, and the morbidity, costs, and potential mortality associated with unprevented thrombi. Both deep vein thrombosis (DVT) and pulmonary embolism (PE) produce few specific symptoms, and the clinical diagnosis is unreliable.[1,2] Since the first manifestation of the disease may be fatal PE, it is inappropriate to wait for symptoms and then rely on the diagnosis and treatment of established VTE. Unrecognized and treated DVT may also lead to long-term morbidity from the postphlebitic syndrome and may predispose patients to future episodes of recurrent VTE.[3,4]

An alternative to prophylaxis would be the use of serial surveillance tests such as duplex ultrasonography in high-risk patients.[5,6] This approach is expensive and can be applied only to limited numbers of patients at risk. In addition, noninvasive screening tests, such as impedance plethysmography or duplex ultrasonography, have only moderate sensitivity and positive predictive value when used in asymptomatic, high-risk patients such as those undergoing major orthopedic surgery.[7–11] Routine screening has also not been demonstrated to reduce the frequency of clinically important outcomes, such as symptomatic VTE or fatal PE. Broad application of effective methods of prophylaxis has been more cost-effective and is probably safer than selective, intensive surveillance.[12–21]

Despite overwhelming evidence of the efficacy of an assortment of prophylactic modalities, surveys conducted in the United States,[22–24] Canada,[25] the United Kingdom,[26–30] Sweden,[31] Switzerland,[32] Spain,[33] and Australia/New Zealand[34,35] document wide practice variations among physicians, with 28 to 100% of respondents indicating that they routinely used prophylaxis. In a random survey of fellows of the American College of Surgeons, 86% claimed they used prophylaxis in 1993,[23] this proportion rising to 96% by 1997.[35] However, a US study of 2,000 patients, hospitalized at 16 acute-care hospitals, showed that only one third of these patients actually received prophylaxis despite the presence of multiple risk factors for VTE.[37] Use of prophylaxis was higher in teaching than in nonteaching hospitals. A records review of patients aged 65 years or older and undergoing abdominal or thoracic surgery at 20 Oklahoma hospitals showed that prophylaxis was used in only 38%.[38] Of patients considered to be at very high risk, with multiple risk factors for VTE, only 39%

\*Dr. Geerts receives research funding from Aventis Pharma, Pharmacia & Upjohn. †Dr. Heit receives research funding from AstraZeneca, Aventis Pharma, Corvas, DuPont Pharma, and Wyeth-Ayerst. ‡Dr. Pineo receives research funding from DuPont Pharma, Emesphere Technologies, Leo Pharma, and Pharmacia & Upjohn. Dr. Pineo also serves on the advisory boards for Pharmacia & Upjohn and DuPont Pharma. §Dr. Colwell receives research funding from and serves as a consultant for Rhone-Poulenc Rorer, Pharmacia & Upjohn, and AstraZeneca. ∥Dr. Anderson receives research funding from and serves as a consultant for Aventis Pharma.
*Correspondence to: William H. Geerts, MD, Thromboembolism Program, Sunnybrook & Women's College Health Sciences Centre, Room D674, 2075 Bayview Ave., Toronto, ON, Canada, M4N 3M5.*

**Table 1—*Criteria for Inclusion of Studies***

- Patients identifiable as belonging to the group of interest and similar enough to current patients to be relevant
- Outcome assessment:
  A. Orthopedic studies: contrast venography only (bilateral or unilateral)
  B. Nonorthopedic studies: contrast venography or fibrinogen leg scanning
- Sample size: at least 10 patients per group
- Numerator: objectively demonstrated deep vein thrombosis
- Denominator: patients with adequate outcome assessments

**I. Baseline Risks of Thrombosis**
- Design: either prospective cohort studies or control groups of randomized trials
- Interventions: no prophylaxis used

**II. Prophylaxis Efficacy**
- Design: randomized trials only
- Interventions: clinically relevant, available options; for drugs, currently approved or utilized agents and doses

ciency or dysfunction of antithrombin, protein C, protein S, or heparin cofactor II; dysfibrinogenemia; decreased levels of plasminogen and plasminogen activators; heparin-induced thrombocytopenia; hyperhomocystinemia; and myeloproliferative disorders such as polycythemia vera and primary thrombocytosis.[65–68]

In many patients, multiple risk factors may be present, and the risks are cumulative.[69,70] For example, elderly patients with hip fractures undergoing major orthopedic operations and who remain immobile in bed after operation are among the most susceptible to fatal PE. Formal risk assessment models for DVT have been proposed for surgical patients.[71–77] Awareness of the clinical settings in which the risk has been defined by epidemiologic studies is also important in the successful application of prophylaxis recommendations (Table 2). For example, the patients at greatest risk for VTE are those undergoing major lower extremity orthopedic surgery and those who experience major trauma or spinal cord injury.

### IMPORTANT ISSUES RELATED TO THROMBOPROPHYLAXIS DATA

Although we have attempted to provide an unbiased overview of the available data about thromboprophylaxis, we recognize that there are important limitations of the evidence largely due to the number and quality of the studies that form the basis for our recommendations. These caveats include the following points.

*Appropriate End Points for Studies of DVT Prophylaxis:*
Physicians differ in their views on the appropriate end points for studies of DVT prophylaxis. Some believe that very sensitive and specific diagnostic tests for all thromboembolic activity are essential. These outcomes are contrast venography for high-risk patients and fibrinogen leg scanning for moderate-risk patients. Others consider that evidence of reduction in deaths from all causes is required to convince them that an intervention is of benefit. Both of these approaches have limitations. The majority of the thrombi detected by sensitive screening methods for DVT are not clinically relevant (although only a small amount of data allows us to predict which thrombi will resolve and which will produce important adverse effects). However, insistence on death as the exclusive outcome dismisses the significant burden of disease due to symptomatic thromboembolic events as well as the cost inefficiency associated with the investigation and treatment of these complications. We suggest a middle ground based on large trials that use a clinically important VTE outcome, consisting of a composite of fatal PE, symptomatic, proven DVT or PE, and asymptomatic proximal DVT. These larger trials should be performed once smaller studies using an accurate test for all DVT have demonstrated the biological efficacy of the intervention.

*Limitations of DVT Screening Methods* Each of the DVT screening methods has limitations. Fibrinogen leg scanning, also called the fibrinogen uptake test (FUT), lacks specificity and sensitivity[78–80]; duplex ultrasonography has poor sensitivity as a screening test in asymptomatic patients[8–11]; and venography is associated with a significant rate of nondiagnostic studies, is no longer widely available, and the clinical relevance of many of the thrombi detected is questioned. Despite these limitations, the relative risk reductions when two prophylaxis choices are compared using these outcome measures are likely to be valid as long as systematic bias has been eliminated.[81]

*Mechanical Methods of Prophylaxis:* Special caution should specifically be exercised when interpreting the risk

Table 2—*Levels of Thromboembolism Risk in Surgical Patients Without Prophylaxis**

| Level of Risk<br>Examples | Calf DVT, % | Proximal DVT, % | Clinical PE, % | Fatal PE, % | Successful Prevention Strategies |
|---|---|---|---|---|---|
| Low risk | 2 | 0.4 | 0.2 | 0.002 | No specific measures<br>Aggressive mobilization |
| Minor surgery in patients < 40 yr with no additional risk factors | | | | | |
| Moderate risk | 10–20 | 2–4 | 1–2 | 0.1–0.4 | LDUH q12h, LMWH, ES, or IPC |
| Minor surgery in patients with additional risk factors; nonmajor surgery in patients aged 40–60 yr with no additional risk factors; major surgery in patients < 40 yr with no additional risk factors | | | | | |
| High risk | 20–40 | 4–8 | 2–4 | 0.4–1.0 | LDUH q8h, LMWH, or IPC |
| Nonmajor surgery in patients > 60 yr or with additional risk factors; major surgery in patients > 40 yr or with additional risk factors | | | | | |
| Highest risk | 40–80 | 10–20 | 4–10 | 0.2–5 | LMWH, oral anticoagulants, IPC/ES + LDUH/LMWH, or ADH |
| Major surgery in patients > 40 yr plus prior VTE, cancer, or molecular hypercoagulable state; hip or knee arthroplasty, hip fracture surgery; major trauma; spinal cord injury | | | | | |

*Modified from Gallus et al[60] and International Consensus Statement.[74]