# Thromboembolic Complications of Cast Immobilization for Injuries of the Lower Extremities

LYLE J. MICHELI, MAJ., U.S.A.F., M.C.*

Thromboembolic complications following orthopedic procedures, especially after hip surgery, have received increasing attention in recent years.[2,14] A number of clinical studies have demonstrated the high incidence of venous thrombosis and secondary pulmonary embolization associated with hip surgery, as well as the benefits of prophylactic anticoagulation or the administration of anti-platelet agents in reducing these complications.[7,8,13,15] The hazards of immobilization of the lower extremities for other injuries, including those routinely treated with cast immobilization and ambulation, have received less attention.

Within a period of 4 months, we observed the occurrence of significant thromboembolic complications in 6 patients who were being treated with plaster immobilization for a variety of injuries to the lower extremity. These complications have alerted us to this serious disease process, and prompted us to review the literature on this subject.

* Orthopedic Surgeon, Malcolm Grow U.S.A.F. Medical Center, Assistant Clinical Professor of Orthopedic Surgery, The George Washington University School of Medicine, Instructor of Orthopaedic Surgery, Harvard Medical School.

From the Orthopaedic Service, Malcolm Grow U.S.A.F. Medical Center, Andrews A.F.B., Washington, D. C. 20331.

Reprint requests to: Lyle J. Micheli, M.D., Children's Hospital Medical Center, 300 Longwood Avenue, Boston, Massachusetts 02115.

## CASE REPORTS

Patient 1, a 38-year-old Navy Lt. Commander, sustained a closed, spiral fracture of the distal third of the tibia and fibula after jumping from a lifeguard tower. He was initially treated at a nearby civilian hospital where closed reduction was performed under general anesthesia, with application of a long-leg cast. He was maintained on bed rest with elevation of the extremity for a period of 5 days and then transferred to our facility, where non-weight-bearing crutch ambulation was begun. He was sent home 7 days following injury. Approximately 3 weeks following his fracture, he awoke from sleep with severe respiratory distress, agitation, and then collapsed. When he arrived via ambulance at our hospital, he was unresponsive, with barely palpable pulse, and blood pressure of 40/0. Attempts at resuscitation failed, and he died in the Emergency Room. Postmortem examination revealed extensive thrombus formation in the left popliteal and posterior tibial veins, and a large embolus occluding both pulmonary arteries. Multiple small thrombotic emboli were found throughout both lungs.

Patient 2, a 26-year-old Navy Lieutenant, walked into the clinic the day following an injury to his knee from touch football. Radiographic examination revealed a small central compression fracture of the lateral tibial plateau. Clinical examination demonstrated mild valgus instability of the knee. He was initially treated with 4 weeks of long-leg plaster immobilization, followed by 3 weeks in a cylinder cast. Six weeks following injury, he experienced an episode of pleuritic chest pain. This pain spontaneously resolved. However, several days later he experienced a second

192  Micheli

Clinical Orthopaedics and Related Research



FIG. 1. Patient 2. Left leg venogram, with obliteration of the peroneal valgus system.

episode of chest pain, accompanied by hemoptysis, for which he sought medical attention. At the time of admission the presence of a pleural effusion, alteration of the arterial blood gas values, with a $Po_2$ of 62 mm Hg, and a positive lung scan supported the diagnosis of pulmonary embolism. Clinical examination of the lower extremities was unremarkable at that time. However, a venogram of the left lower extremity revealed evidence of thrombus formation in the peroneal veins, while the proximal venous trunk was unremarkable (Fig. 1). Anticoagulant therapy was begun with heparin and warfarin with no further evidence of embolization, and progressive improvement in arterial blood gas values and clearing of the lung fields by chest radiographs.

Patient 3, a 49-year-old Air Force physician, sustained a spontaneous rupture of his tendo achillis while playing paddle ball. He was seen on the day of injury, immobilized in a long-leg cast with the foot in equinus, and begun on non-weight-bearing crutch ambulation. Approximately 4 weeks post-injury, he noted mild dyspnea on exertion. This increased over a 3 day period and he also noted swelling of his thigh, and tightness of the upper portion of the cast. Radiographs at that time revealed a large right pleural effusion. EKG examination showed evidence of right heart strain, the arterial $Po_2$ was 42 mm Hg, and lung scan was interpreted as showing obliteration of more than one-half of the right lung field. Anticoagulation was begun with heparin and warfarin, and he was given oxygen therapy. Despite this therapy, there was evidence of further embolization, and an inferior vena cava umbrella was inserted three days following admission. He was discharged from care four months later after a difficult hospitalization.

Patient 4, a 56-year-old man, ruptured his tendo achillis while playing golf. He had had two previous episodes of thrombophlebitis and pulmonary emboli. The first episode had occurred while he was immobile with assisted ventilation during an attack of Guillan-Barre syndrome. The second was of spontaneous onset. He also had had two previous myocardial infarcts. Because of this, he was treated conservatively with long-leg cast immobilization with the foot in equinus. Four days after injury he developed a low grade fever and complained of thigh and calf pain. Examination after cast removal showed no clinical evidence of thrombophlebitis, but he was admitted to the hospital and treatment with heparin anticoagulation was begun because of his history. Two days later while on bed rest he developed onset of pleuritic chest pain associated with swelling and tenderness of the involved upper thigh. A lung scan supported the diagnosis of probable pulmonary embolization and radiographs of the chest showed a small pleural effusion. Treatment was continued with heparin, and warfarin was also begun. He had no further episodes of chest pain and showed progressive pulmonary clearing by chest radiograph and lung scan.

Patient 5, a 35-year-old Air Force Captain, sustained a subtalar dislocation of his left foot while playing touch football. A closed reduction was performed and he was immobilized in a long-leg cast. One week after injury, he complained of the onset of calf pain, which was associated with low grade fever. The cast

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

was removed and examination revealed calf swelling and tenderness to palpation. A presumptive diagnosis of deep vein thrombophlebitis was made and he was begun on anticoagulation treatment, with resolution of his calf swelling and tenderness over the subsequent week. No abnormal pulmonary symptoms or signs developed.

Patient 6, a 34-year-old Navy Lieutenant Commander, sustained a rupture of his tendo-Achilles while playing racquet ball. He was placed in a short-leg walking cast with the foot in equinus the day following injury. He remained non-weight-bearing on crutches for a day, and then began cast ambulation with no discomfort. Six days after his injury, he noted the onset of pain in the calf of the injured extremity, which increased in severity over a 24 hour period and was associated with swelling of the extremity in the cast. His cast was removed and he was found to have deep tenderness in the central upper calf, well above the site of tendon injury. A venogram of the injured extremity revealed lack of filling and obliteration of the central tibial vein system (Fig. 2). Anticoagulation with heparin and warfarin was begun. His calf symptoms decreased and there was no evidence of pulmonary involvement. He was re-immobilized in a short-leg walking cast with the foot in equinus two weeks later and continued on warfarin anticoagulation.



Fig. 2. Patient 6. Venogram showing obliteration of the entire central tibial venous system.

## DISCUSSION

The high incidence of thromboembolic complications in our clinic during this relatively short period of time is cause for concern. We estimate that from 60 to 80 casts were applied by us for similar lower extremity injuries during that time, suggesting an incidence of 7 to 10 per cent for this complication. Relatively little has been written concerning the incidence of thromboembolic complications following such injuries. Most of the work on this subject has dealt with tibial fractures, without careful attention being given to the type or duration of immobilization. McCartney, in 1945, found a 15 per cent incidence of venous thrombosis at autopsy in association with tibial fractures.[11] Solonen, in 1963, found a 12 per cent incidence of clinically evident thromboemboli in a series of 72 tibial fractures and noted a significant reduction in this incidence with the use of prophylactic anticoagulation.[16] Hjelmstedt, in 1968, found a 45 per cent incidence of venous thrombosis in the involved extremity using venography.[9] Sixteen per cent of those were felt to be clinically significant. He noted a positive correlation between the age of the patient and the incidence of venous thrombosis, and observed that early ambulation and isometric exercises did not seem to affect this incidence. Nylander studied a small series of tibial fractures with venograms and noted an incidence of 87 per cent abnormal venous patterns, which he attributed directly to extrinsic effects on the veins from soft tissue injury and hematoma.[12]

Current concepts of the pathogenesis of venous thromboembolism are still well encompassed by Virchow's classic triad of

stasis, changes in the vessel wall and changes in the blood; although there have been important advances in our understanding of the mechanism of these processes. According to present evidence, aggregates of platelets and fibrin begin to accumulate at sites of altered vessel architecture such as valve cusps or vessel junctures, where local venostasis results in the accumulation of activated clotting factors. Growth occurs by successive layering of fibrin and activated platelets until the entire vessel lumen is occluded, or the thrombotic nidus is removed by normal fibrinolytic processes. If this process continues and the vessel is occluded, retrograde thrombosis then occurs in a manner similar to *in vitro* blood clotting.[10] The process usually takes place on normal endothelium and in the presence of normal clotting mechanisms though there is some evidence that in the trauma state, certain processes such as increased platelet adhesiveness may play a part in thrombus formation.[13]

Clinical observations have resulted in the isolation of a number of factors which increase the risk of this process occurring. Most studies show a definite increasing risk of thromboembolism with increasing age. Secondly, there is evidence that increased length of immobilization of the lower extremities results in increased incidence of thromboembolism,[3,14] up to approximately 3 to 4 weeks of immobilization, after which the risk appears to decrease.[3] The presence of previous thromboembolism increases the risk of recurrent thromboembolism by two to three times.[1] Obesity also increases the risk of venous thrombosis.[6] German observers noted a progressive decrease in the incidence of thromboembolism in the war years, as the general nutritional status of the German people deteriorated and a subsequent increase in the incidence as conditions improved in the post-war years. In addition, the existence of a number of specific disease states, such as congestive heart failure, cancer of the pancreas or lung, and the trauma state, appear to result in an increased risk of thromboembolism occurring.[6,9]

The significance of these risk factors becomes evident when the clinical characteristics of venous thromboembolism are noted. Silent thrombosis and unheralded embolism are the most characteristic features of this disease process. Sevitt and Gallagher[14] noted that there was no clinical evidence of thrombosis in over 60 per cent of those who died of pulmonary emboli in association with lower extremity injuries. In more recent studies,[4,7] less than one-third of venographically described thrombi, which subsequently became evident as pulmonary emboli, were symptomatic. Faced with this, the therapeutic objective in this disease would appear to be to define the population most susceptible to this complication because of a combination of the risk factors noted above, and then undertake an effective method of prophylaxis in these high risk patients.

As suggested by our observations and as observed in a number of studies of lower leg fractures, the incidence of serious thromboembolic complications in lower extremity injuries is high. The individual immobilized in a long leg plaster for an injury of the lower extremity is already at great risk for the occurrence of thromboembolic complications. The presence of any additional risk factors, such as increased age, obesity, history of previous thromboembolism, or coexistent malignant disease, would strongly argue for the institution of medical prophylaxis against thrombosis.

## SUMMARY

Six cases of thromboembolic complications in patients being treated with plaster cast immobilization for a variety of injuries to the lower extremity were encountered over a four month period on an Air Force orthopaedic service. These injuries, consisting of three ruptures of the tendo

achillis, two fractures of the tibia, and a sub-talar dislocation of the foot, resulted in one death from pulmonary emboli and three other serious complications of pulmonary emboli. The literature on thromboembolic complications following lower extremity injuries (including information on pathogenesis, clinical characteristics and epidemiology of venous thromboembolism and the hazards of lower extremity cast immobilization in an individual susceptible to this complication) suggests that prophylaxis against thrombosis should be instituted in high risk individuals who must undergo cast immobilization for injuries to the lower extremity.

## REFERENCES

1. Barker, N. W., Nygaard, K. K., Walters, W., and Priestley, J. T.: A statistical study of postoperative venous thrombosis and pulmonary embolism, Proc. Mayo Clin. 15:769, 1940.
2. Borgstrom, S., Greitz, T., van der Linden, W., Molin, J., and Rudics, F.: Anticoagulant prophylaxis of venous thrombosis in patients with fractures of neck of femur: a controlled clinical trial using venous phlebography, Acta Chir. Scand. 129:500, 1965.
3. ———: Investigation on the effect of dicumarol and early ambulation in the prevention of postoperative thromboembolism in a surgical material strongly disposed to thrombosis, Acta Chir. Scand. Supp. 150, 1950.
4. Clagett, G. P. and Salzman, E. W.: Prevention of venous thromboembolism in surgical patients, N. Engl. J. Med. 290:93, 1973.
5. Cook, A. W. and Lyons, H. A.: Venous thromboembolic phenomena: their absence in paraplegic and tetraplegic patients, Am. J. Med. Sci. 218:155, 1949.
6. Coon, W. W. and Coller, F. A.: Some epidemiologic considerations of thromboembolism, Surg. Gynecol. Obstet. 109:487, 1959.
7. Evarts, C. M. and Feil, E. J.: Prevention of thromboembolic disease after elective surgery of the hip, J. Bone Joint Surg. 53A:1271, 1971.
8. Harris, W. H., Salzman, E. W., and De Sanctis, R. W.: The prevention of thromboembolic disease by prophylactic anticoagulation. A controlled study in elective hip surgery. J. Bone Joint Surg. 49A:81, 1967.
9. Hjelmstedt, A. and Bergvall, U.: Incidence of thrombosis in patients with tibial fractures, Acta Chir. Scand. 134:209, 1968.
10. Hume, M., Sevitt, S., and Thomas, D. P.: Venous Thrombosis and Pulmonary Embolism. Cambridge, Harvard University Press, 1970.
11. McCartney, J. S.: Postoperative pulmonary embolism, Surgery 17:191, 1945.
12. Nylander, G. and Semb, H.: Veins of the lower part of the leg after tibial fractures, Surg. Gynecol. Obstet. 134:975, 1972.
13. Salzman, E. W., Harris, W. H., and De Sanctis, R. W.: Reduction in venous thromboembolism by agents affecting platelet function, N. Engl. J. Med. 284:1287, 1971.
14. Sevitt, S. and Gallagher, N.: Venous thrombosis and pulmonary embolism. A clinico-pathological study in injured and burned patients, Br. J. Surg. 48:475, 1961.
15. ——— and Gallagher, N.: Prevention of venous thrombosis and pulmonary embolism in injured patients. A trial of anticoagulant prophylaxis with phenindione in middle-aged and elderly patients with fractured neck of the femur, Lancet 2:981, 1959.
16. Solonen, K. A.: Prophylactic anticoagulant therapy in the treatment of lower limb fractures, Acta Orthop. Scand. 33:329, 1963.