IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**DOSHIA DANIELS BURTON,** *et al.,* )
                                    )
    **Plaintiffs,**              )
                                    )
    v.                            ) Civil Action No. 05-2214 (JGP)
                                    )
**UNITED STATES OF AMERICA,**       )
                                    )
    **Defendant.**                )

**ORDER DENYING DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT**

UPON CONSIDERATION of the defendant's Motion for Summary Judgment, plaintiff's Memorandum of Points and Authorities in opposition thereto, and the entire record herein, it is this _____ day of _____, 2007,

ORDERED that defendant's motion for summary judgment is hereby DENIED.

SO ORDERED.

                                                  _____
                                                JOHN GARRETT PENN
                                                United States District Judge