Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

DOSHIA DANIELS BURTON, et al.    )
                                 )
                    Plaintiffs,  )
                                 )
        vs.                      )
                                 )
UNITED STATES OF AMERICA,        )
                                 )
                    Defendant.   )
_____  )

1:20 P.M.

April 13, 2007

Charlotte, North Carolina

VIDEOTAPE DEPOSITION

OF

W. HODGES DAVIS, M.D.

COPY

**Doshia Daniels Burton, et al. v. United States of America**
**W. Hodges Davis, M.D.**                                          April 13, 2007

6 (Pages 18 to 21)

Page 18

1  were the dangers of thromboembolism, that is a DVT and
2  a PE, well-known to be a risk in patients who were
3  immobilized in a cast in their lower extremities?
4  A.  I would reword it, and I would say, lower extremity
5      injuries, pelvis, leg, knee, shin have been well
6      documented to -- to have increased the risk of deep-
7      vein thrombosis.
8  Q.  Okay.
9  A.  In -- in the ankle and foot, the documented incidence
10     of deep-vein thrombosis is significantly lower than in
11     the pelvis, hip, and that is well documented in 2003,
12     because the best paper that has documented the
13     percentages, I think, it was after that. I think it
14     was 2005. So was it well-known in 2003 that if you
15     were -- if you were concerned about a DVT that you
16     should deal with it? Sure.
17 Q.  Let me see. Let's set another ground rule. I'm
18     getting ready to re-characterize some of your
19     testimony. And if I do so, and in doing so, if I say
20     anything which is inaccurate or incorrect, I want you
21     to correct me; fair statement?
22 A.  Okay.
23 Q.  Okay. Now, am I correct that you're saying that if
24     there's injuries -- a trauma, any type of trauma to
25     the lower extremities up to the ankle and foot, in

Page 19

1  your opinion that the person was at risk for DVT and
2  which could evolve into a pulmonary embolism? Am I
3  correct in characterizing?
4  A.  No.
5  Q.  Okay. Correct me, please.
6  A.  The literature is clear that trauma to the hip and
7      pelvis increases a substantial risk of deep-vein
8      thrombosis, okay, including surgeries. The literature
9      does not support a substantial increase of DVT in
10     patients with ankle injuries or foot injuries.
11 Q.  How about with -- with Achilles tendon injuries, what
12     was the danger --
13 A.  If we're going to set ground rules, what -- what do
14     you define as substantial?
15 Q.  All right. One which you should tell the patient.
16 A.  So what percentage is that?
17 Q.  I'm asking you, sir.
18 A.  No, you tell me because --
19 Q.  I can't tell you, sir --
20 A.  I'm telling you -- okay. Then I would say that if the
21     risk is -- let me think. I think if the risk is ten
22     percent, I'd tell every patient that.
23 Q.  Now, with respect to the risk of -- well, we'll come
24     back to that. In your report, it -- well, let's stick
25     with it. You say that if, in fact -- did you find any

Page 20

1  studies which show that persons who were having
2  nonsurgical treatment of a ruptured Achilles --
3  Achilles tendon had an incidence greater than ten
4  percent, would you consider that the standard of care
5  required that the persons be informed of the dangers
6  of blood clots after immobilization in a cast?
7  A.  If I had seen a study, and I haven't seen a study of a
8      large group of patients that were treated only in
9      casts with an incidence of ten percent. Okay?
10 Q.  Okay.
11 A.  Of DVT?
12 Q.  Right, DVT. Now, so would it be your opinion whether
13     or not a person who was being immobilized in a cast
14     for DVT --
15 A.  Now, for a DVT or for an Achilles tendon injury?
16 Q.  For an Achilles tendon injury, whether or not this
17     person should be advised that they were at risk for
18     blood clots.
19 A.  If I had a patient who had no risk factors, and the
20     risk factors for me for DVT, and the literature I
21     think bares this out, are documented history of
22     previous DVTs, recent long plane flights, birth
23     control pills, and that's about it.
24 Q.  And as you --
25 A.  Maybe a pelvic injury.

Page 21

1  Q.  -- and as you sit here today, that is your heartfelt
2      belief that those are the only risk factors for DVT in
3      patients who have injuries, that have Achilles tendon
4      injuries?
5  A.  As I sit here today, those are the risk factors that
6      bring it to a level where I need to mention it to
7      every patient that --
8  Q.  So your testimony -- okay --
9  A.  And, in fact, in those patients -- in those patients,
10     I would tell them about it, and then I may -- I may
11     prophylax them.
12 Q.  Okay. Now, that's before -- that's pretest data
13     you're talking about, right, pretest risk factors?
14 A.  Pretest, what kind of tests?
15 Q.  Before you do any testing to confirm whether or not
16     they have DVT, those are the risk factors, correct?
17 A.  Those are the risk factors that would cause me to
18     pause and say I need to talk to him about a DVT, and I
19     may prophylax them. Someone who has a previous DVT, a
20     documented previous DVT that I'm going to treat in any
21     cast, I would prophylax them.
22 Q.  And as far as for informing them that they were at
23     risk, you would only inform those patients that they
24     were at risk for blood clots who had the things that
25     you told me here?

Page 22

| | | |
|---|---|---|
| 1 | A. | I guess, yes. And we're talking foot and ankle |
| 2 | | problem? |
| 3 | Q. | Yes, sir. |
| 4 | A. | We're not talking pelvic. |
| 5 | Q. | We can limit it to Achilles tendon. |
| 6 | A. | Okay. |
| 7 | Q. | So it's your testimony that you would see no need to |
| 8 | | advise the person of the danger of blood clots if they |
| 9 | | had no additional risk factors? |
| 10 | A. | Blood clots and pulmonary -- |
| 11 | Q. | And the risk factors we're talking about are first of |
| 12 | | all, long plane trips, previous DVT, and you told me |
| 13 | | another one? |
| 14 | A. | Birth control pills. |
| 15 | Q. | Birth control pills. Okay. Now, can you direct me to |
| 16 | | any place in the peer-review medical literature where |
| 17 | | the risk factors are confined to the ones which you |
| 18 | | have described for me? |
| 19 | A. | Yeah, there are a couple places. |
| 20 | Q. | Okay. And we have a number -- |
| 21 | A. | No, no. Well, wait a minute. We're talking risk |
| 22 | | factors that brings them to a point where I would -- |
| 23 | | that I would feel like it was necessary, so we set the |
| 24 | | level at -- at ten percent. |
| 25 | Q. | What I'm trying to get at, sir, are any of this |

Page 23

| | | |
|---|---|---|
| 1 | | summary which you told me where people should be |
| 2 | | advised, and I assume this says that when a person |
| 3 | | would be at high risk -- |
| 4 | A. | That's right. |
| 5 | Q. | -- for -- for a DVT -- for a DVT, this is the time |
| 6 | | that you believe that this is a threshold that these |
| 7 | | high-risk patients should be advised, and others, |
| 8 | | there's no need to do so, correct? |
| 9 | A. | That's correct. |
| 10 | Q. | Now, in preparing your report, you've given us, |
| 11 | | kindly given us a group of documents, of abstracts. |
| 12 | | Do you have the articles which these abstracts are |
| 13 | | abstracts of? |
| 14 | A. | I don't have all of them, no. I pulled some of the |
| 15 | | ones that I felt were pertinent, but I didn't pull |
| 16 | | them all. |
| 17 | Q. | I mean, do you have -- can you -- do you have access |
| 18 | | to those now? |
| 19 | A. | Like this second? |
| 20 | Q. | I mean, if we were to take a recess, could you go get |
| 21 | | those articles? |
| 22 | A. | No. |
| 23 | Q. | May I ask why not, sir? |
| 24 | A. | I didn't -- didn't -- I wasn't asked to bring them |
| 25 | | with me. |

Page 24

| | | |
|---|---|---|
| 1 | Q. | Okay. Now, do you -- did you read all of these |
| 2 | | articles? |
| 3 | A. | Did I read the articles that match up with every one |
| 4 | | of those abstracts? |
| 5 | Q. | Yes, sir. |
| 6 | A. | No, but I read some of them. |
| 7 | Q. | Tell me how you perform your literature search. |
| 8 | A. | I typically do it a couple of ways. I go on -- on |
| 9 | | some of these search -- search things, and for this |
| 10 | | one, I put in lower extremity deep-vein thrombosis. I |
| 11 | | put in pulmonary embolus, I put in Achilles tendon and |
| 12 | | pulmonary embolism, I put in cast pulmonary embolism; |
| 13 | | and that pulled up a bunch of things, and then with |
| 14 | | that, you just kind of can follow it along, and they |
| 15 | | have other interesting articles, and you can just |
| 16 | | follow it all the way down. |
| 17 | Q. | And you did this personally? |
| 18 | A. | I did. (Witness nods head affirmatively.) |
| 19 | Q. | And you used the PubMed which is a service from the |
| 20 | | Library of Medicine, correct? |
| 21 | A. | That is what I published -- that's what I printed |
| 22 | | today because I went preparing for this deposition and |
| 23 | | I went -- because that was my best source when I did |
| 24 | | it back before I wrote that document. |
| 25 | Q. | Now, how many searches did you perform? |

Page 25

| | | |
|---|---|---|
| 1 | A. | I mean -- |
| 2 | Q. | Let me rephrase that question. When did you first go |
| 3 | | to PubMed to -- to search to determine what the |
| 4 | | incidence was of the deep-vein thrombosis and |
| 5 | | pulmonary embolism? |
| 6 | A. | We had actually had a -- I actually had one of my |
| 7 | | patients who died from a pulmonary embolism. In 15 |
| 8 | | years, I had the one, and so I -- so I had one of our |
| 9 | | fellows do a search and do a presentation on -- on |
| 10 | | that, so that was the first time I looked at it, and I |
| 11 | | had him pull some of the setting articles. I read the |
| 12 | | articles. And then -- and then I ended up getting |
| 13 | | involved in this case, and so I did another search to |
| 14 | | see if there was anything new. |
| 15 | Q. | Okay. Now, what was the fellow's name? |
| 16 | A. | I don't remember. |
| 17 | Q. | Now, you've given us a copy of ten -- of several |
| 18 | | abstracts that we've marked as Exhibit Number 10. Can |
| 19 | | you produce any articles or other writings you relied |
| 20 | | upon in forming your opinion? |
| 21 | A. | I can't. At this moment, I can look at those and tell |
| 22 | | you which of those articles I used and then -- and |
| 23 | | then we can go from there if you like. |
| 24 | Q. | We're going to give you a copy of documents which have |
| 25 | | been marked Exhibits 10A through 10K, and I'm going to |