Exhibit B

Return to Web Version

# Chest Pain, Acute

Severe, sudden chest pain can represent a life-threatening problem. Follow this chart for more information.



SYMPTOMS                DIAGNOSIS                SELF-CARE

Begin Here

1. Is the affected person an infant or child?

Yes → See Chest Pain in Infants and Children.

No

2. Do you have severe chest pain?

Yes → Go to Question 10.**

No

3. Do you have symptoms of a cold or the flu, such as fever, aches, chills, runny nose and/or cough?

No → Go to Question 6.*

Yes

4. Do you have a cough that produces greenish, yellowish, or tan mucus, a fever and shortness of breath?

Yes → Your symptoms may be from an infection such as PNEUMONIA.

Pneumonia can be a serious health problem. See your doctor right away.

No

5. Do you have a cough that produces a small amount of clear mucus, and

You may have VIRAL BRONCHITIS. Your pain may be caused by PLEURISY, an irritation of the lining of the lung

Drink plenty of fluids, and try cold medicines and/or anti-inflammatory medicines to relieve your



does your chest hurt when you take a deep breath?

**Yes →** that is usually caused by a viral infection. Hard coughing may also cause pain in the muscles and chest wall.

**→** symptoms. See your doctor if the cough continues for more than a few days or if you develop a fever.

---

\*6. Are you uncomfortable from your shortness of breath?

**Yes →**  Go to Question 11.\*\*\*

**↓ No**

7. Do you have a sharp pain on one side of your chest when you take a deep breath?

**Yes →** Your pain may indicate PNEUMOTHORAX, a condition in which air leaks from a lung and fills the chest cavity. This makes it difficult to breathe.

**→** See your doctor right away. Treatment of pneumothorax may require hospitalization.

**↓ No**

8. Do you experience shortness of breath when you are physically active and/or when you're lying down?

**Yes →** You may have a serious problem, such as CONGESTIVE HEART FAILURE, ASTHMA or PULMONARY EDEMA

**→** See your doctor right away.

**↓ No**

IF YOU HAVE A HEART PROBLEM, LUNG CONDITION, ASTHMA, OR IF YOU'RE EXPERIENCING RAPID BREATHING FOR THE FIRST TIME, GO DIRECTLY TO THE HOSPITAL.

9. Do you have pressure in your chest, shortness of

These could be symptoms of HYPERVENTILATION,

If you have hyperventilated

breath and numbness around your lips or in your hands or feet?

an episode of overbreathing often caused by stress of anxiety.

before due to stress or anxiety, your doctor may have given you information about treating yourself. Lie down, relax and try to slow your breathing. Try breathing through pursed lips (as if you were whistling), or cover your mouth and one nostril, and breathe through the other nostril.


Yes

No

**10. Do you have any of the following symptoms?

1. Crushing pain or uncomfortable pressure in the middle of your chest that lasts more than a few minutes

2. Squeezing pain in the chest or left upper arm

3. Sweating and nausea

4. Severe shortness of breath


Yes

Your pain may be from a HEART ATTACK or MYOCARDIAL INFARCTION.

**EMERGENCY. CALL AN AMBULANCE RIGHT AWAY.**

No

Your pain may be from an irritation of the



***11. Does the pain or discomfort occur only when you swallow or after you eat?

Yes → stomach called GASTRITIS or an irritation of the esophagus called ESOPHAGITIS. A HIATAL HERNIA (a weakness in the diaphragm) or esophageal spasms may also cause this type of pain and discomfort.

→ Try an antacid, and eat smaller, less spicy meals. See your doctor if the problem persists.

No ↓

12. Do you have a painful, blistering rash on your chest or back?

Yes → You may have a viral infection of the nerves and skin called SHINGLES.

→ See your doctor. Shingles usually clears on its own, but medication may ease the pain and help prevent complications.

No ↓

13. Do you have back pain that radiates around to the front of your chest?

Yes → Your pain may be from a compressed nerve, possibly from a COMPRESSION FRACTURE.

→ See your doctor promptly.

No ↓

For more information, please talk to your doctor. If you think your problem is serious, call right away.

*This tool has been reviewed by doctors and is for general educational purposes only. It is not a substitute for medical advice. The information in this tool should not be relied upon to make decisions about your health. Always consult your family doctor with questions about your individual condition(s) and/or circumstances. Source: American Academy of Family Physicians. Family Health & Medical Guide. Dallas: Word Publishing; 1996.*

Copyright © 2007 American Academy of Family Physicians
Home | Privacy Policy | Contact Us | About This Site | What's New

Exhibit B, 5 of 8



**Better information. Better health.**

Article Link: http://www.webmd.com/heart-disease/tc/Chest-Pain-Check-Your-Symptoms

# Heart Disease Health Center

## Chest Pain - Check Your Symptoms

If you answer yes to any of the following questions, click on the "Yes" in front of the question for information about how soon to see a health professional.

Review health risks that may increase the seriousness of your symptoms.

Step One          Step Two          Step Three

| | |
|---|---|
| Have you been diagnosed with angina and your angina is occurring more often or is getting worse? | YES |
| Have you had symptoms that you think may be related to a problem with your heart, but all symptoms are gone now? | YES |
| Have you had a recent injury to the chest? | YES |
| Do you have pain when you breathe but you do not have symptoms of a heart attack? | YES |
| Do you have pain in your chest muscles or ribs (chest wall pain)? Note: Pain may or may not increase with coughing or deep breathing. | YES |
| Do you have pain in your chest and a fever? | YES |
| Do you have pain with a bandlike rash? | YES |
| Have you had mild pain in your chest without symptoms of a heart attack? | YES |
| Do you think your chest pain may be caused by a medication? | YES |

### other symptoms to watch for

Do you have the following symptoms?

Pain that started in the upper belly and may be caused by heartburn: Go to the topic Heartburn.

Pain that is actually located in the back or neck: Go to the topic Back Problems and Injuries or Neck Problems and Injuries.

Repeated pain in your chest or fullness or tightness that may be caused by hyperventilation: Go to the topic Hyperventilation.

If a visit to a health professional is not needed immediately, see the Home Treatment section for self-care information.

**WebMD Medical Reference from Healthwise**


for every health decision®

Last Updated: June 07, 2005

Exhibit B, 6 of 8

*This information is not intended to replace the advice of a doctor. Healthwise disclaims any liability for the decisions you make based on this information.*

@ 1995-2007, Healthwise, Incorporated. Healthwise, Healthwise for every health decision, and the Healthwise logo are trademarks of Healthwise, Incorporated.

Exhibit B, 7 of 8



Better information. Better health.

Article Link: http://www.webmd.com/heart-disease/tc/Chest-Pain-Check-Your-Symptoms

# Heart Disease Health Center

## Chest Pain - Check Your Symptoms

| Step One | Step Two | Step Three | |
|---|---|---|---|
| Did you have chest pain or discomfort? | | | YES |
| Did you have pressure, heaviness, or tightness in the chest, upper abdomen, or jaw? | | | YES |
| Did you have pain or numbness in your shoulders or arms, especially on the left side? | | | YES |
| Did you have pain in the upper back or neck? | | | YES |
| Did you have shortness of breath, sweating, or nausea? | | | (YES) |
| Did you have severe tiredness or exhaustion that came on suddenly? | | | YES |

If you have answered **"No"** to the above questions, go back to **Check Your Symptoms** and continue to answer the questions to evaluate your symptoms.

### *other symptoms to watch for*

Do you have the following symptoms?

Pain that started in the upper belly and may be caused by heartburn: Go to the topic Heartburn.

Pain that is actually located in the back or neck: Go to the topic Back Problems and Injuries or Neck Problems and Injuries.

Repeated pain in your chest or fullness or tightness that may be caused by hyperventilation: Go to the topic Hyperventilation.

If a visit to a health professional is not needed immediately, see the Home Treatment section for self-care information.

**WebMD Medical Reference from Healthwise**


for every health decision®

Last Updated: June 07, 2005

*This information is not intended to replace the advice of a doctor. Healthwise disclaims any liability for the decisions you make based on this information.*

@ 1995-2007, Healthwise, Incorporated. Healthwise, Healthwise for every health decision, and the Healthwise logo are trademarks of Healthwise, Incorporated.

*Exhibit B, 8 of 8*



Better information. Better health.

Article Link: http://www.webmd.com/heart-disease/tc/Chest-Pain-Check-Your-Symptoms

# Heart Disease Health Center

## Chest Pain - Check Your Symptoms

| Step One | Step Two | Step Three |
|---|---|---|

 **Call your health professional immediately.**

You have answered "Yes" to a question that indicates you may need immediate care. Call your health professional now to discuss your symptoms and arrange for your care.

- Symptoms are likely to worsen without medical care.
- If you do not have a health professional, seek emergency care.
- Emergency transportation is not needed. However, if you are not able to travel safely either by driving yourself or having someone else drive you, call an ambulance.

You do not need to answer any of the other questions.

**PHYSICIAN DIRECTORY**

### *other symptoms to watch for*

Do you have the following symptoms?

Pain that started in the upper belly and may be caused by heartburn: Go to the topic Heartburn.

Pain that is actually located in the back or neck: Go to the topic Back Problems and Injuries or Neck Problems and Injuries.

Repeated pain in your chest or fullness or tightness that may be caused by hyperventilation: Go to the topic Hyperventilation.

If a visit to a health professional is not needed immediately, see the Home Treatment section for self-care information.

**WebMD Medical Reference from Healthwise**



Last Updated: June 07, 2005

*This information is not intended to replace the advice of a doctor. Healthwise disclaims any liability for the decisions you make based on this information.*

@ 1995-2007, Healthwise, Incorporated. Healthwise, Healthwise for every health decision, and the Healthwise logo are trademarks of Healthwise, Incorporated.