UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **DOSHIA DANIELS BURTON, et al.,** )<br>)<br>**Plaintiffs** )<br>)<br>)<br>v. )<br>)<br>)<br>**UNITED STATES OF AMERICA,** )<br>)<br>**Defendant.** )<br>) | ) Civil Action No. 1:05CV02214 (JGP) |

## STATUS REPORT

Plaintiff brought this wrongful death case under the Federal Torts Claims Act ("FTCA"), 28 U.S.C. §§ 1346, 2671 et. seq., in November 2005. In June 2007, the Defendant filed a motion for summary judgment arguing that contributory negligence bars any recovery for the Plaintiff. That Motion has been fully briefed and pending since August 3, 2007. The motion is ripe and requires action by the Court.

On August 13, 2007, this Court ordered the parties to file a Status Report no later than September 5, 2007, notifying the Court:

> whether this case has been resolved, become moot, is on appeal, or for any other reason should be closed. If the case should remain in active status, please provide a brief summary of the status of the case, including a listing of any pending motions and indicate as to each motion whether it has become moot or whether it is ripe and requires action by the court.

The parties have conferred with one another and confirm that there have been no changes in circumstances affecting the posture of the pending Motion.

                                                      Respectfully submitted,

_____/s/_____      _____/s/_____
ALLEN T. EATON, D.C. Bar #133991      JEFFREY A. TAYLOR, D.C. Bar # 498610
                                                   United States Attorney

The Eaton Law Firm, PLLC
1111 – 14th Street, N.W., #777
Washington, DC 20005                 _____/s/_____
(202) 789-0088                        RUDOLPH CONTRERAS D.C. Bar # 434122
         Attorney for Plaintiffs            Assistant United States Attorney

                                                _____/s/_____
                                                BRIAN C. BALDRATE
                                                Special Assistant U.S. Attorney
                                                555 Fourth Street, N.W., 10th Floor
                                                Washington, D.C. 20530
                                                (202) 353-9895
                                                     Attorneys for Defendants