CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOSHIA DANIELS BURTON, et al. ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Case Number 05-2214 (RCL) |
| ) | |
| UNITED STATES OF AMERICA ) | Category    B |
| ) | |
| Defendant ) | |

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on October 25 2007 from <u>Judge John Garrett Penn</u> to <u>Judge Royce C. Lamberth</u> by direction of the Calendar Committee.

(Randomly reassigned)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc:   <u>Judge Lamberth</u> & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      Civil Case Processing Clerk