# Exhibit C

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

DOSHIA DANIELS BURTON, et al.   )
                                )
                                )
                   Plaintiffs,  )
                                )
                                )
        vs.                     )
                                )
                                )
UNITED STATES OF AMERICA,       )
                                )
                                )
                   Defendant.   )
_____)

1:20 P.M.

April 13, 2007

Charlotte, North Carolina

VIDEOTAPE DEPOSITION

OF

W. HODGES DAVIS, M.D.

**Page 2**

```
 1   APPEARANCES:
 2   For the Plaintiffs:      Mr. Allen T. Eaton, III
 3                            Ms. LaVern D. Wiley
 4                            The Eaton Law Firm, PLLC
 5                            1111 Fourteenth Street, NW
 6                            Suite 777
 7                            Washington, D.C. 20005
 8                            (202) 789-0088
 9                            e-mail: ateem@earthlink.net
10   For the Defendant
11   The United States
12   of America:              Major Steven Ranieri
13                            U.S. Attorney's Office
14                            501 3rd Street, NW
15                            Washington, D.C. 20530
16                            (202) 353-9895
17                            e-mail: steve.ranieri@usdoj.gov
18   For the United
19   States Army:             Captain Kelly T. Davison
20                            Litigation Attorney
21                            Torts Branch
22                            901 North Stuart Street
23                            Suite 431
24                            Arlington, Virginia 22203-1837
25
```

**Page 3**

```
 1   Also Present:            Mr. Charles Amos
 2                            Amos Video
 3                            5216 4th Street, NE
 4                            Washington, D.C. 20011
 5
 6              I N D E X
 7                 By           Pages
 8   EXAMINATION     Mr. Eaton           7 - 108
 9
10              E X H I B I T S
11   Deposition                       Page
12   Number      Description       Identified
13   1      Letter dated 9/18/06 from
14          Dr. Davis to Mr. Weinstein,
15          U.S. Attorney, U.S. Department
16          of Justice                16
17   2      Copy of Booklet entitled:
18          A Patient's Guide to Achilles
19          Tendon and Achilles Tendon
20          Rupture                   39
21   3      Copy of Post Mortem Examination
22          Report in re: Samuel E. Burton   43
23   4      Copy of text from the
24          Academy of Orthopaedic Surgeons
25          entitled: Deep Vein Thrombosis   44
```

**Page 4**

```
 1   5       Copy of text from: Chest
 2           OnLine entitled: Prevention of
 3           Venous Thromboembolism; The
 4           Seventh ACCP Conference on
 5           Antithrombotic and Thrombolytic
 6           Therapy                       59
 7   6       Copy of text from: The American
 8           Journal of Medicine entitled:
 9           Risk Factors for Venous
10           Thromboembolism               64
11   7       Copy of article by Lyle J.
12           Micheli, entitled: Thromboembolic
13           Complications of Cast
14           Immobilization for Injuries of
15           the Lower Extremities         72
16
17   8       No Exhibit Number 8 was marked
18   9       Factual Summary               9
19   10A     Copy of PubMed article
20           by L.J. Micheli entitled     10
21   10B     Copy of PubMed article
22           by A.M. Clarke & I.G. Winson 10
23   10C     Copy of PubMed article
24           by L.J. Lapidus, S. Rosfors,
25           S. Ponzer, C. Levander,
```

**Page 5**

```
 1           A. Elvin, G. Larfars, &
 2           E. de Bri                    11
 3   10D     Copy of PubMed article
 4           by J. Ingvar, M. Tagil &
 5           M. Eneroth                   11
 6   10E     Copy of PubMed article
 7           by S.S. Hanslow, L. Grujic,
 8           H.K. Slater & D. Chen        11
 9   10F     Copy of PubMed article
10           by M.R. Lassen, L.C. Borris &
11           R.L. Nakov                   12
12   10G     Copy of PubMed article
13           by F. Nesheiwat & A.R. Sergi  12
14   10H     Copy of PubMed article
15           by J.M. Wolf & C.W. DiGiovanni  13
16   10I     Copy of PubMed article
17           by G. Solis & T. Saxby        13
18   10J     Copy of PubMed article
19           by F. Wang, G. Wera,
20           G.O. Knobich & L.B. Chou      13
21   10K     Copy of PubMed article
22           by M.S. Mizel, H.T. Temple,
23           J.D. Michelson, R.G. Alvarez,
24           T.O. Clanton, et al.          14
25
```

**Page 94**

1   to be seen by a second-year resident without you
2   actually seeing the patient yourself?
3  A.   In my practice, no. No.
4  Q.   And, in fact, in your years of practice, is it the
5   custom, habit, and practice and actually the standard
6   of care for attending physicians are responsible for
7   the patient and you don't put a second-year's resident
8   in the position of making what could turn out to be
9   life or death decisions about a patient, correct?
10          MAJOR RANIERI: I'll object to his
11            compound question. You can answer
12            that.
13 A.   I will tell you that our second-year residents see
14   patients on their own without -- without an attending
15   at various points during their training, both in the
16   emergency room as well as in the clinics. Then they
17   rotate through my private practice, which is the way I
18   train residents, but that -- but that happens to be,
19   you know, just the way we do it.
20 Q.   Why do you do it that way, sir?
21 A.   In my private practice, the patient comes to see me.
22 Q.   And you want to ensure your patients receive adequate
23   care, correct?
24          MAJOR RANIERI: Objection; leading.
25 A.   A patient's, you know, they're paying, and I'm sending

**Page 95**

1   them a bill, they want to see my face, so -- I mean,
2   honestly, I have some second-year residents who -- who
3   I would trust to determine if the treatment's going
4   well, but that's never here nor there. At my
5   practice, they pay to see me, so they see me.
6  Q.   Now, with respect to how long is a residency, there is
7   a counsel for training of residents, is that correct?
8  A.   There is.
9  Q.   I ask you, there is?
10 A.   Yes, there is.
11 Q.   And long does an orthopedic residency program last?
12 A.   Depending on the program, either five years or six
13   years.
14 Q.   And this gentleman who was seeing Dr. Potter was --
15   was when -- he was in the second --
16 A.   I don't know. I don't know. In the military, you
17   know, they do a -- it's kind of different, but I have
18   no idea how long he'd been out of med school. I have
19   no idea.
20 Q.   Has his attending ever explained to you why he did not
21   see this patient?
22 A.   I never spoke -- I have not spoken to any attendings
23   about the specifics of this care. I was asked if I
24   would look at the case. And as you saw, I mean, I've
25   never -- I've never been an expert witness, so I don't

**Page 96**

1   -- this is not routine for me.
2  Q.   Thank you.
3          (WHEREUPON, a discussion was held off the
4            record.)
5  Q.   Did the standard of care require -- require that the
6   attending -- well, strike that. Does the chairman of
7   an orthopedic department of a major hospital know the
8   incidence -- the expected incidence of DVT in a
9   patient who had received -- who was receiving --
10   strike that. Did the standard of care as of the year
11   2000 require that the chairman of the department know
12   that a -- the -- the incidence of the risk -- well,
13   strike that -- a measure of the risk that a patient
14   who was over 60 years of age and had risk factors had
15   -- for DVT?
16 A.   I don't -- I can't answer that.
17 Q.   Why not, sir?
18 A.   In 2003 --
19 Q.   Right.
20 A.   -- okay -- in 2003, very clearly, we were prophylaxing
21   patients who were total hips and total knees,
22   outpatient procedure, so, say, for instance, the
23   operative treatment of an Achilles tendon rupture, we
24   were doing no prophylaxing. Now, today, I would say
25   outpatient, there's still minimum prophylaxis in 2003.

**Page 97**

1   I -- in 2003, I knew of no one who was -- who was
2   doing any prophylaxis for nonsurgical trauma patients,
3   even if they were in the hospital with multiple
4   fractures. Now, all of those patients get
5   prophylaxis.
6  Q.   My -- I just want to make sure, sir. Again, I
7   understand what you're saying, but with respect to
8   patients who are at increased risk speaking now, I'd
9   like for you to assume that this age is a risk factor
10   and if, in fact, the person had been immobile, that
11   they did have swelling, I'll just ask you under those
12   circumstances where the person had been immobilized in
13   a cast, had been immobile as far as not moving around,
14   by being waited upon hand and foot. In addition to
15   that this person was over 60 years of age,
16   hypertensive and he was black, if this person should
17   or should not have -- should or should not DVT have
18   been in the differential?
19 A.   In the differential, for -- for what?
20 Q.   Diagnosis. When he appeared on February the 7th of
21   the year 2003?
22 A.   There is nothing -- there is nothing in any of the
23   records that I have reviewed that -- that would make
24   me think that the swelling and the pain that he
25   presented with was anything more than a routine

### Page 98

```
 1       Achilles tendon rupture.  If he would have called and
 2       said, "I got shortness of breath," I would have
 3       absolutely told him to go to the emergency room.  We
 4       need to rule out a DVT.  If he would have had upper
 5       calf pain, which was not documented, I would have said
 6       "Yeah," but just because he was 60 and he was
 7       immobile, no, not in 2003 and -- and even -- even with
 8       all this, I -- I don't think that all of my patients
 9       over 60 who get -- get in a cast get duplex dopplers
10       in two weeks.
11  Q.   I appreciate that, but my question is a little more
12       than that.  If, in fact, he had -- he had presented,
13       being over 60 years of age --
14  A.   Uh-huh.
15  Q.   -- and in addition to that, between 60 -- let's say he
16       was between 60 and 70 years of age, 62 --
17  A.   Uh-huh.
18  Q.   -- and he presents -- at the time that he presents, he
19       had been immobilized in a cast for three -- for four
20       weeks, approximately, that he had been waited upon
21       hand and foot.  In addition to that, sir, he had
22       hypertension --
23  A.   Is hypertension in his record?  I don't think so.
24  Q.   You didn't know that?
25  A.   I didn't.  That wouldn't be one of my -- although I
```

### Page 99

```
 1       usually ask folks about it.  I think it's a risk
 2       factor for a lot of other things.
 3  Q.   Now, would the fact that a black male more likely to
 4       have a -- a DVT than any other group of people?
 5  A.   I don't know the answer to that, but I haven't seen
 6       that in any of my --
 7  Q.   And is the fact that a person is over 60 years of age,
 8       are they more likely to have a DVT --
 9  A.   After foot surgery or after all -- have to --
10  Q.   All -- any surgery, sir.
11  A.   I mean, you've shown me -- shown me in the literature
12       after all surgery.  I've only looked at -- at ankle
13       and foot surgery.
14  Q.   Now, one final question I want to ask you.  Anything
15       else that any other evidence -- speaking now of
16       evidence based on your opinion, that would, in fact,
17       inform you, other than what you've mentioned to me
18       with these patients thus far, that people with ankle
19       and foot surgery -- obviously, you don't know what
20       type of ankle or foot surgery, why they would be at a
21       lower risk for a DVT than other types of surgery in
22       their lower extremities?
23  A.   The main reason --
24  Q.   Yes, sir.
25  A.   -- in my opinion is that the -- the veins that are
```

### Page 100

```
 1       involved, okay, are typically the calf veins we talked
 2       about those and the thigh veins.  In ankle surgery,
 3       you -- you're not around those veins, okay, so if you
 4       remember from the Academy, it talks about the foot and
 5       ankle retractor that may -- that may crush the vein
 6       around the ankle.  You're not around those veins.  In
 7       fact, when you get deep vein thrombosis, they're in
 8       the deep veins, which is in the cast, and -- and
 9       that's not where you operate when you operate.  And --
10       but I think that's one -- one reason.  The second
11       reason is rarely are these -- are these folks totally
12       immobile.  Most of the time, you know, after a day or
13       so, they're -- they're kind of up and moving around.
14       In particular, the cast of an Achilles rupture.  So --
15       I mean, that's my theory and -- and that's why, you
16       know, we have always -- those of who do ankle and foot
17       surgery and get asked about this stuff all the time,
18       that's why we -- we haven't routinely anticoagulated
19       all of our patients with -- after ankle and foot
20       surgery.
21  Q.   Have you coagulated them when you determined that they
22       were at high risk for -- for DVT?
23  A.   The only -- the only patients that I presently
24       anticoagulate routinely post-op are the ones with a
25       previous history of DVT.  Okay?  In addition, every
```

### Page 101

```
 1       post-operative visit, okay, I do and my staff does a
 2       -- a kind of screening test for those things we've
 3       talked about.  I'll grab their cast; I'll check for
 4       fitting edema; I'll check for unusual edema.  Okay?
 5       But if they come in and I've done an ankle surgery or
 6       I'm treating them for an ankle sprain or a an Achilles
 7       rupture, and if I -- if I squeeze their calf and
 8       nothing -- no -- no big pain, they're not complaining
 9       of any unusual pain, then I will -- I will not
10       routinely do a duplex doppler on those folks.
11  Q.   Why not?
12  A.   You know, I will on those that -- that kind of pass
13       that screening test.  If a patient calls and goes,
14       "I've got calf pain," and they do, my staff -- we go
15       -- "Go get a duplex," and they do.
16  Q.   Now, pain is being the determinate for performing
17       duplex ultrasonography.
18  A.   Okay, pain in unusual swelling, yeah.
19  Q.   -- yeah, pain and two-plus swelling in your opinion is
20       not unusual?
21  A.   Not around the ankle, no.
22  Q.   Now, next question -- around the ankle?
23  A.   That's correct.
24  Q.   They quoted as saying -- they said that there was leg
25       pain --
```