*Journal of Internal Medicine* 1998; **243**: 15–23

# A simple clinical model for the diagnosis of deep-vein thrombosis combined with impedance plethysmography: potential for an improvement in the diagnostic process

P. S. WELLS[a], J. HIRSH[b], D. R. ANDERSON[e], A. W. A. LENSING[g], G. FOSTER[b], C. KEARON[b], J. WEITZ[b], R. D'OVIDIO[c], A. COGO[f], P. PRANDONI[f], A. GIROLAMI[f] & J. S. GINSBERG[d]

From the [a]Ottawa Civic Hospital, Ottawa, Ontario, the [b]Hamilton Civic Hospitals Research Centre, [c]Henderson General Hospital, and [d]McMaster University Medical Centre, Hamilton, Ontario, and [e]Victoria General Hospital, Halifax, Nova Scotia, Canada; the [f]Instituto di Semeiotica Medica, Padua, Italy; and the [g]Centre for Haemostasis, Thrombosis, Atherosclerosis and Inflammation Research, Academic Medical Centre, Amsterdam, the Netherlands

**Abstract.** Wells PS, Hirsh J, Anderson DR, Lensing AWA, Foster G, Kearon C, Weitz J, D'Ovidio R, Cogo A, Prandoni P, Girolami A, Ginsberg JS (Ottawa Civic Hospital, Ottawa, Hamilton Civic Hospitals Research Centre, Henderson General Hospital, and McMaster University, Hamilton, Ontario, and Victoria General Hospital, Nova Scotia, Canada; Instituto di Semeioti Medica, Padua, Italy; and Academic Medical Centre, Amsterdam, the Netherlands). A simple clinical model for the diagnosis of deep-vein thrombosis combined with impedance plethysmography: potential for an improvement in the diagnostic process. *J Intern Med* 1998; **243:** 15–23.

**Objectives.** We recently demonstrated the utility of a clinical model combined with ultrasonography to assist the diagnostic approach in patients with suspected deep-vein thrombosis (DVT). In this study we also sought to demonstrate that the model is useful with impedance plethysmography, a less accurate and less utilized diagnostic test. The original clinical model is slightly cumbersome to use; thus at the completion of the study we attempted to develop a simpler scoring system with a goal of maintaining accuracy.
**Design.** An open, nonrandomized, multicentre trial.
**Setting.** Three centres, two in Canada, and one in Italy.
**Subjects.** Ambulatory patients with suspected deep-vein thrombosis.
**Interventions.** All patients were assessed clinically to determine the probability for deep-vein thrombosis prior to performing impedance plethysmography and venography. We compared the accuracy of impedance plethysmography between the three pretest probability categories of high, moderate and low. All of the above were performed and interpreted by independent observers. When the study was completed, we revised the clinical model by first performing a simple regression analysis then a multiple logistic regression analysis; a scoring system was devised using the latter.
**Results.** Impedance plethysmography is significantly more sensitive and less specific for all DVT in patients with high pretest probability for deep-vein thrombosis ($P = 0.001$). The post-test probability (positive predictive value) for deep-vein thrombosis with an abnormal impedance plethysmography result was significantly different ($P = 0.0001$) between the three pretest probability categories. Multiple regression analysis has provided a new model with only nine variables and a simple scoring system. The retrospective application of the revised clinical model, which is simpler to use, suggests it will provide similar results as the original clinical model when combined with impedance plethysmography. The combination of impedance plethysmography and the clinical model suggests patients are likely to have false positive results if they have a low or moderate pretest probability for deep-vein thrombosis and false negative results if the pretest probability is high. The combination of a low pretest probability and a normal impedance plethysmography result may exclude the need for serial testing, and represented more than 50% of our patient population.
**Conclusions.** The use of the clinical model in conjunction with impedance plethysmography would decrease the number of false positive and negative diagnoses and could markedly decrease the need for serial impedance plethysmography.

© 1998 Blackwell Science Ltd

Combining the clinical model with impedance plethysmography could overcome the fact that impedance plethysmography is clearly less accurate than venous ultrasound imaging. The use of the revised clinical model may increase acceptability and utility, but prospective testing is required before widespread use.

**Keywords:** impedance plethysmography, phlebography, thrombophlebitis, thrombosis.

## Introduction

The clinical diagnosis of deep-vein thrombosis has been considered unreliable, but we recently reported the results of a clinical model that challenges this dogma [1–3]. On the basis of our results we suggested a new diagnostic approach using the clinical model and ultrasonography. The principle of the approach can be applied to all diagnostic tests used in the investigation of deep-vein thrombosis. However, the approach will depend on the accuracy of the diagnostic test employed. In this study we demonstrate how the clinical model works with impedance plethysmography. We prospectively evaluated the accuracy of the clinical model and the accuracy of impedance plethysmography to determine the ideal diagnostic approach using impedance plethysmography. The approach we suggest would decrease false positive results, which occur in about 17% of patients [4], and obviate the need for serial testing in about 50% of patients. The original model may be considered cumbersome, thus we report a simplified model generated by logistic regression analysis. This revised model is currently being used in a prospective management study performed in emergency after-hour patients, and in patients with suspected deep-vein thrombosis.

## Methods

*Patients and study design*

We performed a prospective study involving three centres: the Henderson General Hospital and McMaster University Medical Centre in Hamilton, Ontario, Canada and the Instituto di Semeiotica Medica, Padua, Italy. All out-patients referred to the participating centres for the evaluation of suspected deep-vein thrombosis were potentially eligible and were assessed by one of 11 physicians who regularly assess patients with thromboembolic disorders. The inclusion criterion was clinically suspected acute deep-vein thrombosis, defined as symptoms or signs compatible with deep-vein thrombosis for less than 60 days. Patients with one or more of the following criteria were excluded: (i) previous, objectively diagnosed deep-vein thrombosis or pulmonary embolism, (ii) contraindication to contrast media (allergy or renal insufficiency), (iii) referred for suspected deep-vein thrombosis but concomitant pulmonary embolism clinically suspected (the accuracy of non-invasive tests may be less in patients with concomitant pulmonary embolism), (iv) pregnancy, (v) treatment with anticoagulant therapy for more than 48 h, or (vi) below-knee amputation. Patients with an obvious alternate cause for their symptoms and who had clinical features that were not compatible with deep-vein thrombosis, were excluded. Their inclusion, and thus requirement for venography, was felt to be unacceptable from a medical and ethical viewpoint. None of these patients underwent diagnostic testing. To confirm the correctness of our clinical judgement, as accurately as possible given the design of our study, we performed a prospective followup of all these patients over a six-month period to determine whether they had developed symptoms compatible with venous thromboembolism.

After obtaining informed consent, the patients were assessed clinically to determine their eligibility, and a simple data form was completed. At the Henderson General Hospital and in Padua, impedance plethysmography, ultrasonography and venography were attempted in all eligible patients. At McMaster University Medical Centre only venography was performed in all patients and the accuracy of impedance plethysmography was not assessed. The results using ultrasound and the clinical model have already been published [3]. Whenever possible, venography was done on the same day as impedance plethysmography, but on the rare occasions when this was not possible, venography was done the following day. A panel of observers who were unaware of both the other diagnostic test results and the patient's clinical history interpreted impedance

© 1998 Blackwell Science Ltd *Journal of Internal Medicine* **243**: 15–23

plethysmography, and venography results. In the case of disagreement, the final result was determined by majority decision.

*Clinical model*

The process used to develop and the scoring system of the prospectively-tested clinical model have been previously published [3]. The model was composed of specific items that included proven risk factors and pertinent symptoms and physical signs elicited at patient presentation. The model is outlined in Table 1. Patients were classified as having either a high, moderate or low probability for deep-vein thrombosis prior to knowledge of the diagnostic tests (pretest probability). The physicians also indicated their perceived pretest probability of DVT independent of the model.

*Diagnostic techniques*

Impedance plethysmography was performed using a previously described technique [5]. The Codman 200 (Codman and Shurtleff Inc, Randolph, MA, USA) was used in Padua and the IPG 800 (Electrodiagnostic Instrument Inc, Burbank, CA, USA) was used in Hamilton. To optimize the accuracy of the IPG each patient underwent a minimum of five inflation–deflation test sequences. A graph with a discriminant line and stop line are employed to compare the relationship between venous capacitance (rise) and venous outflow (fall) as illustrated in Fig. 1. The IPG result was considered normal (a) if the point representing the highest rise and fall was above the stop line (i.e. the line on the graph which defines the point where results above it require no further testing), or (b) if the point representing the highest rise and fall was between the stop line and the discriminant line, and the slope of the line representing the five tests in the sequence was parallel to the discriminant line. The IPG result was considered equivocal (a) if the point representing the highest rise and the point representing the largest fall occurred with different tests in the five-test sequence, or (b) if the point representing the highest rise and fall was between the stop line and the discriminant line, but the slope representing the five tests in the sequence was horizontal. If an equivocal result was obtained, the five-test sequence was repeated. If, after repeating the test sequences, the point representing the highest rise and largest fall was above the discriminant line but still below the stop line, the result was considered normal. The IPG result was considered abnormal if the test with the highest rise and fall was on, or below, the discriminant line. All IPG results were also

**Table 1** Clinical model for predicting pretest probability for deep-vein thrombosis

Checklist (items with affirmative responses used in calculation):

1) **Active Cancer (treatment ongoing or within previous 6 months or palliative)**
2) **Paralysis, paresis or recent plaster immobilization of the lower extremities**
3) **Recently bedridden > 3 days and/or major surgery within 4 weeks**
4) **Localized tenderness along the distribution of the deep venous system**
5) **Thigh and calf swollen (should be measured)**
6) **Calf swelling 3 cm > asymptomatic side (measured 10 cm below tibial tuberosity)**
7) **Strong family history of DVT (> 2 first-degree relatives with history of DVT)**
8) History of recent trauma (< 60 days) to the symptomatic leg
9) Pitting oedema; symptomatic leg only
10) Dilated superficial veins (nonvaricose) in symptomatic leg only
11) Hospitalization within previous 6 months
12) Erythema

[a]Points in bold are 'major'; others 'minor'. [b]Clinical probability calculated as follows: high: ≥ 3 major points and no alternative diagnosis, ≥ 2 major points and ≥ 2 minor points + no alternative diagnosis; low: 1 major point + ≤ 2 minor points + has an alternative diagnosis, 1 major point + ≤ 1 minor point + no alternative diagnosis, 0 major points + ≤ 3 minor points + has an alternative diagnosis, 0 major points + ≤ 2 minor points + no alternative diagnosis; moderate: all other combinations.



**Fig. 1** Graph used to plot the results of the 'rise' and the 'fall' with impedance plethysmography. The dotted line is the 'stop line' and the solid line is the 'discriminant line'.

interpreted by the old Hull criteria; essentially the difference is that the test sequence is stopped as soon as one result is above the stop line and the five-test sequence is not repeated provided the test with the largest rise and fall is above the discriminant line [5]. The accuracy with the Hull criteria was compared to the revised criteria [6].

An independent analysis was performed to evaluate the quality of both our IPG technique and the interpretation of our IPG tracings (Dr F. A. Anderson from the University of Massachusetts, USA). It was determined that some of the tracings obtained with the IPG 800 showed a rapid rise measurement artifact. The rapid rise, which is characterized by a sudden steep upward deflection of the IPG trace at the onset of cuff inflation, is caused by cuff slippage. We were able to eliminate the rapid rise cuff artifact by using a new cuff (courtesy of Electrodiagnostic Instrument Inc) made from material that produced less slippage during cuff inflation. Since the rapid rise cuff artifact could produce a falsely normal result, all evaluations which either included a rapid rise cuff artifact or which did not have IPG 800 traces available for independent review were excluded from the analysis.

Contrast venography was performed using a modification of the technique of Rabinov and Paulin [7]. The sole criterion used for the diagnosis of acute deep-vein thrombosis was the presence of a constant intraluminal filling defect in at least two projections. A venogram was considered normal if both peroneal and posterior tibial veins and the popliteal, superficial femoral, common femoral and iliac veins were well opacified. All other test results were classified as inadequate. Thrombi were classified as proximal if they involved the popliteal or more proximal veins, or distal if they were isolated to the calf veins. Proximal thrombi were further categorized into those involving: (i) only the distal half of the popliteal vein, (ii) more than half the popliteal vein, but not the superficial femoral vein, or (iii) the superficial femoral or more proximal veins. A thrombus was classified as nonocclusive if contrast material was seen between the thrombus and the vessel wall along the entire course of the thrombus.

*Analysis*

The sensitivity, specificity, and post-test probabilities of DVT with normal and abnormal impedance plethysmography results (negative and positive predictive values, respectively) were calculated in each of the pretest probability categories. The comparison of the prevalence of deep-vein thrombosis, determined by venography, in each of the three pretest probabilities and the comparison of the performance of the clinical model in the three centres has been previously reported [3]. All 95% confidence intervals were calculated according to the binomial distribution. The clinical data were also analysed retrospectively by univariate and stepwise logistic regression analysis. In this analysis, we also included the following variables: age, duration of symptoms and gender, and we separated surgery within 4 weeks and immobilization for medical reasons within 4 weeks (they were combined as one variable in the original model).

**Results**

*Patient population*

A total of 887 consecutive, symptomatic out-patients were evaluated, and of these, 252 were ineligible for the study. Ineligibility was determined on the basis of previously documented deep-vein thrombosis or pulmonary embolism in 100 patients, contraindication to contrast medium in 21, suspected concurrent pulmonary embolism in 20, pregnancy in nine, prolonged anticoagulant therapy in four, below-knee amputation in two, and findings that were not compatible with deep-vein thrombosis in 96 (the diagnoses were predominantly musculoskeletal injuries, chronic oedema, superficial phlebitis in varicose veins, and arthritis). None of these 96 had objective tests for deep-vein thrombosis, none were treated with anticoagulants, and none developed symptomatic venous thromboembolic complications during the six-month follow-up period. The proportion of ineligible patients and the reasons for ineligibility did not differ between centres. Of the 635 eligible patients, 42 refused consent, and venography could not be performed or was not evaluable in 60 patients. In four cases, the physician failed to complete the data form, and therefore the model could not be evaluated in these patients. Thus, there were 529 eligible patients with both evaluable venograms and complete clinical data, but because 34 of these patients were enrolled at McMaster University Hospital, only 495 patients had adequate venograms and also underwent impedance plethysmography. Of these 495 patients, 453 had adequate impedance plethys-

mography [6]. As previously reported, venography demonstrated thrombosis in 135 (25.5%) patients; 113 (84%) had proximal deep-vein thrombosis and 22 (16%) had distal deep-vein thrombosis. In the patients with adequate impedance plethysmography the prevalence of deep-vein thrombosis was 26% (119/453); 99 thrombi involved the proximal venous system (83%) and 20 were distal (17%).

*Clinical model*

The results of the clinical model have been previously reported [3]; in the high pretest probability category the prevalence of DVT was 85% (72 of 85; 69 proximal DVT); in the moderate pretest probability category the prevalence was 33% (47 of 143 had deep-vein thrombosis; 34 proximal); and in the low pretest probability category the prevalence was 5% (16 of 301 had deep-vein thrombosis; 10 proximal). The accuracy of the clinical model was similar in the three participating centres.

*Direct clinical assessment*

The thromboembolism consultants involved in this study also indicated their perceived pretest probability of DVT independent of the model; DVT was present in 73% (71/97) of patients categorized as high probability, 29% (50/174) categorized as moderate probability and 5% (13/256) of the low probability group; thus 67% of patients were in either the low or high pretest probability categories. The weighted Kappa for the level of agreement between direct physician assessment of the probability for DVT and the model was 0.56, which represents moderate agreement.

*Retrospective analysis of the clinical data*

Recent trauma, family history, erythema, age, sex, duration of symptoms and hospitalization were not significantly associated with DVT when evaluated by stepwise logistic regression (Table 2). The coefficients of the nine significant variables were rounded off to a value of one for the positive coefficients (one was chosen for the sake of simplicity and so as not to provide undue weight to the rarely encountered variables paralysis and dilated veins) and $-2$ for the single negative variable (alternative diagnosis). The sum of the integer values provided a new summary score for each patient: $+1$ was scored for the presence of paralysis, dilated superficial veins, calf swelling, entire leg swelling, cancer, immobilization, tender deep veins and pitting oedema, and $-2$ was scored if an alternative diagnosis was present. Patients with scores of 0 or less were low probability (17/280; 6.0%), those with scores equal to 1 or 2 were moderate probability (41/144; 28%) and those with scores of 3 or more were high probability (77/105; 73%). This revised model is shown in Table 3. The revised and original models were compared with respect to (a) prevalence of DVT and (b) the accuracy of impedance plethysmography, in each of the three pretest probability categories and no significant difference was demonstrated (all $P > 0.33$ and $> 0.21$, respectively). The likelihood ratios for the individual scores are listed in Table 4.

*Alternative diagnoses*

The alternative diagnoses were reviewed in those patients excluded from the study because DVT was not suspected, and in the eligible patients, both in those

**Table 2** Factors significantly associated with deep-vein thrombosis in stepwise logistic regression analysis and univariate analysis 2

| | Multiple regression | | | Simple regression | |
|---|---|---|---|---|---|
| Variable | Coefficient | *P*-Value | Odds Ratio | *P*-Value | Odds Ratio |
| Paralysis | 3.2 | 24.2 | 0.013 | 15.1 | 0.0011 |
| Dilated superficial veins | 1.8 | 6.2 | 0.0001 | 5.8 | 0.0001 |
| Calf swollen | 1.4 | 4.2 | 0.0001 | 6.3 | 0.0001 |
| Cancer | 1.3 | 3.9 | 0.0001 | 3.5 | 0.0001 |
| Immobilization | 0.88 | 2.4 | 0.025 | 3.7 | 0.0001 |
| Entire leg swollen | 0.75 | 2.1 | 0.028 | 6.9 | 0.0001 |
| Tender deep veins | 0.64 | 1.9 | 0.0008 | 2.8 | 0.0001 |
| Pitting oedema | 0.62 | 1.9 | 0.027 | 3.1 | 0.001 |
| Alternative diagnosis | $-1.8$ | 0.16 | 0.0001 | .16 | 0.0001 |
| Surgery | — | — | NS | 2.9 | 0.001 |
| Hospitalization | — | — | NS | 3.8 | 0.0001 |

[a]NS, not significant.

© 1998 Blackwell Science Ltd *Journal of Internal Medicine* **243**: 15–23

Table 3 Revised clinical model for predicting pretest probability for deep-vein thrombosis

Score one point for affirmative responses to the following points:

1) Active cancer (treatment ongoing or within previous 6 months or palliative)
2) Paralysis, paresis or recent plaster immobilization of the lower extremities
3) Recently bedridden for > 3 days and/or major surgery within 4 weeks
4) Localized tenderness along the distribution of the deep venous system
5) Thigh and calf swollen (should be measured)
6) Calf swelling 3 cm. > asymptomatic side (measured 10 cm below tibial tuberosity)
7) Pitting oedema; symptomatic leg only
8) Dilated superficial veins (nonvaricose) in symptomatic leg only

<sup>a</sup>Score minus 2 points for an alternative diagnosis as or more likely than DVT. <sup>b</sup>Clinical probability calculated as follows: high: ≥ 3 points; moderate: 1 or 2 points; low: ≤ 0 points.

Table 4 Likelihood ratios and 95% confidence intervals associated with summary scores using the revised clinical model

| Score by model | Likelihood ratio | 95% Confidence interval |
|---|---|---|
| −2 | 0.02 | .001–0.32 |
| −1 | 0.12 | .04–0.34 |
| 0 | 0.37 | .22–0.61 |
| 1 | 0.66 | .41–1.07 |
| 2 | 2.69 | 1.62–4.48 |
| 3 | 3.31 | 1.92–5.69 |
| 4 | 18.39 | 6.9–48.8 |
| 5 | 14.5 | 3.8–55.4 |
| ≥6 | 26.14 | 4.9–140 |

patients with and without DVT (Table 5). In those with DVT an alternative diagnosis was present in only 17% of patients versus 56% of those without DVT and, of course, in 100% of those excluded because DVT was not suspected. Many of the alternative diagnoses are the same as would be expected. The predominant difference between excluded and included patients was that no checklist items were documented in the excluded group, as opposed to at least one checklist item in most of the included patients with an alternative diagnosis.

*Evaluation of impedance plethysmography*

Of the 495 (92%) patients with adequate venograms, 453 had evaluable results with impedance plethysmography. Of the 42 unevaluable impedance plethysmography results, 33 were due to the rapid rise artifact. Five of these 33 patients had proximal deep-vein thrombosis. Of the nine remaining inadequate results, none were due to congestive heart failure or peripheral vascular disease. The sensitivity and specificity of impedance plethysmography was 77% (76/99) and 93% (330/354), respectively [6]. The positive predictive value for proximal deep-vein thrombosis, grouping all patients, was 77% and the negative predictive value was 94%.

*Evaluation of impedance plethysmography combined with clinical assessment*

Within each of the pretest probability categories the sensitivity, specificity and positive and negative predictive values of impedance plethysmography were tabulated from the actual patient data for all deep-vein thrombosis and proximal deep-vein thrombosis. The sensitivity of impedance plethysmography for all

Table 5 Alternative diagnosis (%) in patients excluded from the study, and in the eligible patients in whom an alternative diagnosis was present

| Alternative diagnosis | Excluded patients (n = 96) | Eligible patients With DVT (n = 23) | Eligible patients Without DVT (n = 221) |
|---|---|---|---|
| Muscular injury | 25 | 4 | 14 |
| Chronic oedema | 14 | 0 | 7 |
| Superficial phlebitis | 10 | 26 | 18 |
| Post thrombotic syndrome | 7 | 0 | 0 |
| Arthritis | 5 | 0 | 5 |
| Chronic venous insufficiency | 4 | 4 | 7 |
| Cellulitis | 3 | 4 | 14 |
| Baker's cyst | 3 | 4 | 14 |
| Pelvic tumour | 0 | 26 | 3 |
| Post-operative swelling | 0 | 13 | 7 |
| Miscellaneous | 28 | 17 | 2 |

**Table 6** Sensitivity and specificity of impedance plethysmography for all deep-vein thrombosis and proximal deep-vein thrombosis (*) in the three pretest probability categories

|  | High | Moderate | Low | $P$-value |
|---|---|---|---|---|
| Sensitivity | (81); 48/59 | (48); 20/42 | (40); 6/15 | .001 |
| Sensitivity* | (82); 47/57 | (67); 20/30 | (67); 6/9 | .19 |
| Specificity | (69); 9/13 | (91); 77/85 | (95); 225/236 | .001 |

<sup>a</sup>Percentages shown in parentheses.

deep-vein thrombosis, was significantly higher in the high pretest probability category compared to the moderate or low categories ($P = 0.001$) [Table 6]. The specificity of impedance plethysmography was lower in the high pretest probability category than in the moderate and low probability categories ($P = 0.001$). The comparison of the sensitivity of impedance plethysmography for proximal deep-vein thrombosis, amongst the three pretest probability categories, demonstrated similar trends as for all deep-vein thrombosis, but the differences were not significant ($P = 0.19$). Of the 23 false negative impedance plethysmography results, only five were due to small or nonocclusive proximal thrombi.

The post-test probability of all deep-vein thrombosis with an abnormal impedance plethysmography was 92% in the high pretest probability group and 71% in the moderate pretest probability group, but was only 35% in the low pretest group; the numbers were identical for proximal deep-vein thrombosis (Table 7). These differences are statistically significant ($P < 0.0001$). When impedance plethysmography was normal the post-test probability for all deep-vein thrombosis was 45%, 22% and 3.3% in the

**Table 7** Post-test probability with normal and abnormal results with impedance plethysmography (IPG) for all deep-vein thrombosis and proximal deep-vein thrombosis (*) in the three pretest probability categories

|  | Probability of DVT | | |
|---|---|---|---|
| Test result | High | Moderate | Low |
| Abnormal | 92 | 71 | 35 |
|  | 92* | 71* | 35* |
| Normal | 45 | 22 | 3 |
|  | 53%* | 11* | 1* |

<sup>a</sup>Probabilities shown in percentages.

high, moderate and low pretest probability categories, respectively. Of 453 patients, 233 had a low pretest probability and a normal impedance plethysmography result. Using the results above, we have devised a diagnostic approach in out-patients with suspected DVT when impedance plethysmography is the objective diagnostic test (see Fig. 2).

## Discussion

In this study we assessed the accuracy of clinical diagnosis combined with impedance plethysmography in out-patients with suspected deep-vein thrombosis; venography was the reference standard. As previously reported, physicians were able to use a clinical model to accurately stratify patients with suspected deep-vein thrombosis into three distinct pretest probabilities [3]. We evaluated our clinical model and impedance plethysmography using the standard approach recommended for the evaluation of new diagnostic tests [8, 9]. Furthermore, we made



**Fig. 2** Suggested diagnostic approach using the revised clinical model and impedance plethysmography in out-patients with suspected deep-vein thrombosis (DVT).

© 1998 Blackwell Science Ltd *Journal of Internal Medicine* **243**: 15–23

a special effort to maximize the accuracy of impedance plethysmography. Our findings suggest that categorizing patients' pretest probability for deep-vein thrombosis and combining this with impedance plethysmography results can simplify and improve the diagnostic process.

The accuracy of impedance plethysmography in each of the pretest probability categories was determined. The accuracy was statistically significantly different according to the pretest probability for deep-vein thrombosis because the relative proportions of large and small proximal thrombi, and calf vein thrombi were different in the three groups. The observation that the sensitivity and specificity of a diagnostic test varies by disease (DVT) prevalence has not previously been described in symptomatic patients but has biologic plausibility; in our model, patients with minimal symptoms, who predominantly had less extensive thrombi, were concentrated in the low pretest probability group, whilst those with overt symptoms and signs, and more extensive thrombi, were clustered in the high probability group. The notion that impedance plethysmography is less sensitive to less extensive thrombi is supported by data from studies that assessed screening for deep-vein thrombosis in postoperative patients [10–13].

It has been recommended that symptomatic patients with an abnormal impedance plethysmography test result should be treated for venous thrombosis, whilst those with normal results should have the test repeated in 3 and 7 days to detect extending thrombi [14]. Our findings suggest that this approach could be modified in two circumstances. First, when the pretest probabilities and impedance plethysmography results are discordant. In this circumstance the false negative rate of impedance plethysmography is substantial in patients with high clinical probabilities, which suggests that normal noninvasive test results in these patients should be confirmed with venography or perhaps ultrasonography. Conversely, the false positive rate of impedance plethysmography is substantial in patients with low clinical probabilities, which suggests that it would be prudent to confirm the abnormal test result with venography to avoid unnecessary treatment. The second circumstance occurs when the noninvasive test is normal in patients with low pretest probability, a result that reliably excludes deep-vein thrombosis. These patients could be excluded from serial testing. The serial testing strategy is costly because the majority of patients who return for repeat testing do not have deep-vein thrombosis [5, 13–16]. Since 51% of patients investigated had both a low pretest probability and a normal impedance plethysmography, a substantial number of patients could be excluded from serial testing by combining clinical diagnosis with noninvasive testing; costs could be reduced significantly. This strategy would miss the six patients with low clinical probability and distal deep-vein thrombi, thus overall our strategy would result in only six of 529 patients at risk for thromboembolic events in followup, and probably less, since only 20 to 30% of calf thrombi extend.

Our findings suggest that patients with moderate pretest probability should be managed as follows: if impedance plethysmography is normal, serial testing should be performed to detect the patients with distal thrombi who may extend. If an abnormal result with impedance plethysmography is obtained, because the positive predictive value is only 72%, the result should be confirmed with venography or perhaps ultrasonography.

In an earlier publication, we reported that our clinical model challenges the widely-held dogma that clinical diagnosis is of no use in the diagnostic process. However, the model could have been criticized as being cumbersome. Thus, in this paper, we report a simplified model generated by a logistic regression analysis. The revised model maintains the accuracy of the original prospective model.

In conclusion, the clinical model complements the results of impedance plethysmography. The combination of pretest probability with noninvasive diagnostic test results has the potential to simplify and improve the diagnostic process in patients with suspected deep-vein thrombosis, and to decrease cost. Further simplification of the model was achieved by applying the results of the logistic regression analysis. Prospective validation studies of the revised model are needed and are in progress to determine its safety and clinical utility in the management of patients with suspected deep-vein thrombosis.

## Acknowledgements

Dr Wells was a recipient of a McLaughlin Scholarship from the University of Ottawa at the time of this study. Drs Wells, Anderson and Ginsberg are recipients of Research Scholarships from the

Heart and Stroke Foundation of Canada. Dr Weitz is a Career Investigator of the Heart and Stroke Foundation of Ontario. Dr Hirsh is a Distinguished Research Professor of the Heart and Stroke Foundation of Canada and is a Trillium Award recipient from the Ontario Ministry of Health. Dr Ginsberg is a recipient of a Research Scholarship from the Heart and Stroke Foundation of Canada.

## References

1  Haeger K. Problems of acute deep venous thrombosis. The interpretation of signs and symptoms. *Angiology* 1969; **20:** 219–23.
2  McLachlin J, Richards T, Patterson JC. An evaluation of clinical signs in the diagnosis of venous thrombosis. *Arch Surg* 1962; **85:** 738–44.
3  Wells PS, Hirsh J, Anderson DR, Lensing AWA, Foster G, Kearon C *et al*. Accuracy of clinical assessment of deep-vein thrombosis. *Lancet* 1995; **345:** 1326–9.
4  Heijboer H, Buller HR, Lensing AWA, Turpie AGG, Colly LP, ten Cate JW. A comparison of real-time compression ultrasound with impedance plethysmography for the diagnosis of deep-vein thrombosis in symptomatic outpatients. *N Engl J Med* 1993; **329:** 1365–9.
5  Hull R, Van Aken WG, Hirsh J, Gallus AS, Hoicka G, Turpie AGG *et al*. Impedance plethysmography using the occlusive cuff technique in the diagnosis of venous thrombosis. *Circulation* 1976; **53:** 696–700.
6  Wells PS, Hirsh J, Anderson DR, Lensing AWA, Foster G, Kearon C *et al*. Comparison of the accuracy of impedance plethysmography and compression ultrasonography in outpatients with suspected deep vein thrombosis – A two centre paired-design prospective study. *Thromb Haemostas* 1995; **74:** 1423–7.
7  Rabinov K, Paulin S. Roentgen diagnosis of venous thrombosis in the leg. *Arch Surg* 1972; **104:** 134–44.
8  Sackett DL, Haynes RB, Guyatt GH, Tugwell P. The selection of diagnostic tests. In: *Clinical Epidemiology. A Basic Science for Clinical Medicine*. Boston, USA/Toronto, Canada: Little, Brown and Company, 1991;52–62.
9  Ransohoff DF, Feinstein AR. Problems of spectrum and bias in evaluating the efficacy of diagnostic tests. *N Engl J Med* 1978; **299:** 926–30.
10  Cruikshank MK, Levine MN, Hirsh J, Turpie AGG, Powers P, Jay R, Gent M. An evaluation of impedance plethysmography and $^{125}$I-fibrinogen leg scanning in patients following hip surgery. *Thromb Haemostas* 1989; **62:** 830–34.
11  Ginsberg JS, Caco CC, Brill-Edwards P, Panju AA, Bona R, Demers CM *et al*. Venous thrombosis in patients who have undergone major hip or knee surgery: Detection with compression ultrasound and impedance plethysmography. *Radiology* 1991; **181:** 651–4.
12  Wells PS, Lensing AWA, Anderson DR, Hirsh J. The distribution of deep vein thrombosis in asymptomatic post-operative patients and the implications for screening. *Blood* 1992; **80** (s)**:** 316.
13  Huisman MV, Buller HR, ten Cate JW, Vreeken J. Serial impedance plethysmography for suspected deep-vein thrombosis in outpatients. *New Engl J Med* 1986; **314:** 823–8.
14  Lensing AWA, Hirsh J, Buller HR. Diagnosis of venous thrombosis. In: Colman RW, Hirsh J, Marder VJ, Salzman EW, eds. *Hemostasis and Thrombosis: Basic Principles and Clinical Practice*, 3rd edn. Philadelphia, USA: J. B. Lippincott, 1994: 1297–1321.
15  Anderson DR, Lensing AWA, Wells PS, Levine MN, Weitz JI, Hirsh J. Limitations of impedance plethysmography in the diagnosis of clinically suspected deep vein thrombosis. *Ann Intern Med* 1993; **118:** 25–30.
16  Heijboer H, Ginsberg JS, Buller HR, Lensing AWA, Colly LP, ten Cate JW. The use of the d-Dimer test in combination with non-invasive testing versus serial non-invasive testing alone for the d iagnosis of deep vein vein thrombosis. *Thromb Haemostas* 1992; **67:** 510–13.

Received 30 January 1997; accepted 29 May 1997.

*Correspondence:* Dr P. Wells, Room 467, Fourth Floor Civic Parkdale Clinic, Ottawa Civic Hospital, 737 Parkdale Avenue, Ottawa, Ontario, Canada K1Y 1J8 (fax: +613 761 4840).