Case 1:05-cv-02214-RCL   Document 28-12   Filed 04/28/2008   Page 1 of 2

Doshia Daniels Burton, et al. v. United States of America
W. Hodges Davis, M.D.

April 13, 2007

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

DOSHIA DANIELS BURTON, et al.    )
                                 )
                                 )
              Plaintiffs,        )
                                 )
                                 )
       vs.                       )
                                 )
                                 )
UNITED STATES OF AMERICA,        )
                                 )
                                 )
              Defendant.         )
                                 )

1:20 P.M.

April 13, 2007

Charlotte, North Carolina

VIDEOTAPE DEPOSITION

OF

W. HODGES DAVIS, M.D.

COPY

Page 18

1    were the dangers of thromboembolism, that is a DVT and
2    a PE, well-known to be a risk in patients who were
3    immobilized in a cast in their lower extremities?
4  A.    I would reword it, and I would say, lower extremity
5    injuries, pelvis, leg, knee, shin have been well
6    documented to -- to have increased the risk of deep-
7    vein thrombosis.
8  Q.    Okay.
9  A.    In -- in the ankle and foot, the documented incidence
10   of deep-vein thrombosis is significantly lower than in
11   the pelvis, hip, and that is well documented in 2003,
12   because the best paper that has documented the
13   percentages, I think, it was after that. I think it
14   was 2005. So was it well-known in 2003 that if you
15   were -- if you were concerned about a DVT that you
16   should deal with it? Sure.
17 Q.    Let me see. Let's set another ground rule. I'm
18   getting ready to re-characterize some of your
19   testimony. And if I do so, and in doing so, if I say
20   anything which is inaccurate or incorrect, I want you
21   to correct me; fair statement?
22 A.    Okay.
23 Q.    Okay. Now, am I correct that you're saying that if
24   there's injuries -- a trauma, any type of trauma to
25   the lower extremities up to the ankle and foot, in

Page 19

1    your opinion that the person was at risk for DVT and
2    which could evolve into a pulmonary embolism? Am I
3    correct in characterizing?
4  A.    No.
5  Q.    Okay. Correct me, please.
6  A.    The literature is clear that trauma to the hip and
7    pelvis increases a substantial risk of deep-vein
8    thrombosis, okay, including surgeries. The literature
9    does not support a substantial increase of DVT in
10   patients with ankle injuries or foot injuries.
11 Q.    How about with -- with Achilles tendon injuries, what
12   was the danger --
13 A.    If we're going to set ground rules, what -- what do
14   you define as substantial?
15 Q.    All right. One which you should tell the patient.
16 A.    So what percentage is that?
17 Q.    I'm asking you, sir.
18 A.    No, you tell me because --
19 Q.    I can't tell you, sir --
20 A.    I'm telling you -- okay. Then I would say that if the
21   risk is -- let me think. I think if the risk is ten
22   percent, I'd tell every patient that.
23 Q.    Now, with respect to the risk of -- well, we'll come
24   back to that. In your report, it -- well, let's stick
25   with it. You say that if, in fact -- did you find any

Page 20

1    studies which show that persons who were having
2    nonsurgical treatment of a ruptured Achilles --
3    Achilles tendon had an incidence greater than ten
4    percent, would you consider that the standard of care
5    required that the persons be informed of the dangers
6    of blood clots after immobilization in a cast?
7  A.    If I had seen a study, and I haven't seen a study of a
8    large group of patients that were treated only in
9    casts with an incidence of ten percent. Okay?
10 Q.    Okay.
11 A.    Of DVT?
12 Q.    Right, DVT. Now, so would it be your opinion whether
13   or not a person who was being immobilized in a cast
14   for DVT --
15 A.    Now, for a DVT or for an Achilles tendon injury?
16 Q.    For an Achilles tendon injury, whether or not this
17   person should be advised that they were at risk for
18   blood clots.
19 A.    If I had a patient who had no risk factors, and the
20   risk factors for me for DVT, and the literature I
21   think bares this out, are documented history of
22   previous DVTs, recent long plane flights, birth
23   control pills, and that's about it.
24 Q.    And as you --
25 A.    Maybe a pelvic injury.

Page 21

1  Q.    -- and as you sit here today, that is your heartfelt
2    belief that those are the only risk factors for DVT in
3    patients who have injuries, that have Achilles tendon
4    injuries?
5  A.    As I sit here today, those are the risk factors that
6    bring it to a level where I need to mention it to
7    every patient that --
8  Q.    So your testimony -- okay --
9  A.    And, in fact, in those patients -- in those patients,
10   I would tell them about it, and then I may -- I may
11   prophylax them.
12 Q.    Okay. Now, that's before -- that's pretest data
13   you're talking about, right, pretest risk factors?
14 A.    Pretest, what kind of tests?
15 Q.    Before you do any testing to confirm whether or not
16   they have DVT, those are the risk factors, correct?
17 A.    Those are the risk factors that would cause me to
18   pause and say I need to talk to him about a DVT, and I
19   may prophylax them. Someone who has a previous DVT, a
20   documented previous DVT that I'm going to treat in any
21   cast, I would prophylax them.
22 Q.    And as far as for informing them that they were at
23   risk, you would only inform those patients that they
24   were at risk for blood clots who had the things that
25   you told me here?