UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DOSHIA DANIELS BURTON, *et. al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 05-2214 (RCL) |
| UNITED STATES OF AMERICA, | ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

Upon consideration of defendant's motion for summary judgment [18], plaintiffs' opposition thereto [22], defendant's reply [23], the parties' supplemental memoranda [27, 28], the entire record herein, and the applicable law, it is hereby

ORDERED that defendant's motion [18] be, and is hereby, DENIED. Genuine issues of material fact remain in dispute, and these disputes require resolution at trial. The Clerk shall schedule a status conference, at which dates for pretrial and trial will be set.

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, August 19, 2008.