UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DOSHIA DANIELS BURTON, *et. al.*,** | ) |
| **Plaintiffs,** | ) |
| v. | ) Civil Action No. 05-2214 (RCL) |
| **UNITED STATES OF AMERICA,** | ) |
| **Defendant.** | ) |

**ORDER**

It is hereby

ORDERED that a pretrial conference in this matter is scheduled for March 4, 2009, at 4:30 p.m.; it is further

ORDERED that trial is set for March 9, 2009, at 10:00 a.m.

In accordance with Local Civil Rule 16.5(d)(5), the parties shall prepare a joint pretrial statement rather than separate pretrial statements for each party. The Joint Pretrial Statement shall be prepared as follows:

(a) Counsel for plaintiff shall arrange by advance notice a conference of counsel. The objective of the conference shall be the preparation of the Joint Pretrial Statement. In addition, counsel shall discuss prospects for settlement.

(b) Counsel for plaintiff shall file and serve the Joint Pretrial Statement by February 20, 2009. Submissions of all counsel shall be included in the statement.

(c) The Joint Pretrial Statement shall include:

1. All the information required by Local Civil Rule 16.5(b);

2. Stipulated facts (both already agreed and proposed);

3. Stipulations concerning authenticity of documents and admissibility of exhibits;

4. A list of motions to be decided before or at the commencement of trial;

5. Proposed amendments to the pleadings;

6. An estimate of trial time.

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, September 4, 2008.