UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOSHIA DANIELS BURTON, *et. al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-2214 (RCL) |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of the parties' Joint Rule 16.3 Statement [9] and their representations of mutual amenability at the status conference held this day, it is hereby

ORDERED that this case is referred to the Magistrate for mediation to be concluded within sixty (60) days after commencement of mediation. The Clerk of the Court is instructed to forward the record in this case to the Magistrate. Counsel and parties, including persons with settlement authority, shall attend the mediation. If the case settles in whole or in part, plaintiffs' counsel shall advise the Court by filing a stipulation.

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, September 4, 2008.