REFERRAL TO MAGISTRATE JUDGE

CATEGORY: TYPE-B

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | 28:1346 Wrongful Death | | | |
|---|---|---|---|---|
| CASE NO:<br>05cv2214 | DATE REFERRED:<br>9/4/08<br><br>DISPOSITION DATE: | PURPOSE:<br>Mediation | JUDGE:<br>Chief Judge Royce C. Lamberth | MAG. JUDGE |

| PLAINTIFF(S): | DEFENDANT(S): |
|---|---|
| DOSHIA DANIELS BURTON, DEIDRE BURTON CRANDELL, DERRICK BURTON, DERON BURTON | UNITED STATES OF AMERICA |

ENTRIES: